```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
MARTA BUENO,

                  Plaintiff,            21 cv 535 (JGK)

     - against -                        ORDER

GRUPO HOTUSA, ET AL.,

                  Defendants.
───────────────────────────────────
```

JOHN G. KOELTL, District Judge:

The parties should submit a status update by April 16, 2021 with respect to the result the parties' discussion about service of process and the filing of an amended complaint.  If the defendants anticipate filing a motion to dismiss, the status update should include a proposed briefing schedule.  No further pre-motion conference is necessary before filing a motion to dismiss.

    SO ORDERED.

Dated:    New York, New York
          April 8, 2021                  ____/s/ John G. Koeltl_____
                                              John G. Koeltl
                                         United States District Judge