UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTA BUENO,

                Plaintiff,        21-cv-535 (JGK)

- against -

EUROSTARS HOTEL COMPANY, S.L., FRONT    ORDER
PROPERTY HOTEL CORPORATION, AMANCIO
LÓPEZ SEIJAS, and CRISTINA MARROQUÍ,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The Court has reviewed the parties' papers in connection with the defendants' pending motion to dismiss and is prepared to decide the motion on the papers. The oral argument scheduled for **January 24, 2022** is canceled.

SO ORDERED.

Dated:    New York, New York
          January 7, 2022

                                         John G. Koeltl
                                  United States District Judge