UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTA BUENO,

       Plaintiff,    21-cv-535 (JGK)

- against -

EUROSTARS HOTEL COMPANY, S.L., ET AL.  ORDER

       Defendants.

---

JOHN G. KOELTL, District Judge:

  The parties should submit a Rule 26(f) report by February 25, 2022.

SO ORDERED.

Dated: New York, New York
    February 8, 2022

              _____
               John G. Koeltl
              United States District Judge