UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTA BUENO,

       Plaintiff,    21-cv-535 (JGK)

  - against -       ORDER

EUROSTARS HOTEL COMPANY, S.L., FRONT
PROPERTY HOTEL CORPORATION, AMANCIO
LÓPEZ SEIJAS, and CRISTINA MARROQUÍ,

       Defendants.

---

JOHN G. KOELTL, District Judge:

  The parties should provide the Court with a status update by June 17, 2022.

SO ORDERED.

Dated:  New York, New York
     June 8, 2022

               /s/ John G. Koeltl
               John G. Koeltl
               United States District Judge