UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

MARTA BUENO,                                        21-cv-535 (JGK)

                    Plaintiff,          <u>ORDER</u>

  - against -

EUROSTARS HOTEL COMPANY, S.L., et al.,

                    Defendants.
---

**JOHN G. KOELTL, District Judge:**

    For the reasons stated at the teleconference in this case on August 10, 2022, the plaintiff should notify the Court by **August 19, 2022,** whether the plaintiff wishes to pursue the disputed claims. If the plaintiff chooses to pursue those claims, the defendants may file a motion to dismiss those claims by **September 9, 2022.** The plaintiff may respond to this motion by **September 26, 2022.** The defendants may reply by **October 7, 2022.**

SO ORDERED.

Dated:    New York, New York
           August 10, 2022

                                                  John G. Koeltl
                                    United States District Judge