UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTA BUENO,

                Plaintiff,

- against -

EUROSTARS HOTEL COMPANY, S.L., ET AL.,

                Defendants.

21-cv-535 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants should submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the plaintiff's retaliation claims.

SO ORDERED.

Dated:    New York, New York
            October 10, 2022

                                        John G. Koeltl
                                    United States District Judge