USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MARTA BUENO,

              Plaintiff,

       - against -

EUROSTARS HOTEL COMPANY, S.L. et al,

             Defendants.
------------------------------------------------------------X

21-CV-535 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On August 25, 2022, the Court stayed discovery pending a decision on Defendant's motion for partial dismissal. The Court denied the motion on May 10, 2023. Accordingly, the stay is lifted. The parties shall meet and confer and by May 25, 2023 shall submit a proposed revised schedule for completing discovery.

                                                    SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:      May 11, 2023
                New York, New York

Copies transmitted to all counsel of record.