```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTA BUENO,                                  :          21-CV-535 (JGK) (RWL)
                                              :
                          Plaintiff,          :          **ORDER**
                                              :
            - against -                       :
                                              :
EUROSTARS HOTEL COMPANY, S.L. et al,          :
                                              :
                          Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the matters raised at Dkts. 93-99.  As discussed during the discovery conference held via Microsoft Teams on January 10, 2024:

1. By on or about February 19, 2024, Plaintiff will produce to Defendant all outstanding documents to be produced by Plaintiff.

2. With respect to the items set forth in the stipulated order at Dkt. 89, items 2, 3, and 6 are not yet ripe for the Court's attention.  As to item 4, Defendants confirmed that they have conducted a reasonable search for documents reflecting complaints about, or discipline for, pregnancy discrimination or failure to accommodate, with respect to Ms. Marroqui and Ms. Sanjurjo.  As to item 5, Defendants will conduct a reasonable inquiry and search, to the extent not already performed.

3. The deadline for conducting party depositions is extended by two weeks to March 15, 2024.

4. Plaintiff shall be deposed at the offices of defense counsel.

5. With respect to Defendants' interrogatory responses provided on June 21, 2023, to the extent any Defendant reviewed and approved the answers provided, each such Defendant shall provide verification(s) attesting that they believed the information to be

1

accurate at the time it was provided and may provide the basis for their belief; to the

extent any Defendant did not review and approve the answers provided, the person who

supplied the information shall provide a verification attesting that they believed the

information to be accurate at the time it was provided and may provide the basis for their

belief.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts.

93, 95, 98.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      January 10, 2024
            New York, New York

Copies transmitted to all counsel of record.

2