```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTA BUENO,<br><br>        Plaintiff,<br><br>-against-<br><br>EUROSTARS HOTEL COMPANY, S.L. et al.,<br><br>        Defendants. | 21-CV-00535 (MMG) (RWL)<br><br>**NOTICE OF REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Lehrburger for general pretrial supervision, and any orders, dates, or deadlines previously issued by Judge Lehrburger, including the completion of all discovery by **May 31, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  It is hereby ORDERED that a post-discovery conference will take place on **Wednesday, July 10, 2024, at 11:30 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties should file the relevant correspondence required by the Court's post-fact-discovery Individual Rules & Practices in advance of that conference.

  If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

  In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: February 21, 2024
   New York, New York

                 SO ORDERED.

                 MARGARET M. GARNETT
                 United States District Judge