```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTA BUENO,                                : 21-CV-535 (JGK) (RWL)
                                            :
                    Plaintiff,              : **ORDER**
                                            :
       - against -                          :
                                            :
EUROSTARS HOTEL COMPANY, S.L. et al,        :
                                            :
                    Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on June 12, 2024, Defendants' letter motion at Dkt. 111 to compel and to award costs is denied, with the exception that Plaintiff shall make reasonable efforts to search for and produce the WhatsApp call logs from her personal phone reflecting communications about her pregnancy during the relevant time period. If no such log information can be found after a reasonable search, Plaintiff shall so inform Defendants.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 111

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 12, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1