Exhibit 11

Message

**From**: Marta Bueno [marta.bueno@eurostarshotelcompany.com]
**Sent**: 1/4/2020 10:42:51 AM
**To**: cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com]
**Subject**: Re: dias final enero a bcn

tengo 13 dias pdtes
saludos
Marta

El sáb., 4 ene. 2020 a las 5:06, cristina marroqui Eurostars Hotel Company
(<cristina.marroqui@eurostarshotelcompany.com>) escribió:

> Que tienes pendiente de 2019??
>
> **Cristina Marroquí- Responsable ventas internacional**
> Tel. +34 954 08 17 00 – Movil: +34 608 943 812
> cristina.marroqui@eurostarshotelcompany.com

  

**De:** Marta Bueno [mailto:marta.bueno@eurostarshotelcompany.com]
**Enviado el:** jueves, 26 de diciembre de 2019 11:16
**Para:** cristina marroqui Eurostars Hotel Company
**Asunto:** dias final enero a bcn

Hello Cristina!

feliz navidad, espero que estes descansando y disfrutando!

Oye te queria comentar, mi compañera de piso de barcelona deja el piso a partir del 21 de enero, se compró un piso hace unos meses y lo estaba reformando y ahora ya en 3 semanas le traen los muebles , bueno la cosa es que yo ya estoy buscando sustitut@ y espero dejarlo atado esta proxima semana antes de marchar a new york

Pero necesitaria volver unos dias para asegurar que el cambio de una a otro inquilino se hace bien y que el piso lo entrego en condiciones , todavia estoy pendiente de fechas exactas pero mas o menos sera eso, sara saldra a partir de 21 de enero y quiero que el nuevo inquilino entre el 1 de febrero a mas tardar

Te confirmo en unos dias como queda exactamente y que dias necesito para venir a bcn , tengo algo de vacaciones pendientes de 2019 que puedo usarlas para esto si es posible, se que no es fecha de ello pero debo dejarlo atado

perdon por el rollo pero queria dejarte saber!

saludos

EUROSTARS001066

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA

--

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**

129 Front Street ;10005- New York - USA

EUROSTARS001067