Exhibit 15

Message

| | |
|---|---|
| **From**: | cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com] |
| **Sent**: | 1/16/2020 3:48:37 PM |
| **To**: | Marta Bueno [marta.bueno@eurostarshotelcompany.com] |
| **CC**: | Marco Orru [marco.orru@eurostarshotelcompany.com] |
| **Subject**: | RE: dias final enero |

He vuelto a solicitar a DG y Marta.
Me han dicho que me decían algo hoy.

**Cristina Marroquí- Responsable ventas internacional**
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**De:** Marta Bueno [mailto:marta.bueno@eurostarshotelcompany.com]
**Enviado el:** jueves, 16 de enero de 2020 15:16
**Para:** cristina marroqui Eurostars Hotel Company
**CC:** Marco Orru
**Asunto:** dias final enero

Hola Cristina

Voy a reservar ya el avion y lo mas economico que me sale es irme el 27 enero y vuelta el 6 febrero, con esto gastaria todos los dias de vacaciones pdtes del 2019

Queria dejarte saber
Marco ya esta al tanto tambien
Muchos saludos



Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA