Exhibit 15A

Message

| | |
|---|---|
| **From:** | cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com] |
| **Sent:** | 1/16/2020 3:48:37 PM |
| **To:** | Marta Bueno [marta.bueno@eurostarshotelcompany.com] |
| **CC:** | Marco Orru [marco.orru@eurostarshotelcompany.com] |
| **Subject:** | RE: late January |

I've again asked DG and Marta.
They've told me they would tell me something today.

**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**From:** Marta Bueno [mailto: marta.bueno@eurostarshotelcompany.com]
**Sent:** Thursday, January 16, 2020 15:16
**To:** Cristina marroqui Eurostars Hotel Company
**CC:** Marco Orru
**Subject:** late January

Hi Cristina

I'm going to reserve my tickets now, and the cheapest is for me to leave on January 27 and return on February 6. With that I'd take all the unused vacation days from 2019

I wanted to let you know
Marco is already aware
Best regards

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ; 10005- New York - USA



I, Bruce Taylor, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Spanish to English.

EX 15 - 2020-01-16 - Email chain with Sanjurjo, Marroqui, Orru and Client re booking for Jan-Feb leave (chain 1, xref 1333) (1468)

_____
BRUCE TAYLOR

Sworn to before me this 9th day of November, 2024

_____
Signature, Notary Public

*The appropriate California notary form is attached.*

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF Los Angeles }

Subscribed and sworn to (or affirmed) before me on this __9th__ day of __November__, __2024__
                                                         Date           Month            Year

by __Bruce Taylor__

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

JASON MASON
COMM. # 2393054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 5, 2026

Seal
Place Notary Seal Above

---------------------------------------- OPTIONAL ----------------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Email Chain__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____