Exhibit 17

Message

___

**From:** Marta Sanjurjo [marta.sanjurjo@grupohotusa.com]
**Sent:** 1/17/2020 2:11:55 PM
**To:** cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com]
**Subject:** RE: dias final enero a bcn

Cristina,

Ya lo veo, pero sigue sin ser correcto

**Saldo 2019: 30 días**
Disfrutadas: 26 días (si sumamos los 3 días de julio 29)
<u>Pendientes: 4 días (si sumamos julio, 1 día)</u>

Se ponga como se ponga
Quizás si se lo pones así lo entenderá ...
Salu2
Marta

___

**De:** cristina marroqui Eurostars Hotel Company <<u>cristina.marroqui@eurostarshotelcompany.com</u>>
**Enviado el:** viernes, 17 de enero de 2020 13:39
**Para:** Marta Sanjurjo <<u>marta.sanjurjo@grupohotusa.com</u>>
**Asunto:** RV: dias final enero a bcn

Cristina Marroquí- Responsable ventas internacional
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**De:** Marta Bueno [mailto:<u>marta.bueno@eurostarshotelcompany.com</u>]
**Enviado el:** martes, 14 de enero de 2020 17:16
**Para:** cristina marroqui Eurostars Hotel Company
**Asunto:** Re: dias final enero a bcn

Hola Cris

Claro, te explico

Los 3 dias de julio pertenecían a vacaciones 2018 todavia , resto ya eran del 2019
pero anteriormente en junio que fui por la comunión de mi primita y después me iba a baleares unos días con mi madre, Marta Sanjurjo me cancelo esa semana de vacaciones porque pablo iba a chicago y se quedaba NY solo , por eso hay 7 días de vacaciones que no disfrute y que hay que restar a ese cómputo

Por ello, vacaciones disfrutadas 2019 = 12 + 14 dias = 26 dias - 7 dias pendientes disfrute por vacaciones canceladas = 19 días ya disfrutados, pendientes 11 dias (no 13 como te detalle perdona que en Sucessfactors pone 13)

Total 11 dias pendientes vacaciones 2019

dime si necesitaras mas detalle o algo
Thank you
Marta

El mar., 14 ene. 2020 a las 6:58, cristina marroqui Eurostars Hotel Company (<cristina.marroqui@eurostarshotelcompany.com>) escribió:

Hola Marta

En 2019 disfrutaste de

1-4 Julio 3 días

26 Agosto-8 septiembre 14 días

23 diciembre- 3 enero 12 días

No me cuadra los 13 días pendiente….por favor aclárame

Cristina Marroquí- Responsable ventas internacional
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

---

**De:** cristina marroqui Eurostars Hotel Company [mailto:cristina.marroqui@eurostarshotelcompany.com]
**Enviado el:** sábado, 4 de enero de 2020 11:07
**Para:** 'Marta Bueno'
**Asunto:** RE: dias final enero a bcn

Que tienes pendiente de 2019??

Cristina Marroquí- Responsable ventas internacional
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**De:** Marta Bueno [mailto:marta.bueno@eurostarshotelcompany.com]
**Enviado el:** jueves, 26 de diciembre de 2019 11:16
**Para:** cristina marroqui Eurostars Hotel Company
**Asunto:** dias final enero a bcn

Hello Cristina!

feliz navidad, espero que estes descansando y disfrutando!

Oye te queria comentar, mi compañera de piso de barcelona deja el piso a partir del 21 de enero, se compró un piso hace unos meses y lo estaba reformando y ahora ya en 3 semanas le traen los muebles , bueno la cosa es que yo ya estoy buscando sustitut@ y espero dejarlo atado esta proxima semana antes de marchar a new york

Pero necesitaria volver unos dias para asegurar que el cambio de una a otro inquilino se hace bien y que el piso lo entrego en condiciones , todavia estoy pendiente de fechas exactas pero mas o menos sera eso, sara saldra a partir de 21 de enero y quiero que el nuevo inquilino entre el 1 de febrero a mas tardar

Te confirmo en unos dias como queda exactamente y que dias necesito para venir a bcn , tengo algo de vacaciones pendientes de 2019 que puedo usarlas para esto si es posible, se que no es fecha de ello pero debo dejarlo atado

perdon por el rollo pero queria dejarte saber!
saludos

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA

--

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA

EUROSTARS000579