Exhibit 17A

Message

| | |
|---|---|
| **From:** | Marta Sanjurjo [marta.sanjurjo@grupohotusa.com] |
| **Sent:** | 1/17/2020 2:11:55 PM |
| **To:** | cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com] |
| **Subject:** | RE: late January to Barcelona |

Cristina,

I see it, but it's still not correct

**2019 balance: 30 days**
Taken: 26 days (if we add the 3 days from July 29)
Unused: 4 days (if we add July, 1 day)

She can respond however she likes
Perhaps she'll understand if you put it that way...
Regards
Marta

---

**From:** cristina marroquí Eurostars Hotel Company <cristina.marroqui@eurostarshotelcompany.com>
**Sent:** Friday, January 17, 2020 13:39
**To:** Marta Sanjurjo <marta.sanjurjo@grupohotusa.com>
**Subject:** FW: late January to Barcelona


**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**From:** Marta Bueno [mailto: mailto:marta.bueno@eurostarshotelcompany.com]
**Sent:** Tuesday, January 14, 2020 17:16
**To:** cristina marroqui Eurostars Hotel Company
**Subject:** Re: late January to Barcelona

Hi Cris

Of course. Let me explain.

The 3 days in July still belong to 2018 vacation time, the rest were from 2019
But earlier in June I traveled for the first communion of my little niece and then I went to the Balearics for a few days with my mother. Marta Sanjurjo canceled that vacation week because Pablo was going to Chicago and she was being left alone in NY. That's why there are 7 vacation days I didn't take and that need to be deducted from that calculation.

Consequently, vacation days taken in 2019 = 12 + 14 days = 26 days – 7 days not taken due to canceled vacations = 19 days taken, 11 days not taken (not 13 as I told you; apologies but it says 13 in Sucessfactors)
Total 11 unused vacation days for 2019

EUROSTARS000576

Tell me if you need more information or anything
Thank you
Marta


On Tues., Jan. 14, 2020 at 6:58, cristina marroqui Eurostars Hotel Company (<cristina.marroqui@eurostarshotelcompany.com>) wrote:

Hi Marta

In 2019 you took

July 1–4 3 days

August 26–September 8 14 days

December 23–January 3 12 days


The 13 unused days don't compute for me … please clarify this for me




**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

-------------------------------------------------------------------------------------------------------------

**From:** cristina marroqui Eurostars Hotel Company [mailto:mailto:cristina.marroqui@eurostarshotelcompany.com]
**Sent:** Saturday, January 4, 2020 11:07
**To:** 'Marta Bueno'
**Subject:** RE: late January to Barcelona


How many unused vacation days do you have from 2019??


**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  


**From:** Marta Bueno [mailto: marta.bueno@eurostarshotelcompany.com]
**Sent:** Thursday, December 26, 2019 11:16
**To:** cristina marroqui Eurostars Hotel Company
**Subject:** late January to Barcelona

Hello Cristina!

Happy Christmas! I hope you're resting and enjoying it!

Hey, I wanted to tell you that my Barcelona roommate is leaving the apartment on January 21. She bought an apartment a few months ago and has been remodeling it and they'll be moving her furniture in 3 weeks from now. Well, the thing is that I'm looking for a replacement and I hope to get everything arranged this coming week before leaving for New York.

But I need to return for a few days to ensure that the change to one or other tenant is done right and that I can hand the apartment over in good condition. I'm still awaiting the exact dates but it will be more or less at that time. Sara will be leaving on January 21 and I want the new tenant to move in no later than February 1.

I can confirm the exact details for you in a few days and what days I would need to come to Barcelona. I have some unused vacation time from 2019 that I could use for this if that's possible. I know this isn't best time but I need to get everything arranged.

I'm sorry for the hassle but wanted to let you know!

Regards

[illegible]

[illegible]   [illegible]

--

[illegible]

[illegible]   [illegible]

EUROSTARS000579

# TRANSPERFECT

I, Bruce Taylor, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Spanish to English.

EX 17 - 2020-01-17 - Email chain w Sanjurjo, Marroqui and Client re Jan-Feb leave and accruals (chain 2, xref 1066) (576-578)

*[signature]*

BRUCE TAYLOR

Sworn to before me this 9th day of November, 2024

_____
Signature, Notary Public

*The appropriate California notary form is attached.*

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __9th__ day of __November__, __2024__

by __Bruce Taylor__

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

JASON MASON
COMM. # 2393054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 5, 2026

Seal
Place Notary Seal Above

-------------------------------------------------- OPTIONAL --------------------------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Email Chain__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____