Exhibit 18

Message

| | |
|---|---|
| **From**: | Teresa Jiménez [teresa.jimenez@eurostarshotelcompany.com] |
| **Sent**: | 1/21/2020 7:19:47 PM |
| **To**: | cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com] |
| **CC**: | Marta Sanjurjo [marta.sanjurjo@grupohotusa.com] |
| **Subject**: | RE: dias pendientes marta bueno |

Hola Cristina y Marta
Las solicitudes que tengo son 14 días del 13 al 26 de agosto, que son las que se retrasaron a octubre y que eran dos semanas que se debían de 2017.
En Octubre además de esos 14 días que no se pudo coger en agosto, cogió una semana más del 1 al 7 de octubre.
Por lo que he podido leer en un correo donde yo estaba en copia, finiquitaba las vacaciones de 2018, con una semana que le autorizaste (Cristina ) del 1 al 7 de julio de 2019. No recuerdo que pasó ya a partir de ahí. Se que tuvo que volver desde España, y retrasar sus vacaciones porque se requirió que volviese a NY para que Pablo marchase a Chicago.

Si puedo ayudar en algo más me decís.


Saludos

Teresa

---

**De:** cristina marroqui Eurostars Hotel Company [mailto:cristina.marroqui@eurostarshotelcompany.com]
**Enviado el:** martes, 21 de enero de 2020 10:49
**Para:** Teresa Jiménez
**Asunto:** RV: dias pendientes marta bueno

Hola Teresa

Nos puedes indicar que vacaciones tuvo en 2018.

**Cristina Marroquí- Responsable ventas internacional**
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

---

**De:** Marta Sanjurjo [mailto:marta.sanjurjo@grupohotusa.com]
**Enviado el:** martes, 21 de enero de 2020 10:30
**Para:** cristina marroqui Eurostars Hotel Company
**Asunto:** RE: dias pendientes marta bueno

Cristina,

¿le puedes pedir a Terry que te pase las vacaciones que sí hizo en 2018? Sí que es cierto que Marta informó que no había podido coger el avión porque estaba enferma y más tarde solicitó disfrutar de esas vacaciones del 8 al 21 de octubre, pero no me parece normal que a principios del 2019 no te informara de si le quedaban días pendientes por disfrutar ¿no sería lógico que si tenía días pendientes los disfrutase en navidad del 2018?
No se pueden ir arrastrando vacaciones d esta manera
Un saludo
Marta

EUROSTARS000580

**De:** cristina marroqui Eurostars Hotel Company <cristina.marroqui@eurostarshotelcompany.com>
**Enviado el:** martes, 21 de enero de 2020 9:12
**Para:** Marta Sanjurjo <marta.sanjurjo@grupohotusa.com>
**Asunto:** RV: dias pendientes marta bueno


**Cristina Marroquí- Responsable ventas internacional**
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

---

**De:** Teresa Jiménez [mailto:teresa.jimenez@eurostarshotelcompany.com]
**Enviado el:** martes, 21 de enero de 2020 2:38
**Para:** cristina marroqui Eurostars Hotel Company
**Asunto:** RE: dias pendientes marta bueno

Sí, efectivamente el mismo día que cogía el avión, fue hospitalizada. Me consta que envió un correo a Marta explicando la situación. No pudo cogerla finalmente, porque le prohibieron volar. Recuerdo además que reconfirmé con ella que te lo hubiese comentado a ti.
Cualquier consulta, quedo a disposición.
Saludos
Teresa

---

**De:** cristina marroqui Eurostars Hotel Company [mailto:cristina.marroqui@eurostarshotelcompany.com]
**Enviado el:** lunes, 20 de enero de 2020 17:42
**Para:** Teresa Jiménez
**Asunto:** RV: dias pendientes marta bueno

Hola Teresa

Tenemos una discrepancia en los días de vacaciones del 2018 de Marta Bueno y Marta Sanjurjo me comenta que consulte contigo que situación medica se dio en 2018 por lo que Marta no puedo disfrutar de sus vacaciones.

Gracias.,

**Cristina Marroquí- Responsable ventas internacional**
Tel. +34 954 08 17 00 – Movil: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**De:** Marta Bueno [mailto:marta.bueno@eurostarshotelcompany.com]
**Enviado el:** lunes, 20 de enero de 2020 16:05
**Para:** Marta Sanjurjo
**CC:** cristina marroqui Eurostars Hotel Company
**Asunto:** dias pendientes marta bueno

Buenas tardes Marta

Me comenta Cristina que te envie email explicando el tema de los dias pendientes , te detallo

Vacaciones 2019 = He disfrutado entre agosto y navidades de 26 dias , por ello quedan pendientes 4 dias del 2019 . Hasta aqui estamos de acuerdo y estan claros los numeros

La discrepancia viene por la semana (7 dias) que tenia aprobada en junio 2019 que se cancelo ya que pablo marcho a chicago y yo volvi a nueva york para cubrir en el hotel , esa semana de vacaciones estaba confirmada, pertenecía a vacaciones pendientes de 2018 y no la disfrute por haber sido cancelada

Las vacaciones pertenecientes a 2018 fueron =

7 dias del 15 al 21 octubre 2018 (esta semana se retraso de agosto al no poder coger avion por un problema medico)
14 dias del 27 mayo al 9 junio (esta segunda semana fue la cancelada)
1 al 4 julio

quedo a disposicion
Muchos saludos



Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA