Exhibit 18A

Message

| | |
|---|---|
| **From:** | Teresa Jiménez [teresa.jimenez@eurostarshotelcompany.com] |
| **Sent:** | 1/21/2020 7:19:47 PM |
| **To:** | cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com] |
| **CC:** | Marta Sanjurjo [marta.sanjurjo@grupohotusa.com] |
| **Subject:** | RE: marta bueno unused vacation days |

Hi Cristina and Marta

The requests I have are for 14 days from August 13 to 26, being those that were put back to October and that were the two weeks that were owed from 2017.

In addition to those 14 days that could not be taken in August, she took an additional week in October from October 1 to 7.

From what I've been able to read in an email on which I was copied, she completed her vacation time for 2018 with a week that you (Cristina) authorized for her from July 1 to 7, 2019. From that point I don't recall what happened. I know she had to return to Spain and postpone her vacations because she had to return to NY so Pablo could go to Chicago.

Please let me know if I can help with anything.

Regards

Teresa

---

**From:** cristina marroqui Eurostars Hotel Company [mailto:cristina.marroqui@eurostarshotelcompany.com]
**Sent:** Tuesday, January 21, 2020 10:49
**To:** Teresa Jiménez
**Subject:** FW: marta bueno unused vacation days

Hi Teresa

Can you tell us what vacations she took in 2018?

**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

---

**From:** Marta Sanjurjo [mailto: marta.sanjurjo@grupohotusa.com]
**Sent:** Tuesday, January 21, 2020 10:30
**To:** cristina marroqui Eurostars Hotel Company
**Subject:** RE: marta bueno unused vacation days

Cristina,

Can you ask Terry to share with you the vacation time she actually did take in 2018? I know it to be the case that Marta reported not having been able to catch the plane because she was sick, and that she later asked to take those vacation days from October 8 to 21, but it doesn't seem normal to me for her not to have informed you in early 2019 that she did in fact have unused vacation days. If she had unused days, wouldn't it be logical for her to take them over Christmas 2018?
Vacation time can't be carried over in this way.
Regards
Marta

---

**From:** cristina marroqui Eurostars Hotel Company <cristina.marroqui@eurostarshotelcompany.com>
**Sent:** Tuesday, January 21, 2020 9:12
**To:** Marta Sanjurjo <marta.sanjurjo@grupohotusa.com>
**Subject:** FW: marta bueno unused vacation days


**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

---

**From:** Teresa Jiménez [mailto:teresa.jimenez@eurostarshotelcompany.com]
**Sent:** Tuesday, January 21, 2020 2:38
**To:** cristina marroqui Eurostars Hotel Company
**Subject:** RE: marta bueno unused vacation days

Yes, she was in fact hospitalized on the day she was due to catch the plane. I am aware that she sent an email explaining the situation to Marta. Ultimately she couldn't take it because they prohibited her from flying. I also remember that I reconfirmed with her that I had discussed it with you
I'm at your disposal for any questions you may have.
Regards
Teresa

---

**From:** cristina marroqui Eurostars Hotel Company [mailto:cristina.marroqui@eurostarshotelcompany.com]
**Sent:** Monday, January 20, 2020 17:42
**To:** Teresa Jiménez
**Subject:** FW: marta bueno unused vacation days

Hi Teresa

We have a discrepancy in the vacation days of Marta Bueno for 2018, and Marta Sanjurjo tells me I should ask you what medical situation arose in 2018 as a result of which Marta was unable to take her vacation time.

Thanks,

**Cristina Marroquí — Head of International Sales**
Tel. +34 954 08 17 00 — Cell: +34 608 943 812
cristina.marroqui@eurostarshotelcompany.com

  

**From:** Marta Bueno [mailto: marta.bueno@eurostarshotelcompany.com]
**Sent:** Monday, January 20, 2020 16:05
**To:** Marta Sanjurjo
**CC:** cristina marroqui Eurostars Hotel Company
**Subject:** marta bueno unused vacation days

Good afternoon, Marta

Cristina tells me that I should send you an email explaining the issue of the unused vacation days. Here are the details:

2019 vacations = I have taken 26 days between August and Christmas, and I therefore have 4 unused days for 2019. With respect to that we are in agreement and the numbers are clear.

The discrepancy arises due to the week (7 days) I had approved in June 2019 that was canceled because Pablo left for Chicago and I returned to New York to cover for him in the hotel. That vacation week was confirmed and it belonged to the unused vacation days for 2018 I wasn't able to take because it was canceled.

The vacation days belonging to 2018 were as follows =

7 days from October 15 to 21, 2018 (that week was put back from August when I was unable to catch a flight due to a medical problem)
14 days from May 27 to June 9 (that second week was the one that got canceled)
July 1 to 4

I remain at your disposal for any questions you may have
Best regards

[illegible]

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA

[illegible]    [illegible]

EUROSTARS000582



I, Bruce Taylor, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Spanish to English.

EX 18 - 2020-01-21 - Email chain w Sanjurjo, Marroqui, Jimenez and Client re Jan-Feb leave and accruals (chain 1, xref 583) (580-582)

BRUCE TAYLOR

Sworn to before me this 9th day of November, 2024

_____
Signature, Notary Public

The appropriate California notary form is attached.

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __9th__ day of __November__, __2024__
Date / Month / Year

by __Bruce Taylor__

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

JASON MASON
COMM. # 2393054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 5, 2026

Seal
Place Notary Seal Above

---------- OPTIONAL ----------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Email Chain__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____