Exhibit 19

Message

**From:** Teresa Jiménez [teresa.jimenez@eurostarshotelcompany.com]
**Sent:** 1/22/2020 1:31:00 PM
**To:** Marta Sanjurjo [marta.sanjurjo@grupohotusa.com]; cristina marroqui Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com]
**Subject:** RE: dias pendientes marta bueno

Hola
El tema está en que a Marta se le debían 15 días del 2017, ya que este año fue cuando se cogieron los hoteles de Miami (septiembre y noviembre), y ella no cogió los 15 días que se le debían. Imagino que todo el problema viene de ahí.
Saludos
Teresa

**De:** Marta Sanjurjo [mailto:marta.sanjurjo@grupohotusa.com]
**Enviado el:** miércoles, 22 de enero de 2020 11:53
**Para:** Teresa Jiménez; cristina marroqui Eurostars Hotel Company
**Asunto:** RE: dias pendientes marta bueno
**Importancia:** Alta

Buenos días,

Veo que el tema está más liado aún. A ver si podemos reconstruir ésto. Pongo mis comentarios en rojo.

**Marta Sanjurjo** • Responsable Dpto. RR.HH.
marta.sanjurjo@grupohotusa.com
T: +34 93 268 10 10 (Ext. 620) |  M: +34 608 499 281



www.grupohotusa.com
C/ Mallorca, 351, Pral. 08013 - Barcelona

**De:** Marta Bueno <marta.bueno@eurostarshotelcompany.com>
**Enviado el:** lunes, 20 de enero de 2020 16:05
**Para:** Marta Sanjurjo <marta.sanjurjo@grupohotusa.com>
**CC:** cristina marroqui Eurostars Hotel Company <cristina.marroqui@eurostarshotelcompany.com>
**Asunto:** dias pendientes marta bueno

Buenas tardes Marta

Me comenta Cristina que te envie email explicando el tema de los dias pendientes , te detallo

Vacaciones 2019 = He disfrutado entre agosto y navidades de 26 dias , por ello quedan pendientes 4 dias del 2019 . Hasta aqui estamos de acuerdo y estan claros los numeros . Cristina, me pasas esos días que Marta sí dice que son del 2019?

La discrepancia viene por la semana (7 dias) que tenia aprobada en junio 2019 que se cancelo ya que pablo marcho a chicago y yo volvi a nueva york para cubrir en el hotel , esa semana de vacaciones estaba confirmada, pertenecía a vacaciones pendientes de 2018 y no la disfrute por haber sido cancelada

**Las vacaciones pertenecientes a 2018 fueron =**

7 dias del 15 al 21 octubre 2018 (esta semana se retraso de agosto al no poder coger avion por un problema medico). 7 días
¿quiere decir que a 31 de diciembre de 2018 le quedaban por disfrutar 21 días de vacaciones? Aquí radica el problema
14 dias del 27 mayo al 9 junio es del 2019??? (esta segunda semana fue la cancelada) Si es así - del 2019 - me consta que volvió el 2 de junio, por lo tanto 7 días
1 al 4 julio  es de 2019 ¿??. Sí es así, salvo error creo que se autorizó del 1 al 7 de julio. 7 días

Como esto sea correcto querrá decir que viene arrastrando 7 días del 2018 …



quedo a disposicion
Muchos saludos



Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ;10005- New York - USA