Exhibit 19A

Message

| | |
|---|---|
| **From:** | Teresa Jiménez [teresa.jimenez@eurostarshotelcompany.com] |
| **Sent:** | 1/22/2020 1:31:00 PM |
| **To:** | Marta Sanjurjo [marta.sanjurjo@grupohotusa.com]; Cristina marroquí Eurostars Hotel Company [cristina.marroqui@eurostarshotelcompany.com] |
| **Subject:** | RE: marta bueno unused vacation days |

Hi
The issue lies in the fact that Marta was owed 15 days from 2017, as that is the year the hotels in Miami were acquired (September and November), and she didn't take the 15 days she was owed. I imagine the whole problem originates with that.
Regards
Teresa

**From:** Marta Sanjurjo [mailto: marta.sanjurjo@grupohotusa.com]
**Sent:** Wednesday, January 22, 2020 11:53
**To:** Teresa Jiménez; Cristina marroquí Eurostars Hotel Company
**Subject:** RE: marta bueno unused vacation days
**Importance:** High

Good morning,

I see that this topic is even more complicated. Let's see if we can reconstruct this. I've inserted my comments in red.

**Marta Sanjurjo** • Head of the HR Dept.
marta.sanjurjo@grupohotusa.com
T: +34 93 268 10 10 (Ext. 620) | M: +34 608 499 281



GRUPO
**HOTUSA**

www.grupohotusa.com
C/ Mallorca, 351, Pral. 08013 – Barcelona

**From:** Marta Bueno <marta.bueno@eurostarshotelcompany.com>
**Sent:** Monday, January 20, 2020 16:05
**To:** Marta Sanjurjo <marta.sanjurjo@grupohotusa.com>
**CC:** Cristina marroquí Eurostars Hotel Company <cristina.marroqui@eurostarshotelcompany.com>
**Subject:** marta bueno unused vacation days

Good afternoon, Marta

Cristina tells me that I should send you an email explaining the issue of the unused vacation days. Here are the details

2019 vacations = I have taken 26 days between August and Christmas, and I therefore have 4 unused days for 2019. With respect to that we are in agreement and the numbers are clear. Cristina, can you send me those days Marta says are actually from 2019?

The discrepancy arises due to the week (7 days) I had approved in June 2019 that was canceled because Pablo left for Chicago and I returned to New York to cover for him in the hotel. That vacation week was confirmed and it belonged to the unused vacation days for 2018 I wasn't able to take because it was canceled.

**The vacation days belonging to 2018 were as follows =**

7 days from October 15 to 21, 2018 (that week was put back from August when I was unable to catch a flight due to a medical problem). 7 days
what does she mean that she still had 21 unused vacation days on December 31, 2018? **This is where the problem lies** 14 days from May 27 to June 9 is that from 2019??? (that second week was the one that got canceled) If that is the case — that it's from 2019 — I'm aware that she returned on June 2, which is therefore 7 days
July 1 to 4  is that from 2019 ???. If so, unless there's an error, I believe she was authorized from July 1 to 7, 7 days

If this is correct it means she has been carrying over 7 days from 2018 ...

I remain at your disposal
Best regards

[illegible]

[illegible]   [illegible]

Marta Bueno
*USA Sales Manager*
Eurostars Hotels
T: +1 212 742 0003
marta.bueno@eurostarshotelcompany.com
**www.eurostarshotelcompany.com**
129 Front Street ; 10005- New York - USA

Case 1:21-cv-00535-MMG-RWL    Document 144-10    Filed 11/23/24    Page 4 of 5


**TRANSPERFECT**

I, Bruce Taylor, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Spanish to English.

EX 19 - (583-584)

*[signature]*
BRUCE TAYLOR

Sworn to before me this 9th day of November, 2024

_____
Signature, Notary Public

*The appropriate California notary form is attached*

_____
Stamp, Notary Public

---

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __9th__ day of __November__, __2024__
                                                         Date                    Month             Year

by __Bruce Taylor__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
*Signature of Notary Public*

JASON MASON
COMM. # 2393054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 5, 2026

Seal
*Place Notary Seal Above*

---------------------------------------- OPTIONAL ----------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Email Chain__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____