Exhibit 31

Message

| | |
|---|---|
| **From**: | cristina marroqui [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=902CCEE303174BB3B1582C189E3B1CB0-5579E29A-8E] |
| **Sent**: | 2/3/2020 10:33:19 PM |
| **To**: | amancio.lopez@hotusa.es |
| **CC**: | Presidencia Grupo Hotusa [presidencia@grupohotusa.com] |
| **Subject**: | IC MANAGERS INTERNACIONALES SEMANA 27-31 ENERO |

Buenas tardes Sr Lopez,

Tal y como acordamos la semana pasada, Alessandro se ha puesto en contacto con Vincenzo para indicarle que deber ser el quien realice las acciones comerciales asi como los envio de informes.

Susanne me indica que:
*Buenas tardes Cristina,*
**Eurostars Grand Central***: Alex Antl jefe de recepción*
**Eurostars Book Hotel:** *Alejandra esta desplazada a Berlin según indicación de DG. No sabemos por cuantos meses. Actualmente no contamos con director al Book. Adrian Pascual, jefe de recepción esta asumiendo responsabilidades actualmente y yo mismo, pero claro él debe que aprender mucho, siempre con mi ayuda. A causa de estos circunstancias actualmente Adrian no esta haciendo acciones comerciales.*
**Berlin:** *Marta Tarrago no esta mas trabajando en la empresa hace desde 27.12.19. Alejandra llegó el 2 de enero y se encuentra con un million de problemas en estos 2 hoteles. Lo mas antes posible ella empezara con acciones comerciales.*
**Maximilian y Regent** *: Correcto con Stephan y Ozden.*

Esta semana *David* envia solo 1 acción comercial con cliente interno.
*Buenas tardes Cristina,*
*Adjunto informe comercial semanal.*
*Esta semana no he podido hacer mucho, esta semana remontare con las visitas.*
*Un saludo,*

Esta semana Pablo me indica desde NY que:
*Buenas tardes Cristina,*
*Informarte de que esta semana no he podido realizar Visitas debido a que tuvimos en NY la visita de Simon Williams y de Patricia Cereijo, en el Hotel.*
*No obstante para la semana enviare el IC sin falta.*
*Un saludo y disculpa las molestias,*

Manuel Portilla indica que esta semana pasada ha estado en Cartagena de indias donde realiza 2 acciones comerciales asi como 2 telefónicas con clientes de Bogotá.

Ramon Ripoll envia el primer informe del año con 2 acciones comerciales de dudosa calidad. Envio mail con copia a DA pues no entiendo a que se refiere con "maletín informativo" a dos clientes al parecer internos.

Ignacio Diaz-Plaza tras llamada sobre la necesidad de activación de su implicación comercial en Informe oficial, nos envia sus primeras 4 acciones internas y visitas externa de la mano del comercial desplazado Francisco Royo. Ignacio debe mejorar pues consigue poca información comercial relevante como volúmenes y necesidades quedándose en la superficie de la accion. Tiene buena predisposición por lo que deberemos hacerle seguimiento

Emilio Godoy realiza 3 acciones únicamente por los siguientes motivos:
*Hola Cristina,*
*Adjunto visitas de la semana. He podido hacer sólo 3 porque he estado prácticamente dos días fuera en Tanger y Rabat haciendo visitas de expansión.*

EUROSTARS000874

**Carlos Guzón:** *Durante la semana me he centrado en empresas locales importantes para la comunidad. Me he relacionado con instituciones gubernamentales y empresas que por localización pueden tener gran impacto a nivel local. Siguiendo la línea marcada la semana pasada registro un control y seguimiento de las firmadas YTD 2020 para analizar su importancia y potencial en la plaza. Realizo control de la producción de 39 empresas en el mes de enero y guardo información relevante para próximas revisiones trimestrales con las cuentas. Realizo visitas de inspección con cuentas potenciales enseñando el hotel y sus instalaciones. Trabajo con el departamento de marketing para realizar una presentación telemática del hotel y poder presentar así la cadena a aquellos interesados potenciando los puntos importantes del hotel frente a la competencia. El día 13 de febrero tenemos un FAMTrip en el hotel con los siguientes agentes de viajes y cierro confirmación de asistencia de:*
*Viajes El Corte Ingles*
*ELISENDA LLORT OLLE / DG 1090  TARRAGONA*
*MARIA ROSARIO RIBERA IBAÑEZ / DG 502  GANDIA*
*ROCIO RABADAN PEREZ / DG  320 HUELVA-PALACIOS*
*MARIA DOLORES HERNANDEZ GURUMETA / DG  449  TRES CANTOS /MADRID*
*Viajes Barcelo*
*YOLANDA SANZ CALLEJO*
*CRISTINA LEON ALTIMIRA*
*Realizo 10 acciones comerciales y da de alta 1 empresa en la web corporate y firma acuerdo de captación:*
*Film Gate (Miami)*

**Marta Bueno: ausencia no autorizada en España**

**Kenya Jourdain:** *Esta semana he estado trabajando desde Barcelona, por lo que desde aquí he continuado con la planificación de contactar vía email y llamadas telefónicas a las empresas locales de Chicago. Al mismo tiempo he seguido contactado con las cuentas que han renovado para el 2020 en el EMM para presentarme como la nueva comercial del hotel y coordinar posibles visitas una vez que vuelva a Chicago. Realizo un total de 16 acciones además de call con LUXE para presentarme al equipo.*

EMPRESAS CONTACTADAS QUE NO HAN RENOVADO PARA EL 2020:
*Cardinal Health Inc*
*Brunswick Group*
*Fannie Mae*
*Guaranteed Rate*
*Chicago Architectural*
*Southern Glazers Wine & Spirits*
*Tao Group*

EMPRESAS CONTACTADAS PARA CAPTACIÓN:
*Pure Barre Gym*
*Barry Bootcamp*
*107.5 WGCI – FM*
*True Food*
*Barracuda*
*Tzuco*
*CellMax Technologies AB*
*MSE Solutions*
*River North Association;*
*Net Blaze*

## MICE INTERNACIONAL

**Ana Sanchez:** *Participación en MICEPLACE Marcella. Es un evento con mucha afluencia de buyers, un 80% francés, y el resto UK, Rusia, Italia y Países Bajos. Partimos con un total de una agenda de 21 contactos, en el que tuvimos 6 no shows. Salvo una DMC que solo trabajaba en Francia, y que no hemos contabilizado, el resto de agencias y empresas organizan eventos fuera de Francia. Cuatro de las agencias que no se*