Exhibit 31A

Message

| From: | Cristina marroquí [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=902CCEE303174BB3B1582C189E3B1CB0-5579E29A-8E] |
|---|---|
| Sent: | 2/3/2020 10:33:19 PM |
| To: | *amancio.lopez@hotusa.es* |
| CC: | Presidencia Grupo Hotusa [*presidencia@grupohotusa.com*] |
| Subject: | IC MANAGERS INTERNACIONALES WEEK JANUARY 27–31 |

Good afternoon, Mr. Lopez,

As we agreed last week, Alessandro has contacted Vincenzo to inform him that he is the person who must carry out the marketing activities as well as sending the reports.

Susanne tells me the following:
Good afternoon, Cristina,
**Eurostars Grand Central**: Alex Antl head of reception
**Eurostars Book** Hotel: Alejandra is relocated to Berlin on the orders of DG. We don't know for how many months. We don't currently have a director of Booking. Adrian Pascual, head of reception, is currently assuming the responsibilities together with me, but he obviously has a lot to learn, with my assistance at every step. As a result of these circumstances, Adrian is not currently carrying out marketing activities.
**Berlin:** Marta Tarrago has not worked for the company since 12.27.19. Alejandra arrived on January 2 and was confronted by a million problems at these 2 hotels. She will start carrying out marketing activities as soon as possible.
**Maximilian and Regent**: Correct as to Stephan and Ozden.

*David* sent only 1 marketing activity with an internal client this week.
*Good afternoon, Cristina,*
*I attach the weekly marketing report.*
*I haven't been able to do much this week. I'll get back on it with the visits this week.*
*Regards,*

Pablo tells me the following from NY this week:
*Good morning, Cristina,*
*This is to inform you that I haven't been able to carry out visits this week due to the fact that we had the visit of Simón Williams and Patricia Cereijo in the Hotel this week.*
*Nonetheless, I'll be sending the IC without fail this coming week.*
*Regards and apologies for the bother,*

Manuel Portilla says he has been in Cartagena de Indias this week where he carried out 2 marketing activities as well as 2 phone calls with clients in Bogotá.

Ramon Ripoll has sent his first report of the year containing 2 marketing actions of dubious quality. He sent an email copying DA but I don't understand what is meant by "informational briefcase" concerning two apparently internal clients.

Having called about the need to activate his marketing plan and the Official Report, Ignacio Diaz-Plaza sent us his first 4 internal marketing activities and outside visits along with the relocated marketing specialist Francisco Royo. Ignacio needs to improve since he has obtained little relevant marketing information such as volumes and needs, and has stayed on the periphery of the action. He has good will but we need to monitor him.

Emilio Godoy was only able to carry out 3 activities due to the following reasons:
*Hi Cristina,*
*I attach the visits for the week. I've only been able to do 3 because I've been almost 2 days away in Tangier and Rabat doing expansion visits.*

EUROSTARS000874

**Carlos Guzón:** *During the week I have focused on local companies of importance to the community. I have contacted government institutions and companies that have a major impact at local level due to their location. Following the approach outlined last week, I have followed up with the YTD 2020 signatories to analyze their importance and potential in this market. I carried out production oversight of 39 companies in January and have gathered significant information for the next quarterly reviews with the accounts.*

*I carry out tours of inspection with potential clients showing the hotel and its facilities. I work with the marketing department to prepare a remote presentation on the hotel and that way be in a position to present the chain to those interested in leveraging the main features of the hotel against the competition. On February 13 we have a FAMTrip at the hotel with the following travel agents and I can confirm the attendance of:*

*Viajes El Corte Ingles*
*ELISENDA LLORT OLLE / DG 1090 TARRAGONA*
*MARIA ROSARIO RIBERA IBAÑEZ/DG 502 GANDIA*
*ROCIO RABADAN PEREZ / DG 320 HUELVA-PALACIOS*
*MARIA DOLORES HERNANDEZ GURUMETA / DG 449 TRES CANTOS /MADRID*
*Viajes Barcelo*
*YOLANDA SANZ CALLEJO*
*CRISTINA LEON ALTIMIRA*
*I have carried out 10 marketing activities and added 1 company to the corporate website and signed a funding contract:*
*Film Gate (Miami)*

**Marta Bueno: unauthorized absence in Spain**

**Kenya Jourdain:** *I have been working from Barcelona this week, as a result of which I've continued with the email contacts and telephone calls schedule to local companies in Chicago. At the same time, I've continued contacting those accounts that have renewed on the EMM for 2020 to introduce myself as the hotel's new marketing manager and to arrange possible visits once I return to Chicago. I've carried out a total of 16 activities aside from the call with LUXE to introduce myself to the team.*

**COMPANIES THAT HAVE NOT RENEWED FOR 2020:**

*Cardinal Health Inc*
*Brunswick Group*
*Fannie Mae*
*Guaranteed Rale*
*Chicago Architectural*
*Southern Glazers Wine & Spirits*
*Tao Group*

**COMPANIES CONTACTED FOR FUNDING:**

*Puré Barre Gym*
*Barry Bootcamp*
*107.5 WGCI-FM*
*True Food*
*Barracuda*
*Tzuco*
*CellMax Technologies AB*
*MSE Solutions*
*River North Association;*
*Net Blaze*

**MICE INTERNACIONAL**

**Ana Sánchez:** *Participation at MICEPLACE Marcella. This is an event much frequented by buyers. 80% are French and the rest are from the UK, Russia, Italy and the Netherlands. We started with a total agenda of 21 contacts of which we had 6 no-shows. Except for a DMC who only worked in France, and that we haven't included, the remaining agencies and companies organize events outside of France. Four of the agents that do not [...]*

EUROSTARS000882

 **TRANSPERFECT**

I, Bruce Taylor, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Spanish to English.

EX 31 - 2020-02-10 - Excerpt of Email from Marroqui to Lopez re weekly report Client's unauthorized absence in Spain (876-885)

BRUCE TAYLOR

Sworn to before me this 9th day of November, 2024

_____

Signature, Notary Public

*The appropriate California notary form is attached.*

_____

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                         }

COUNTY OF ___Los Angeles___                }

Subscribed and sworn to (or affirmed) before me on this ___9th___ day of ___November___, ___2024___
                                                        Date          Month              Year

by ___Bruce Taylor___

_____
Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

Signature of Notary Public

**JASON MASON**
COMM. # 2393054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 5, 2026

Seal
Place Notary Seal Above

-------------------------------------------- OPTIONAL --------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document:___Email Chain___

Document Date:_____

Number of Pages:_____

Signer(s) Other Than Named Above:_____