Exhibit 40

Message

| | |
|---|---|
| **From:** | Patricia Cereijo [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE90E2F5B4BE4E6985363C8310DA83A1-703C6C78-2F] |
| **Sent:** | 2/23/2020 1:15:36 AM |
| **To:** | amancio.lopez [amancio.lopez@hotusa.es]; Presidencia Grupo Hotusa [presidencia@grupohotusa.com] |
| **Subject:** | Informe Eurostars Magnificent Mile & Eurostars Wall Street |

Buenas tardes,

A continuación le detallo los datos más relevantes del hotel:

### **Ventas**

<u>Comparativa 2019 en PM financiero</u>

| | ACTUAL 2020 | |
|---|---|---|
| Mes | RN | % Ocup. |
| Enero | 3610 | 54% |
| Febrero | 3579 | 57% |
| Marzo | 2032 | 30% |
| Abril | 653 | 10% |
| Mayo | 1438 | 21% |

| A CIERRE 2019 | | | | | DIFERENCIAS 2020 - CIERRE 2019 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | RevPar | Revenue | RN | % Ocup. | PM | RevPar | Revenue | RN | % Ocup. | PM | PM % | RevPar | RevPar % | Revenue |
| 101 $ | 54 $ | 364,827 $ | 3378 | 53% | 111 $ | 59 $ | 374,316 $ | 232 | 1% | -10 $ | -9% | -4 $ | -7% | -9,490 $ |
| 121 $ | 69 $ | 432,987 $ | 3830 | 65% | 121 $ | 80 $ | 465,230 $ | -251 | -8% | 0 $ | 0% | -10 $ | -13% | -32,243 $ |
| 137 $ | 42 $ | 277,896 $ | 5076 | 77% | 130 $ | 101 $ | 661,758 $ | -3044 | -47% | 6 $ | 5% | -59 $ | -59% | -383,862 $ |
| 168 $ | 17 $ | 109,430 $ | 5249 | 84% | 152 $ | 127 $ | 796,956 $ | -4596 | -74% | 16 $ | 10% | -110 $ | -87% | -687,526 $ |
| 294 $ | 63 $ | 422,628 $ | 5007 | 75% | 222 $ | 166 $ | 1,112,055 $ | -3569 | -54% | 72 $ | 32% | -103 $ | -62% | -689,427 $ |

<u>Comparativa 2018 en PM financiero</u>

| | ACTUAL 2020 | |
|---|---|---|
| Mes | RN | % Ocup. |
| Enero | 3610 | 54% |
| Febrero | 3579 | 57% |
| Marzo | 2032 | 30% |
| Abril | 653 | 10% |
| Mayo | 1438 | 21% |

En Chicago, se estaba planteando que Miguel pasara a operativa pero no conseguimos a nadie para sustituirle en grupos y Pablo ya conoce la operativa. Creo que sería mejor opción que Miguel.

Tras recibir las ofertas de externalización de pisos, los precios son más elevados que lo que conseguimos con personal interno.
Entiendo que el motivo de revisar opciones de externalización es por los problemas que tiene Chicago con Union, aparentemente no parece personal conflictivo pero es cierto que este tipo de personas puede ser influenciable.
Después de lo ocurrido en Miami, es un tema que me preocupa.

Después de la incidencia que tuvimos con las bombas la semana pasada con la empresa de mantenimiento, se ha dado el ok a la reparación de las mismas a ellos.
Parece ser que no es la primera vez que se tiene problemas con esta empresa de mantenimiento en el pasado, ya lo he comentado con Simon, casos como el de las bombas no puede volver a repetirse ya que si hubiera sido por ellos, no hubiéramos tenido agua caliente hasta el martes.

La semana que viene esta Pablo de vacaciones.

La semana que viene iré a NY para proceder con el despido de Marta Bueno.


Quedo a su entera disposición para cualquier información adicional.

Un saludo,

**Patricia Cereijo** · Director de Area / Area Manager
patricia.cereijo@eurostarshotelcompany.com
M. +34 619 33 25 58
M. +1 312 414 9576
**www.eurostarshotelcompany.com**
C/ Mallorca, 351, Pral. 08013 - Barcelona

Le informamos que su dirección de correo electrónico y el resto de los datos de carácter personal aportados serán objeto de tratamiento en nuestros ficheros, con la finalidad de gestionar nuestra agenda de contactos, así como atender sus solicitudes por vía electrónica. Puede ejercer los derechos de acceso, rectificación, cancelación y oposición en los términos establecidos en la Ley Orgánica 15/1999, mediante notificación escrita a EUROSTARS HOTELS en C/ Mallorca nº351 de Barcelona o a través de esta dirección de email. La información incluida en este email es confidencial, siendo para uso exclusivo del destinatario indicado. Si usted lee este mensaje y no es el destinatario indicado, le rogamos nos lo notifique inmediatamente por esta vía y proceda a la eliminación del mensaje junto con sus ficheros anexos sin grabarlos.
Por favor antes de imprimir este correo, valore si es estrictamente necesario. La naturaleza y el medio ambiente lo agradecerán.
AVISO SOBRE CONFIDENCIALIDAD: Este documento se dirige exclusivamente a su destinatario por poder contener información confidencial sometida a secreto profesional o cuya divulgación esté autorizada en virtud de la legislación vigente. Se informa a quien lo recibiera sin ser destinatario o persona autorizada por éste, que la información contenida en el mismo es reservada y su utilización o divulgación con cualquier fin está prohibida. Si ha recibido este documento por error, le rogamos nos lo comunique por teléfono y proceda a su destrucción.