Exhibit 40A

Message

| | |
|---|---|
| **From:** | Patricia Cereijo [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE90E2F5B4BE4E6985363C8310DA83A1-703C6C78-2F] |
| **Sent:** | 2/23/2020 1:15:36 AM |
| **To:** | amancio.lopez [amancio.lopez@hotusa.es]; Presidencia Grupo Hotusa [presidencia@grupohotusa.com] |
| **Subject:** | Eurostars Magnificent Mile & Eurostars Wall Street Report |

Good afternoon,

Following is a breakdown of the main information on the hotel:

**Sales**

Compared with 2019 in financial PM

| | | CURRENT 2020 |
|---|---|---|
| **Month** | **RN** | **% Occupancy** |
| **January** | 3610 | 54% |
| **February** | 3579 | 57% |
| **March** | 2032 | 30% |
| **April** | 653 | 10% |
| **May** | 1438 | 21% |

| AS AT YEAR-END 2019 | | | | | DIFFERENCE 2020 — YEAR-END 2019 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | RevPar | Revenue | RN | % Ocpcy | PM | RevPar | Revenue | RN | % Ocpcy | PM | PM % | RevPar | RevPar % | Revenue |
| 101 $ | 54 $ | 364,827 $ | 3378 | 53% | 111 $ | 59 $ | 374,316 $ | 232 | 1% | –10 $ | –9% | –4 $ | –7% | –9,490 $ |
| 121 $ | 69 $ | 432,987 $ | 3830 | 65% | 121 $ | 80 $ | 465,230 $ | –251 | –8% | 0 $ | 0% | –10 $ | –13% | –32,243 $ |
| 137 $ | 42 $ | 277,896 $ | 5076 | 77% | 130 $ | 101 $ | 661,758 $ | –3044 | –47% | 6 $ | 5% | –59 $ | –59% | –383,862 $ |
| 168 $ | 17 $ | 109,430 $ | 5249 | 84% | 152 $ | 127 $ | 796,956 $ | –4596 | –74% | 16 $ | 10% | –110 $ | –87% | –687,526 $ |
| 294 $ | 63 $ | 422,628 $ | 5007 | 75% | 222 $ | 166 $ | 1,112,055 $ | –3569 | –54% | 72 $ | 32% | –103 $ | –62% | –689,427 $ |

Compared with 2018 in financial PM

| | | CURRENT 2020 |
|---|---|---|
| **Month** | **RN** | **% Occupancy** |
| **January** | 3610 | 54% |
| **February** | 3579 | 57% |
| **March** | 2032 | 30% |
| **April** | 653 | 10% |
| **May** | 1438 | 21% |

In Chicago it is proposed that Miguel should move on to operations but we haven't found anyone to replace him in groups, and Pablo already knows operations. I think he would be a better option than Miguel.

Having received several offers to outsource floors, the prices are higher than those we obtain with internal staff.
I understand that the reason for reviewing outsourcing options is because of the problems Chicago has with Union. The staff don't seem to be combative, but it is true that this type of person can be easily swayed.
This is a topic that concerns me after what happened in Miami.

After the incident we had with the maintenance company's pumps last week, approval has been given for them to repair them.
This seems not to be the first time there have been problems with this maintenance company in the past. I've discussed this with Simon. Incidents like that with the pumps cannot be repeated, as we wouldn't have had hot water until Tuesday had it been left to them.

Pablo is on vacation this coming week.

I'll go to New York this coming week to proceed with the termination of Marta Bueno.

I am entirely at your disposal for any further information you may need.

Regards,

**Patricia Cereijo** · Area Manager
patricia.cereijo@eurostarshotelcompany.com
Cell +34 619 33 25 58
Cell +1 312 414 9576

www.eurostarshotelcompany.com
C/ Mallorca, 351, Pral. 08013 — Barcelona

We hereby inform you that your email address and the other personal information you submit will be handled in our files in order to manage our list of contacts, as well as to address your requests electronically. You may exercise your right of access, correction, cancellation and challenge pursuant to the provisions set forth in Organic Law 15/1999, via a notice in writing to EUROSTARS HOTELS at C/ Mallorca No. 351 in Barcelona or via this email address. The information included in this email is confidential, being solely for the stated recipient. If you read this message and are not the intended recipient, we request that you notify us immediately by this means and take steps to delete the message together with its attached files without copying them.
Before printing this email, please consider whether it is strictly necessary. Nature and the environment will thank you.
CONFIDENTIALITY NOTICE: This document is intended solely for its recipient as it may contain confidential information subject to attorney-client privilege or the disclosure of which is privileged under current law. Anyone who receives it without being the recipient or a person authorized by the latter, is hereby informed that the information contained in it is confidential and utilization of disclosure thereof for any purpose is prohibited. If you have received this document in error, we request that you inform us by phone and take steps to destroy it.



I, Bruce Taylor, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Spanish to English.

EX 40 - 2020-02-23 - Excerpt of Email from Cereijo to Lopez and Presidencia re work update going to NY fire Client see 4637 (4626-4637)

_____
BRUCE TAYLOR

Sworn to before me this 9th day of November, 2024

_____
Signature, Notary Public

*The appropriate California notary form is attached*

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __9th__ day of __November__, __2024__
                                               Date                    Month         Year

by __Bruce Taylor__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
*Signature of Notary Public*

```
JASON MASON
COMM. # 2393054
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 5, 2026
```

Seal
*Place Notary Seal Above*

-------------------------------------------------- **OPTIONAL** --------------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Email Chain__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____