Exhibit 59

Page 1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  1:21-cv-00535-MMG-RWL
   -----------------------------X
3  MARTA BUENO,
4                      Plaintiff,
       -against-
5  EUROSTARS HOTEL COMPANY, S.L.,
   FRONT PROPERTY HOTEL CORPORATION
6  and AMANCIO LOPEZ SEIJAS, jointly
   and severally,
7
                    Defendants.
8  -----------------------------X
9
10
11      VIDEO RECORDED DEPOSITION VIA ZOOM OF
12              AMANCIO LOPEZ SEIJAS
13                April 11, 2024
14
15
16
17
18
19
20
21
22  Reported by:
23  SARA FREUND, CSR
24
25

Page 2

1

2

3

4

5

6

7

8

9

10

11

12                    April 11, 2024

13                     9:06 a.m.

14

15

16

17

18

19        VIDEO RECORDED DEPOSITION VIA ZOOM OF

20    AMANCIO LOPEZ SEIJAS, held on the above

21    mentioned date and time, before Sara Freund,

22    a Certified Shorthand Reporter and Notary

23    Public within and for the State of New York.

24

25

Page 3

1    A P P E A R A N C E S:

2

3    SHEHAN LEGAL PLLC
          Attorneys for Plaintiff
4         845 3rd Avenue - 6th floor
          New York, New York 10022
5    BY:  KEVIN SHEHAN, ESQ.
6              -and-
7    CHICKEDANTZ LAW
          Attorneys for Plaintiff
8         112 Washington Avenue - No. 1
          Brooklyn, New York 11205
9    BY:  MARIA CHICKEDANTZ, ESQ.
10             -and-
11   LAW OFFICES OF PAUL S. HABERMAN
          Attorneys for Plaintiff
12        19 Engle Street
          Tenafly, New Jersey 07670
13   BY:  PAUL S. HABERMAN, ESQ.
14
15   DUNNING RIEVMAN MacDONALD LLP
          Attorneys for Defendants
16        1350 Broadway - Suite 2220
          New York, New York 10018
17   BY:  BRIAN DUNNING, ESQ.
18
19   ALSO PRESENT:
20   Jorge Caballero
21   Aitana Novoa- Spanish Interpreter
22   Brad Thompson - videographer
23
24
25

Page 4

1    IT IS HEREBY STIPULATED AND AGREED by and

2   between counsel for the respective parties

3   hereto, that the filing, sealing, and

4   certification of the within deposition shall

5   be and the same are hereby waived;

6    IT IS FURTHER STIPULATED AND AGREED that

7   all objections, except as to the form of the

8   question, shall be reserved to the time of

9   trial;

10    IT IS FURTHER STIPULATED AND AGREED that

11   the within deposition may be signed before

12   any Notary Public with the same force and

13   effect as if signed and sworn to before this

14   court.

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1                    A. LOPEZ SEIJAS

 2            VIDEOGRAPHER:  Good morning.  We're

 3       going on the record at 9:06 a.m. on

 4       April 11, 2024.  This deposition is

 5       being conducted virtually.  Quality of

 6       recording depends on quality of camera

 7       and internet connection of participants.

 8       What's seen from the witness and heard

 9       on the screen is what will be recorded.

10       Audio and video recording will continue

11       to take place unless all parties agree

12       to go off the record.  This is the

13       video-recorded deposition of Amancio

14       Lopez taken by counsel for Plaintiff in

15       the matter of Marta Bueno versus

16       Eurostars Hotel Company, et al., filed

17       in United States District Court,

18       Southern District of New York, Docket

19       Number 121-CV-00535 (MMG))RWL).  This

20       deposition is being conducted remotely

21       using virtual technology.  My name is

22       Brad Thompson representing Veritext and

23       I'm the videographer.  The court

24       reporter today is Sara Freund with the

25       firm Veritext as well.  I'm not
```

```
 1                    A. LOPEZ SEIJAS
 2        authorized to administer an oath, I'm
 3        not related to any party in this action,
 4        nor am I financially interested in the
 5        outcome.  If there are any objections to
 6        proceeding, please state them at the
 7        time of your appearance.  Counsel and
 8        all present, including remotely, will
 9        now state their appearances and
10        affiliations for the record beginning
11        with the noticing attorney.
12             MR. SHEHAN:  Good morning.  My name
13        is Kevin Shehan.  I represent the
14        plaintiff Marta Bueno, and my law firm
15        is Shehan Legal, PLLC.
16             MS. CHICKEDANTZ:  Good morning.  My
17        name is Maria Chickedantz.  I also
18        represent the plaintiff Marta Bueno.
19             MR. DUNNING:  This is Brian Dunning
20        from Dunning Rievman and MacDonald, and
21        I represent the defendants, and I'm
22        representing Mr. Lopez today.
23             INTERPRETER:  My name is Aitana
24        Novoa.  I'm a Spanish interpreter with
25        JAM Litigation.
```

Page 7

```
 1                    A. LOPEZ SEIJAS
 2              MR. CABALLERO:  My name is Jorge
 3         Caballero.  I'm lawyer for Eurostars
 4         Hotel Company.
 5              VIDEOGRAPHER:  Will the court
 6         reporter please swear in the interpreter
 7         and the witness.
 8    A I T A N A   N O V O A, having first been
 9    duly sworn by a Notary Public of the State
10    of New York to interpret all questions from
11    English to Spanish and all responses from
12    Spanish to English to the best of their
13    ability;
14    A M A N C I O   L O P E Z   S E I J A S, after
15    having first been duly sworn by a Notary
16    Public of the State of New York, was
17    examined and testified as follows:
18         Q.   State your name and address for the
19    record.
20         A.   My full name is Amancio Lopez
21    Seijas, and my home address is Majorca
22    Street 351, Barcelona.  I do not have the
23    Zip Code.
24
25
```

Page 8

1                    A. LOPEZ SEIJAS

2   EXAMINATION BY

3   MR. SHEHAN:

4        Q.    Mr. Lopez, good morning -- or good

5   afternoon, I should say.

6        A.    Good afternoon.

7        Q.    Mr. Lopez, can you see me?

8        A.    Not fully, not fully.  You're a

9   little bit covered, and I'm not sure how to

10  fix that.  I would have to call in the

11  technician.

12       Q.    I'm also having trouble seeing you

13  because in the picture that is being

14  recorded, you're quite small.

15       A.    Well, the question is, should I

16  call in -- from my understanding, the size

17  of which I appear doesn't quite matter as

18  long as I can see you on the screen.  That

19  is my understanding.  But if you'd like, I

20  can call in the technician.  I just need you

21  to tell me what to do.

22       Q.    I appreciate that.  Let me ask you

23  some more questions.  Does the camera that

24  is pointed at you have the ability to zoom

25  in so that you're bigger in the picture?

1                A. LOPEZ SEIJAS

2        A.    As I previously mentioned, the

3    screen is fixed, it's not movable.

4        Q.    But isn't there a camera pointed at

5    you?

6        A.    The camera is affixed to a screen.

7        Q.    Does the camera have the ability to

8    zoom in so that it sees you more closely?

9        A.    As I previously said, the camera is

10   affixed to a screen, so there is no way of

11   moving the camera itself.  But once again,

12   I'm still surprised that it is of relevance

13   the size that I appear on the screen, and,

14   also, remember, there is a table separating

15   the screen camera and myself.

16       Q.    Are you able to move the table

17   closer?

18       A.    No.  It's a boardroom, it's very

19   big.  This is a boardroom.

20       Q.    Earlier we saw you sitting at a

21   different seat that was closer to the

22   camera.  Would you return to that seat so we

23   can see you better?

24       A.    But, honestly, it was an

25   uncomfortable position for me to be in while

Page 10

```
 1              A. LOPEZ SEIJAS
 2   responding to questions.  I was sitting on a
 3   chair, and I was asked to move to this
 4   location.  Now I feel it's unreasonable to
 5   ask me to change seats once again as long as
 6   you can see me; I think this is reasonable.
 7        Q.    Who seated you in the other chair
 8   to begin with?
 9        A.    Someone among your group.  I didn't
10   pay attention who was talking to me in that
11   moment, so I don't know who it was.  Someone
12   among your group asked me to change chairs.
13   I wasn't paying attention at that moment to
14   try to decide who it was that was talking to
15   me, but someone asked me to change chairs.
16   I don't ask you to change chairs or
17   locations, so I feel it's unreasonable to
18   ask me to move around.  As long as you can
19   see me, I think we can move forward.
20        Q.    Who is in the room with you today?
21        A.    There is no one.
22        Q.    I heard voices.  Whose voice am I
23   hearing besides yours?
24        A.    It must be outside.  These must be
25   voices outside of this office.  There are a
```

```
                                            Page 11

 1                    A. LOPEZ SEIJAS
 2     lot of people working here.
 3          Q.    What are the papers in front of you
 4     today?
 5          A.    I've been told that I might be
 6     asked questions about these documents; they
 7     contain information that might pertain to me
 8     and I might be questioned about the context
 9     of these documents.   That's what I was told.
10     Here in front of me I have document 1,
11     document 2.   But if you tell me that these
12     are not necessary, I can also dispose of
13     these documents.
14          Q.    Do you have a document that is
15     number 58?
16          A.    Yes.
17          Q.    Okay, very good.
18          MR. SHEHAN:   I would like the
19          videographer to state whether there are
20          any technical issues or problems with
21          the videography at this point.
22          VIDEOGRAPHER:   None other than what
23          was previously discussed about location
24          of the camera and closeness.
25          MR. SHEHAN:   Well, that wasn't on
```

```
                                    Page 12

 1                 A. LOPEZ SEIJAS

 2      the record, Brad, so can you restate it

 3      for us?

 4           VIDEOGRAPHER:  Yes.  At the

 5      beginning, before we went on the record,

 6      someone was operating this camera in

 7      some way and it looked like there was a

 8      little bit of zoom on the camera, and

 9      our deponent was off-centered, so I

10      suggested that if we can just center up

11      the camera so that our deponent is in

12      the middle of the frame, that would be

13      more ideal.  And then, at that point,

14      the deponent relocated to another seat

15      and it seems that this is as much reach

16      as the camera has.

17           MR. SHEHAN:  Are you able to see

18      him?

19           VIDEOGRAPHER:  Yes.

20           MR. SHEHAN:  Is it sufficient

21      detail for a video deposition?

22           VIDEOGRAPHER:  It's not normal, but

23      we have done it this way before.

24           MR. SHEHAN:  Are you able to

25      digitally zoom in on him?
```

Page 13

```
 1              A. LOPEZ SEIJAS
 2         VIDEOGRAPHER:  I am not.
 3         MR. SHEHAN:  Understood.
 4    Q.    You may have said this already, but
 5    could you state your full name for the
 6    record?
 7    A.    Once more, Amancio Lopez Seijas.
 8    Q.    This morning I'm intending to call
 9    you Mr. Lopez; is that okay?
10    A.    It's fine by me.
11    Q.    Mr. Lopez, my name is Kevin Shehan
12    and I'm one of the attorneys for the
13    plaintiff in this case, Marta Bueno.
14    A.    Pleasure to meet you.
15    Q.    Likewise, thank you.  The purpose
16    of this examination today is for us to learn
17    what you know; do you understand that?  Mr.
18    Lopez, do you understand?
19    A.    Yes, obviously, yes.
20    Q.    Have you testified under oath
21    before at a trial or other proceeding?
22    A.    Yes.
23    Q.    When was the last time you did
24    that?
25    A.    Months ago, I don't remember
```

Page 14

```
 1                    A.  LOPEZ  SEIJAS
 2   exactly, perhaps six months.
 3       Q.   Was the proceeding in Spain, the
 4   United States or somewhere else?
 5       A.   I was testifying as a witness, not
 6   as a defendant.
 7       Q.   Have you ever been a defendant
 8   before?
 9       A.   No, nothing relevant, no.
10       Q.   What do you mean by relevant?
11       A.   Well, in a company of 7,000
12   employees, a company that employs
13   individuals to perform labor, I'm sure there
14   has been a lot of things that I'm unaware
15   of.
16       Q.   Have you ever been a defendant
17   before in any labor case?
18       A.   Well, you have to consider that
19   this company is almost 50 years old and has
20   7,000 employees.  It is obvious that
21   throughout the years there's probably been
22   multiple Labor Law disputes that I was not
23   involved in directly or was not informed of;
24   it's quite natural.  So throughout the
25   46 years of operation, 7,000 employees
```

Page 15

```
 1              A. LOPEZ SEIJAS
 2   across more than 20 countries, I'm sure
 3   there has been Labor Law lawsuits that I was
 4   not made aware of.  I never participated in
 5   one, that's what I wanted to say.  That is
 6   not my job as president of a corporation
 7   with over 7,000 people.
 8        Q.   Have you ever sat for a deposition
 9   before, like this one?
10        A.   No, never.
11        Q.   So, in other words, before today,
12   you've never been deposed?
13        A.   No.  As I previously said, I was
14   not part of any Labor Law dispute previous
15   to this one.  Like I said, I was probably
16   not informed of it.  But in all cases, I can
17   say that the amount of labor lawsuits that
18   we might have had as a company is very low
19   because we have very few firings, much less
20   than the average corporation, so I'm sure we
21   have less cases of it than other companies.
22        Q.   Are you able to hear me okay?
23        A.   Yes, I can hear you well.
24        Q.   I thought you couldn't hear me
25   because I asked if you've ever been deposed
```

```
                                        Page 16
 1                  A. LOPEZ SEIJAS
 2   before, but you appeared to limit your
 3   response to only labor cases.
 4         MR. DUNNING:  I'm going to object
 5      to the form of that obnoxious question.
 6      You may answer.
 7      A.   Well, if you asked a very clear
 8   question, I'll also answer clearly.
 9      Q.   Have you ever been deposed before?
10      A.   I don't understand.
11         MR. DUNNING:  He has no idea what
12      that is, Kevin.  It doesn't exist
13      outside of a couple of countries.  Spain
14      does not have depositions.
15         MR. SHEHAN:  I'm going to object to
16      Counsel's speaking objection.
17         MR. DUNNING:  It's still correct,
18      what I'm telling you is still correct.
19      We're wasting a lot of time, so please
20      just move on, for the love of God.
21         MR. SHEHANL  I'm going to object to
22      Counsel's speaking objection because I
23      asked a clear questions, which was, has
24      the witness ever been deposed before,
25      and then the attorney for the defense
```

```
                                          Page 17

  1                 A. LOPEZ SEIJAS

  2        articulated a response for the witness

  3        instead of letting the witness testify,

  4        and I need to mark this for a ruling by

  5        the judge.

  6             MR. DUNNING:  Feel free.  I'm

  7        trying to tell you, Kevin, it doesn't

  8        exist in Europe.  He has no idea what

  9        you're talking about.  So please try to

 10        ask a decent question and let's move on.

 11        This is a huge waste of everybody's

 12        time.

 13             MR. SHEHAN:  I'm going to mark this

 14        for a ruling whether comments --

 15             MR. DUNNING:  Do whatever you want,

 16        Kevin.  We heard you already.  Just move

 17        on, for God's sake.

 18             MR. SHEHAN:  I'm going to mark it

 19        for a ruling whether counsel's

 20        interjections and comments amount to

 21        abusive deposition tactics.

 22             MR. DUNNING:  Well, if the shoe

 23        fits, Kevin.  Let's move on.  Why don't

 24        you mark this, too?

 25             MR. SHEHAN:  Are you acknowledging
```

```
                                            Page 18
 1                  A.  LOPEZ  SEIJAS
 2        that you're engaging in abusive tactics.
 3             MR.  DUNNING:   No.   I'm suggesting
 4        that you are because you're wasting
 5        precious time of a lot of busy people.
 6        So just move on.
 7             MR.  SHEHAN:   This might go faster
 8        if you weren't making so many speaking
 9        objections.
10             MR.  DUNNING:   I'm trying to help
11        you because you have no idea what's
12        going on here.   There is no such thing
13        as a deposition in Europe.   He has no
14        idea what you're talking about.
15        Q.   Mr. Lopez, do you know what a
16   deposition is?
17        A.   No.
18        Q.   Were you told today why you're
19   here?
20        A.   Yes.  But I don't understand the
21   term deposition in this context.
22        Q.   Let me briefly explain.  There is a
23   lawsuit against you and some of your
24   companies; do you understand that?
25        A.   That I know.
```

```
                                              Page 19
 1                    A. LOPEZ SEIJAS
 2        Q.    The plaintiff in this case is Marta
 3   Bueno; do you know that?
 4        A.    Yes, I'm aware.
 5        Q.    The case has been brought in
 6   federal court in the United States in New
 7   York; do you understand that?
 8        A.    Yes, I know.
 9        Q.    The court procedures allow me to
10   have you here today to answer my questions
11   under oath; do you understand that?
12        A.    Understood.
13        Q.    There is no judge present here
14   today; are you aware of that?
15        A.    Yes, I knew that.
16        Q.    So, a deposition is where I get to
17   ask you questions under oath, and it's
18   recorded, but there is not a judge here at
19   this time; do you understand?
20        A.    Yes, I understand that.
21        Q.    I'm going to be asking you a series
22   of questions today.  Please allow me to
23   finish my question before you begin your
24   answer; is that okay?
25        A.    Very well.
```

```
                                            Page 20

 1                  A. LOPEZ SEIJAS
 2        Q.    This deposition is being video and
 3   audio recorded today; do you understand?
 4        A.    Okay.
 5        Q.    Your answers will be recorded by
 6   the court reporter and typed into a
 7   transcript as well.
 8        A.    Yes.
 9        Q.    It is important that you answer
10   verbally, not by nodding your head, because
11   nonverbal responses don't work well in the
12   transcript; do you understand?
13        A.    Okay.
14        Q.    Who is controlling the camera right
15   now?  Because the zoom keeps changing.
16        A.    I presume it's an automatic process
17   of the camera.  There is no one here
18   controlling the camera.
19        Q.    If you don't hear or understand any
20   of my questions, please let me know.
21        A.    Very well.
22        Q.    If you need to take a break, please
23   let me know, okay?
24        A.    Okay.
25        Q.    Please keep in mind if I ask a
```

```
                                          Page 21
 1              A. LOPEZ SEIJAS
 2   question, you'll need to answer it before we
 3   take the break.
 4        A.   Very well.
 5        Q.   The next question or so is
 6   something that I ask of every witness and
 7   I'm not singling you out, I want you to know
 8   that.
 9        A.   Okay.
10        Q.   Is there any reason why you cannot
11   give full and complete answers to the
12   questions I'm going to ask you today?
13        A.   I'm not sure I understand your
14   question.  I do understand the words being
15   used, but I don't understand the question.
16   I'm going to answer your questions based on
17   what I know, but if I don't know something,
18   I wouldn't be able to answer you fully.
19        Q.   Are you taking any medication that
20   might impact your ability to recall facts or
21   tell the truth?
22        A.   I'm not currently taking any
23   medication that would impede me from telling
24   the truth -- in fact, I don't know any
25   medication that would do so.
```

Page 22

1                    A. LOPEZ SEIJAS
2       Q.    Are you under the influence of
3    anything, or are you impaired in any way
4    that might impact your ability to recall
5    facts or tell the truth?
6       A.    No.   I always tell the truth.
7       Q.    My question was whether you're
8    under the influence of anything or whether
9    you're impaired.
10      A.    I'm not impaired.   I'm not under
11   the influence.   There is no reason why I
12   wouldn't be able to tell the truth.
13      Q.    Thank you, I appreciate that.   Do
14   you have any questions before we begin?
15      A.    No.
16      Q.    Mr. Lopez, who is Marta Bueno?
17      A.    A person that worked for this
18   company, and their last job was in New York
19   at a hotel working in Commercial.
20      Q.    Commercial Sales?
21      A.    Yes.
22      Q.    When did Ms. Bueno work for
23   Eurostars?
24      A.    She worked many years, I don't know
25   exactly how many, but she worked until 2020.

```
                                     Page 23
 1                    A. LOPEZ SEIJAS
 2   That's what I recall.
 3        Q.   Do you recall the different
 4   positions that she held during her
 5   employment?
 6        A.   I remember she was working at a
 7   hotel in Barcelona at a reception desk for
 8   some time, and then she was transferred to
 9   New York, at which time she was the director
10   of Operations of a small hotel and then she
11   moved on to Commercial Sales, but I don't
12   remember the dates of these positions.
13        Q.   If I understand your testimony, she
14   worked in Barcelona and then transferred to
15   New York; is that correct?
16        A.   Yes.  From what was shared with me,
17   she requested to be transferred to New York.
18        Q.   Do you recall, or were you just
19   told?
20        A.   I was informed of this.  What I
21   remember is that she was working in a hotel
22   in Barcelona, and I was informed that she
23   had requested to be transferred to New York.
24        Q.   Do you know who her supervisor was
25   in New York?
```

Page 24

```
 1                    A. LOPEZ SEIJAS
 2        A.    Yes.   There were several
 3   individuals acting as supervisor or
 4   directors at the hotel, first at the hotel
 5   and then in the Commercial Department.
 6        Q.    Could you tell me their names?
 7        A.    Well, while working at the hotel
 8   itself, I recall an individual by the name
 9   of Gerard Moreno as a director and there
10   might have been another person.  Now, in
11   Commercial Sales, I do know Cristina
12   Maroqqui.  There could have been someone
13   else, but this is the only person that I
14   recall.
15        Q.    Was Cristina Maroqqui the last
16   supervisor that Ms. Bueno had?
17        A.    I believe so.
18        Q.    Who was Cristina Maroqqui's
19   supervisor?
20        A.    Marina Lopez.
21        Q.    Who is Marina Lopez's supervisor?
22        A.    Marina Lopez reports directly to
23   me.  She reports to me regarding anything
24   related to Sales and Marketing.  She act as
25   an advisor, and in fact, she's also on the
```

Page 25

```
 1                    A. LOPEZ SEIJAS
 2    Board of Advisors for the company's admin,
 3    outside of the HR and Labor Departments; the
 4    director of that department is Marta
 5    Sanjurjo.  In that way, there is a division
 6    between the general management of the
 7    company and the management of the people,
 8    the employees, the human resources.
 9         Q.   Did Marta Sanjurjo manage Marta
10    Bueno?
11         A.   Marta Sanjurjo is the director of
12    the HR Department; therefore, she's
13    responsible in the hiring of employees and
14    the managing of relationships among
15    employees, but she's not responsible for the
16    business portion of the company, if that
17    makes sense.
18         Q.   It does make sense.  Thank you.
19    Did Marta Sanjurjo hire Marta Bueno?
20         A.   Once again, this company has over
21    7,000 employees in over 20 countries.  There
22    is not one single person that does the
23    hiring process.  Initially, during the
24    initial hire, the first hire, I'm not sure
25    whether it was Marta Sanjurjo, but in the
```

Page 26

```
 1                   A. LOPEZ SEIJAS
 2   hiring for the New York position, I'm
 3   assuming Marta Sanjurjo was involved.
 4       Q.    In other words, Marta Bueno's New
 5   York position, you believe Marta Sanjurjo
 6   was involved.
 7       A.    I suppose so.  That's what I
 8   imagine.  That's what I suppose, but I don't
 9   know it for sure.
10       Q.    Did Marta Sanjurjo fire Marta
11   Bueno?
12       A.    Well, as head of the HR Department,
13   she, at the very least, authorized the
14   firing.  Without her authorization, it
15   wouldn't be possible to fire her.
16       Q.    Who else was involved in the
17   decision to fire Marta Bueno?
18       A.    (Answer in Spanish)
19       Q.    So, Mr. Lopez, the interpreter
20   needs to hear and relay your answers, so
21   you'll need to break up your responses so
22   she can interpret.
23       A.    I don't know.  Based on the
24   information I received, I assume her direct
25   supervisor was involved, because the facts
```

Page 27

```
 1                 A. LOPEZ SEIJAS
 2    are that she abandoned her job post without
 3    authorization and without even informing
 4    anyone of the intent.  In any country around
 5    the world, abandoning one's job post and
 6    going on vacation is absolutely reason for
 7    firing.
 8        Q.   Did Cristina Maroqqui fire Marta
 9    Bueno?
10        A.   I already told you I don't know.  I
11    don't know who took the initiative to
12    proceed with that, but it definitely
13    depended on the director of the HR
14    Department in this case, which is Marta
15    Sanjurjo.
16        Q.   Did you fire Marta Bueno?
17        A.   I did not fire Marta Bueno.  Once
18    again, I preside over a company of over
19    7,000 employees.  With all due respect, with
20    all due respect to Marta Bueno and her
21    position in the company, she held a position
22    of a certain level in the company as a
23    commercial attache and I don't handle these
24    types of details within the company.  I'm
25    only informed of certain procedures that are
```

```
 1                    A. LOPEZ SEIJAS
 2   higher level.  But just to add to my
 3   previous answer, the action of abandoning
 4   one's job post for weeks without any
 5   authorization or even communicating the
 6   intention to do so or doing so, is motive
 7   enough in any company or country in the
 8   world to fire an employee.
 9       Q.   Was Marta Bueno fired because she
10   took unauthorized vacation?
11       A.   That's correct.
12       Q.   Are you the one who should have
13   approved her vacation?
14       A.   No.  That is unconscionable.  How
15   would I approve the vacation time of 7,000
16   employees?
17       Q.   Is Marta Sanjurjo the one who
18   should have approved Ms. Bueno's vacation?
19       A.   The decision probably rested on her
20   supervisor and Human Resources, whatever
21   would have fit the context best.  So if that
22   decision would have been taken by one or the
23   other, it would have been the correct thing.
24       Q.   For the vacation that Marta Bueno
25   was fired for, who was supposed to approve
```

```
                                          Page 29
 1                   A. LOPEZ SEIJAS
 2    that?
 3            INTERPRETER:  I'm sorry, Counsel,
 4         would you mind repeating the question
 5         for me?
 6            MR. SHEHANL  yes.  Are you not
 7         hearing me?
 8            INTERPRETER:  No, sometimes as an
 9         interpreter, I need to hear the question
10         again to make sure that I understood it
11         fully.
12            MR. SHEHANL  that makes sense.
13      Q.   For the vacation that Martha Bueno
14    was fired for, who should have approved it?
15      A.   I've already answered that
16    question.  My answer was between her
17    supervisor and Human Resources.
18      Q.   Does that mean Cristina Maroqqui
19    and Marta Sanjurjo?
20      A.   I've already answered that
21    question.
22      Q.   You mentioned the positions, but I
23    need the people's names.
24      A.   The names of the people of what?
25      Q.   Mr. Lopez, the question was who
```

```
                                              Page 30
 1                  A.  LOPEZ  SEIJAS
 2   would  have  been  the  person  to  approve  the
 3   vacation  that  Marta  Bueno  was  fired  for;  in
 4   other  words,  if  she  had  gotten  the  approval
 5   who,  would  have  been  the  one  to  give  it?
 6       A.   As  I  previously  said,  it  was  a
 7   decision  to  be  made  between  her  supervisor
 8   and  the  HR.   In  this  case,  it  seems  that  the
 9   green  light  from  HR  was  required,  which  in
10   this  case,  was  Marta  Sanjurjo.   I've  already
11   answered  this  question  three  times.   If  you
12   ask  it  again,  I'll  have  to  say  that  I
13   answered  it  already.
14       Q.   Was  a  green  light  also  required
15   from  Cristina  Maroqqui?
16       A.   I've  already  answered  that
17   question.
18       Q.   This  was  the  first  time  you  said
19   "green  light,"  so  I'm  asking  a  new  question.
20   Tell  me  the  names  of  the  people  who  needed
21   to  get  the  green  light  other  than  Marta
22   Sanjurjo.
23            MR.  DUNNING:   Objection.
24       A.   I've  already  answered  this
25   question.   I'm  not  sure  who  proposed  it  and
```

Page 31

```
 1              A. LOPEZ SEIJAS

 2   who approved of it.  I suppose Cristina

 3   Maroqqui might have proposed it, and it was

 4   approved by Marta Sanjurjo.  I don't know

 5   the details of this, but as a general rule,

 6   I would say the norm in these cases is that

 7   if an employee abandons their job post

 8   without authorization or without even

 9   communication, it is normal, it is expected

10   that they would be fired.

11       Q.   So, in other words, Cristina

12   Maroqqui may have proposed the termination

13   of Ms. Bueno's employment.

14       A.   I suppose it is possible that

15   Cristina Maroqqui proposed the termination.

16   I really don't know that.  I don't know who

17   took the initiative to do so, but in the

18   context of a corporate company, the idea

19   that an employee would abandon their post

20   without authorization or without even

21   communicating intention to do so is ground

22   for automatic firing.  Now, the question of

23   who proposed or who did it, I don't think

24   that's very important.  I think the most

25   important element here is that the firing
```

```
                                        Page 32
 1                  A. LOPEZ SEIJAS
 2   had to be done.
 3       Q.   Did you approve the firing of Marta
 4   Bueno?
 5       A.   I only found out after the fact,
 6   but had I known before the fact, I would
 7   have also approved it.
 8       Q.   You testified earlier that Marta
 9   Bueno's last position with the company was
10   in corporate sales; is that correct?
11       A.   Yes.
12       Q.   And in that position, her
13   supervisor was Cristina Maroqqui, correct?
14       A.   Yes, that's correct.
15       Q.   What corporate entity employed
16   Cristina Maroqqui?
17       A.   I'm not sure.  This corporation has
18   300 companies, so I'm not sure which one of
19   them was involved in this case, and I don't
20   want to say something that I don't know.
21       Q.   You said this corporation has three
22   companies; did I hear that correct?
23            INTERPRETER:  This is a note from
24       the interpreter -- 300.
25            MR. SHEHAN:  Thank you.
```

```
                                    Page 33
 1                  A. LOPEZ SEIJAS
 2      Q.    What corporate entity employed
 3   Marta Bueno at the time she was fired?
 4      A.    I'm not sure.  I assume it was a
 5   company based in New York, but once again,
 6   I'm the president of a group of companies
 7   that holds over 300 entities in over 20
 8   countries, I really can't keep track of all
 9   the companies ruling over what; but I'm
10   assuming you already know that as the
11   questioning attorney in this case.
12      Q.    Thank you.
13          MR. SHEHAN:  Translator, can you
14      please translate what I say?
15          INTERPRETER:  Thank you.
16      Q.    I'd like to show you a document
17   that's been designated as Exhibit 43.  Can
18   you look at that, please?
19          MR. SHEHAN:  For the record, this
20      is Bates number 533.
21          (Whereupon, Exhibit 43 was
22      referenced.)
23      Q.    The document appears to be a letter
24   from Eurostars Hotel to Marta Bueno; do you
25   see that?
```

```
                                    Page 34
 1                A. LOPEZ SEIJAS
 2        A.    Well, yes, I can see it, but I
 3   don't know what it is; in fact, this is a
 4   very low resolution photocopy of the
 5   document.  But, yes, go on.  First of all,
 6   I'm not familiar with this.
 7        Q.    At the bottom of the page on the
 8   left-hand side, do you see the words Front
 9   Property Hotel Corporation?
10        A.    Yes, I see it.  I'm surprised.
11        Q.    Why are you surprised?
12        A.    This is -- it doesn't seem to
13   follow the common procedure that we usually
14   apply.  It doesn't bear the habitual logo of
15   the company.  It says Front Property Hotel.
16   I'm a little bit confused.  It doesn't seem
17   to be the habitual or common procedure that
18   we take.  It doesn't seem to be real.  I
19   can't really comment on this document.  I'm
20   surprised to see this format of letter, and,
21   also, the communication is in English, and
22   I'm surprised to see this because these are
23   two individuals that speak Spanish,
24   generally speak Spanish to each other, and
25   they are putting things in writing in
```

```
                                      Page 35
 1               A. LOPEZ SEIJAS
 2    English.  That surprises me.  I can't really
 3    comment on this letter.  I'm surprised.
 4        Q.    What are the names of the
 5    individuals you're referring to?
 6        A.    I'm very surprised.  Looking at
 7    this document, I don't understand it.  It
 8    doesn't even have a date.  I don't think
 9    this is a normal document.  If you look at
10    the signatures, the signatures are also
11    partially cut off.  I don't want to say
12    anything about this document.  I'm very
13    confused by it.
14        Q.    You said that the people listed
15    here speak Spanish to each other.  Who are
16    those people you're referring to?
17        A.    The names that appear on the
18    document are Marta Bueno and Clara Lopez
19    Sanjurjo.  But, frankly, I'm not even sure
20    that this document is real.  I don't really
21    want to give my opinion on this document
22    because I'm unfamiliar with the document and
23    I don't even understand it, so I feel it's
24    unfair to give opinions on a document that
25    I'm unable to understand.
```

```
                                      Page 36
 1                A. LOPEZ SEIJAS
 2        Q.    Mr. Lopez, earlier I asked you to
 3   break your answers up so that the
 4   interpreter can interpret.  Could you please
 5   do that in the future?
 6        A.    Yes, I can.  Understood.
 7        Q.    Thank you.
 8        A.    I also want to ask you, Counsel, to
 9   avoid repeating the same questions over and
10   over again.
11        Q.    I wanted to let you know that I'm
12   purposely speaking slowly and breaking up my
13   questions so the interpreter can interpret
14   them to you, okay?  The letter we're looking
15   at was given to us by your lawyers.
16        A.    I'm unaware of the context and I
17   don't understand, therefore, I don't have an
18   opinion.
19        Q.    Earlier I told you that today I
20   will be asking questions and you'll be
21   giving answers; do you understand that?
22        A.    I am answering your questions, but
23   I can't answer what you want to hear.  I can
24   only answer what I know and what I know, not
25   what I don't know.
```

```
                                      Page 37
 1               A. LOPEZ SEIJAS
 2       Q.    Please don't assume what I want to
 3   hear, okay?  Is that okay, Mr. Lopez?
 4   Please don't assume.
 5       A.    I'm going to answer what I know,
 6   what is the reality.
 7       Q.    What I'd like you to do is answer
 8   my questions instead of assuming what I want
 9   to know or assuming the reality.
10       A.    What I'll ask of you is to avoid
11   repeating the same questions one after the
12   other.
13       Q.    I told you at the beginning that my
14   job is to ask you questions; do you
15   understand that?
16            MR. DUNNING:  Move on.  This is a
17       deposition, not a debate.  Let's just
18       move on.  He understands exactly what
19       you're saying, he already told you that.
20       Let's go.
21            MR. SHEHAN:  I object to counsel's
22       speaking objection --
23            MR. DUNNING:  Why don't you mark
24       this so you can get a ruling about me
25       telling you to move on?
```

```
                                        Page 38
 1                  A. LOPEZ SEIJAS
 2        Q.    Mr. Lopez, do you agree to answer
 3   my questions today?
 4        A.    Yes.  I'm of good faith and I've
 5   answered all your questions so far.
 6        Q.    Do you understand that Exhibit 43
 7   was given to me by your lawyers?
 8        A.    I didn't know that.
 9        Q.    Because Exhibit 43 was given to me
10   by your lawyers, I have further questions
11   about it; do you understand?
12        A.    Very well.
13        Q.    Can you please look at Exhibit 43?
14        A.    As I previously said, I don't
15   understand this letter.  I can't really have
16   opinions on it.  I can't change that.
17        Q.    I didn't ask your opinion, and I
18   need you to give me a chance to ask my
19   questions; can you do that?
20        A.    Yes, okay.
21        Q.    Can you look at the bottom left-
22   hand page of the letter?
23        A.    Yes.
24        Q.    Do you see a signature under the
25   words Front Property Hotel Corporation?
```

```
                                          Page 39
 1                  A. LOPEZ SEIJAS
 2        A.    Yes.
 3        Q.    Whose signature is that?
 4        A.    I don't know.
 5        Q.    Is it yours?
 6        A.    No.
 7        Q.    Who is Clara Lopez Sanjurjo?
 8        A.    She is the person in charge of
 9   expansions.
10        Q.    What is her role in firing Marta
11   Bueno?
12        A.    Are you referring to the firing?
13   Firing means firing.  Are you referring to
14   firing?
15             MR. DUNNING:  Aitana, I think he's
16        asking you.
17             INTERPRETER:  This is a note from
18        the interpreter.  I can't -- I just want
19        to let everyone know that I'm going to
20        now speak to the witness directly to
21        clarify terms used.  I usually prefer
22        when it's on the record but -- (speaking
23        Spanish).
24        A.    As far as I know, as far as I'm
25   aware, there is none.  I'm unaware of it,
```

```
                                              Page 40
 1                    A. LOPEZ SEIJAS
 2    and if she had a role in it, I'm unaware of
 3    it.
 4        Q.   You don't know who brought up the
 5    idea of firing Ms. Bueno to begin with,
 6    correct?
 7        A.   I've already answered that
 8    question.
 9        Q.   What was your answer?
10        A.   I've already answered.
11        Q.   One moment, please.  I have a
12    question about Marta Bueno's firing that you
13    have not answered.  When was the decision
14    made to terminate Ms. Bueno's employment?
15        A.   From what I heard after the fact,
16    it was upon finding out that she had gone on
17    vacation without prior authorization or
18    communicating.
19        Q.   Who did you find that out from?
20        A.   Through Marta Sanjurjo
21        Q.   Did she send you an e-mail?
22        A.   Well, I really don't know.  I
23    believe this subject or this matter was
24    brought to me as information only, and I
25    only got to find out further about it once
```

```
                                      Page 41

 1                   A. LOPEZ SEIJAS
 2    the lawsuit had commenced, and I'm assuming
 3    it was through her, but that I'm only
 4    assuming, I'm not sure.
 5         Q.    I have some questions for you about
 6    the reasons that Marta Bueno was fired,
 7    okay?
 8         A.    I've answered that question
 9    multiple times.
10         Q.    I'm directing your attention to a
11    subject, and I have questions that you
12    haven't answered; is that okay?
13         A.    I've already answered that question
14    multiple times.  I told you it was because
15    she abandoned her job post without prior
16    authorization and without communicating for
17    weeks.
18         Q.    Did she violate any written work-
19    place rules?
20         A.    This decision was made based on the
21    norms that we uphold in this company.  Now,
22    whether it was written or unwritten, that is
23    irrelevant.  She abandoned her job post
24    without authorization and without
25    communicating for weeks; whether that is
```

```
                                          Page 42
 1                    A. LOPEZ SEIJAS
 2    written or not written doesn't matter.  Not
 3    everything has to be written to be
 4    understood in any company around the world.
 5    For example, the terms of slavery are not
 6    written, the rules against it are not in
 7    writing, but everyone knows that it's wrong.
 8    So in this case, for me, the facts are
 9    clear.
10        Q.   You testified that it's irrelevant
11    whether she violated a written policy, but
12    my question is, is there a written policy
13    that she violated?  I'm not asking whether
14    you think it's relevant.
15        A.   The act of murder is not in writing
16    either.  So I don't want to comment any
17    further on this.  It is clear that
18    abandoning one's job post without
19    authorization and without even communicating
20    it for weeks is more than enough and reason
21    enough to be fired from one's position.
22            MR. SHEHANL  let the record reflect
23        that the witness either did not or
24        refused to identify a written workplace
25        policy.  Please translate that.
```

```
                                      Page 43
 1                A. LOPEZ SEIJAS
 2       A.    I want the record to also reflect
 3   that I'm being asked the same questions
 4   repeatedly, in different ways, but it's the
 5   same question over and over again.
 6       Q.    What should Marta Bueno have done
 7   differently to avoid being fired?
 8       A.    She should have requested
 9   authorization to take her vacation and, if
10   approved, taken it like every other employee
11   in the company.
12       Q.    Who should she have made the
13   request to?
14            MR. DUNNING:   Objection.
15       A.    I've already answered this
16   question:  her supervisor.
17       Q.    What about Marta Sanjurjo?
18       A.    If her supervisor deemed it
19   necessary, then yes.
20       Q.    How could Marta Bueno know what her
21   supervisor deems necessary?
22       A.    I don't know.  In the company, if
23   one wants to take vacation, it is obvious
24   that one needs to have authorization from
25   one's superior, one's boss and communicate
```

```
 1                    A. LOPEZ SEIJAS
 2    that.  How was she supposed to know that?
 3    Well, it seems obvious to me.  I don't know.
 4              VIDEOGRAPHER:  The time is
 5       10:28 a.m. We're off the record.
 6              We're on the record.  The time is
 7       10:36 a.m.
 8       Q.   Mr. Lopez, we just came back from a
 9    break and I have more questions for you; is
10    that okay?
11       A.   Okay, very well.
12       Q.   Are you aware that you are
13    personally a defendant in this case?
14       A.   Yes, yes.
15       Q.   Are you aware that Eurostars Hotel
16    Company, S.L. is a defendant in this case?
17       A.   Yes, I understand that I'm a
18    defendant in this case and that I was asked
19    to be here, that I understand.  I don't
20    understand why, but I understand the rest.
21    But go on.  What I'm not sure is if
22    Eurostars Hotel Company is also a defendant.
23    I don't know that.
24       Q.   Are you aware that Eurostars Hotel
25    Company S.L. is a defendant?
```

```
                                        Page 45
 1                  A. LOPEZ SEIJAS
 2      A.    No, I didn't know.  I have very
 3   little information about this case.
 4      Q.    Are you aware that --
 5            MR. SHEHAN:  Actually, one second,
 6      I have a note for the interpreter.  I'm
 7      putting corporate names in the Chat in
 8      case you need to refer to them.
 9            INTERPRETER:  Thank you.  Front
10      Property Hotel Corporation.  Thank you.
11            MR. SHEHAN:  Yes.  And I put
12      Eurostars Hotel Company, S.L. in the
13      Chat.
14            INTERPRETER:  Thank you.
15            MR. SHEHAN:  I'm also going to put
16      a couple other entities in there right
17      now and then we'll use those in the
18      examination.
19            INTERPRETER:  Thank you.
20            MR. SHEHAN:  And for the record,
21      the Chat is designated as Everyone, in
22      other words, everyone can see it.
23      Q.    Are you aware that Front Property
24   Hotel Corporation is a defendant in this
25   case?
```

Page 46

1                   A. LOPEZ SEIJAS
2       A.    I didn't know that.  What is the
3   name of the company again?
4       Q.    Front Property Hotel Corporation.
5       A.    I suppose that this might be the
6   entity operating the Eurostars hotel located
7   on Wall Street, but this is something I'm
8   supposing or assuming; this is not something
9   I actually know.  As the head of a large
10  global conglomerate, I don't keep the
11  details of each entity.
12      Q.    Have you ever heard of Front
13  Property Hotel Corporation?
14      A.    No, I didn't know the name.  I'm
15  not familiar with the name, but by the words
16  used within the title, I'm assuming that it
17  is associated or affiliated to the Wall
18  Street property.  But, once again, as the
19  head of a big company, I'm unable to keep
20  track of all the details, including details
21  about a person that held a commercial
22  position or Commercial Sales position in the
23  company.
24      Q.    Mr. Lopez, you asked me not to
25  repeat the same question over and over, and

```
 1                    A. LOPEZ SEIJAS
 2   I'm going to ask you not to repeat the same
 3   speech over and over, to tell me that you're
 4   a busy owner of 300 companies, because that
 5   wasn't my question.
 6           MR. DUNNING:  I'm going to object
 7       to that statement.  It wasn't a
 8       question, so he doesn't have to respond.
 9       A.   Okay.
10           MR. SHEHAN:  That got muddled.  Can
11       the interpreter repeat the witness's
12       response?
13           INTERPRETER:  "Okay."
14           MR. SHEHAN:  In other words, the
15       witness's response was "okay"?
16           INTERPRETER:  This is a note from
17       the interpreter:  The witness said
18       "okay."
19           MR. SHEHAN:  Thank you.
20       Q.   Are you familiar with Eurostars
21   Hotel Company, S.L.?
22       A.   Of course, yes.
23       Q.   Are you familiar with a company
24   called Hoteles Turisticos Unidos, S.A.?
25       A.   Yes.
```

Page 48

```
 1                    A. LOPEZ SEIJAS
 2       Q.    Is that where the name Grupo HOTUSA
 3   comes from?
 4       A.    Yes.
 5       Q.    Is Hoteles Turisticos Unidos, S.A.
 6   a holding company?
 7       A.    Yes.
 8       Q.    If I called Hoteles Turisticos
 9   Unidos, S.A. by the name Grupo HOTUSA, is
10   that okay?
11       A.    Yes, okay.
12       Q.    For simplicity, I'm going to use
13   Grupo HOTUSA in my questions going forward,
14   okay?
15       A.    Yes.
16       Q.    How many companies are owned by
17   Grupo HOTUSA?
18       A.    Over 300, approximately 350.
19       Q.    I'd like to show you a document
20   that's been designated as Exhibit 58.  Can
21   you look at that, please?
22       A.    Yes, I have it, yes.
23       Q.    Thank you, one moment.
24            MR. SHEHAN:  Interpreter, I said,
25       "Thank you, one moment," can you
```

```
                                    Page 49
 1            A. LOPEZ SEIJAS
 2     communicate that so he hears it?
 3          (Interpreter interpreting answer).
 4          MR. SHEHAN:  For the record, this
 5     is Plaintiff's Bates number MB389.  The
 6     document appears to be a December 15,
 7     2023 article from an online source.
 8          (Whereupon, Exhibit 58 was
 9     referenced.)
10     A.    Yes.
11          MR. SHEHAN:  I have a note to the
12     interpreter that I put the name of the
13     online source in the Chat just for
14     reference and I'll be referring to it.
15     Q.    The online source appears to be
16  HOSTELTUR.com.
17     A.    Yes, that's what it seems.
18     Q.    Were you interviewed by this
19  publication, by this news source in
20  December 2023?
21     A.    No.  This was a meeting done with
22  multiple journalists, around ten, 15
23  journalists and multiple media sources, and
24  it was centered around Christmas.  This was
25  just one of the many media sources that was
```

```
                                        Page 50
 1                    A. LOPEZ SEIJAS
 2    present.  This magazine decided to talk
 3    about the company on their own behalf.
 4        Q.   Can you look at page 3 of the
 5    document?
 6             MR. SHEHAN:  For the record that is
 7        Bates MB391.
 8        A.   Yes.
 9        Q.   Is that a picture of you and your
10    daughter Marina?
11        A.   Yes, that's correct.  The text
12    clearly states it, that is my daughter
13    Marina.
14        Q.   What is her position at Grupo
15    HOTUSA?
16        A.   She's the corporate director.
17        Q.   Is that you pictured next to her on
18    this page?
19        A.   I think so.
20        Q.   Are you unsure?
21        A.   No, I'm not unsure.
22        Q.   So yes or, no is that you pictured
23    next to Marina?
24        A.   Yes, it is me.
25        Q.   Is there a reason why you weren't
```

```
 1                    A. LOPEZ SEIJAS
 2   sure before, but now you said it is you?
 3             MR. DUNNING:  Really, Kevin?
 4       A.   No, I don't have doubts now and I
 5   didn't have doubts then that it is me.  It's
 6   something that is obvious; that's what I
 7   meant.
 8       Q.   Very good, thank you.  I'd like you
 9   to go back to the first page, please, and
10   tell me when you're there.
11       A.   I'm on the first page now.
12       Q.   Do you see the title?
13       A.   Yes.
14       Q.   Please read it out loud for the
15   record.
16       A.   HOTUSA closes this year with a
17   growth of 23 percent and 17 percent increase
18   in hotel acquisitions -- very good news.
19       Q.   Does the article say "very good
20   news," or is that your commentary?
21       A.   I'm making that comment.  A
22   23 percent increase in sales in one year is
23   excellent news.
24       Q.   I agree, just so you know.  I'm
25   going to have you read more things from this
```

```
                                              Page 52
 1                    A. LOPEZ SEIJAS
 2    article, and for purposes of the record,
 3    please do not add commentary but instead
 4    read the article sections that I ask for; is
 5    that okay?
 6        A.   Very well.  What would you like me
 7    to read?
 8        Q.   Please read the first sentence
 9    below the title and read it out loud,
10    please.
11             INTERPRETER:  This is a note from
12        the interpreter.  I'm going to ask the
13        witness to repeat the entire sentence,
14        but this time cut it into sections so
15        that I translate word-for-word.  Is that
16        okay?
17             MR. SHEHAN:  Ask him to read more
18        slowly as well.
19        A.   The HOTUSA Group will close this
20    year with a growth in sales of 23 percent
21    and 17 new hotels added to their portfolio.
22        Q.   Can you please read the next
23    sentence out loud?
24        A.   The Hotel Group HOTUSA will close
25    2023 with an increase in sales of 23 percent
```

```
                                        Page 53

  1                 A. LOPEZ SEIJAS
  2     and 17 new hotels added to their portfolio,
  3     as president of the company, Amancio Lopez,
  4     explained in a meeting with journalists on
  5     Thursday, December 14th, in Barcelona.
  6          Q.   Mr. Lopez, was that December 14th
  7     of 2023?
  8          A.   Yes.
  9          Q.   And you said you spoke with
 10     journalists.  Where was that?
 11          A.   In this specific case, it was in
 12     Barcelona.
 13          Q.   Do you remember where specifically
 14     in Barcelona?
 15          A.   Yes, at Hotel Eurostars Grand
 16     Marina.
 17          Q.   How did you come to be interviewed
 18     for this article?
 19          A.   We thought it was appropriate to
 20     have a meeting with journalists because we
 21     have the right to do that.
 22          Q.   You testified that the meeting was
 23     at Eurostars Grand Marina.  Did your company
 24     arrange this interview?
 25          A.   Yes, yes, that is correct.  Our
```

```
 1                  A. LOPEZ SEIJAS
 2   company arranged this meeting because our
 3   company has a lot of prestige in the media
 4   outlets, we are held as an exemplary company
 5   and we like to keep our reputation as such,
 6   so we hold meetings at least once a year to
 7   meet with journalists.  And if you'd like, I
 8   can explain further.
 9        Q.    Yes, please.
10        A.    This company was founded 46 years
11   ago with a capital equivalent today to
12   $1,000.  All the benefits that were obtained
13   throughout the 46 years, and these benefits
14   are plenty, they were reinvested in the
15   company itself, a hundred percent of the
16   benefits.  Ninety percent of the directors
17   of the company began at the company after
18   finishing their studies oftentimes as --
19             INTERPRETER:  This is a note from
20        the interpreter, I'm blanking on a word.
21        If you allow me.
22             MR. DUNNING:  Intern.
23             INTERPRETER:  This is a note from
24        the interpreter.  Brian, in the context,
25        I understand that it's an intern, but
```

Page 55

```
 1                A. LOPEZ SEIJAS
 2      (Spanish) --
 3           INTERPRETER:  Understood, now
 4      there's a clarification.  For a second,
 5      I had a doubt whether it meant a
 6      scholarship, that's the word I was
 7      looking for.
 8           MR. DUNNING:  Yes, you're right.
 9           INTERPRETER:  You could use the
10      same word for both, but now it's clear.
11      Let me go back.
12      A.   A lot of the directors in our
13  company entered the company right after
14  finishing their studies as interns.  These
15  young talents are trained at an early age.
16  And there is very little personnel rotation,
17  there's very little firing, and there is a
18  low number of employees who leave the
19  company, which makes the company very
20  efficient.  Over 60 percent of the employees
21  of this company are female ,and they grow in
22  this company.  And never has a woman been
23  fired because she became pregnant or while
24  being a mother of a child 12 years or less,
25  in part because in Spain and across Europe
```

Page 56

1                A. LOPEZ SEIJAS

2    it is impossible.  The company is also

3    involved in a wide range of activities that

4    are social and cultural and in the arts, and

5    the company has received a lot of awards,

6    including an award called Prince Phillip,

7    delivered or awarded by the King of Spain

8    himself; this was in 2008.  In 2013, we

9    received an award by the president of

10   Government of Spain and it's called the

11   Honorary Metal for Hotel.  We also received

12   an award as a company in Catalonia in 2012.

13   We were also considered Company of the Year

14   by the province Galicia in 2017.  In 2018,

15   we were also Company of the Year in Madrid.

16   We're involved in a lot of cultural

17   activities, as I previously mentioned.  But

18   what's most notable is that a hundred

19   percent of benefits generated by the company

20   are then reinvested in the company to

21   provide training and employment

22   opportunities.  That is my answer.

23       Q.   Thank you for your answer, Mr.

24   Lopez.  I'd like to direct your attention to

25   page 2 of the document.

```
 1                A. LOPEZ SEIJAS

 2          MR. SHEHAN:  For the record, that

 3     is Bates number MB390.

 4     Q.    Mr. Lopez, we're still looking at

 5  the same article with the picture of you and

 6  Marina.  Mr. Lopez, can you hear me?

 7     A.    Yes.

 8     Q.    Mr. Lopez, you had the article that

 9  we were looking at, that's what I'm going to

10  have you continue to look at.  Could you go

11  back to that document, please, the article

12  with you and Marina in the picture?

13     A.    Yes.

14     Q.    And would it be helpful if you put

15  the other papers back in order so you can

16  find them later?

17     A.    Let's try then.  Okay.

18     Q.    Are you looking at page 2 of the

19  article with you and Marina?

20     A.    Yes.

21     Q.    Do you see at the bottom of page

22  MB390?

23     A.    No.  I'm at 391.  Okay, now I found

24  it.

25     Q.    Thank you.  Please look at the top
```

```
                                        Page 58
 1                A. LOPEZ SEIJAS
 2    of the page and read the first paragraph,
 3    which also happens to be one sentence long.
 4        A.   The HOTUSA Group, with a plant of
 5    5,000 workers, had sales of 1,200 million
 6    dollars last year.
 7        Q.   Mr. Lopez, is that 1.2 billion
 8    euros?
 9        A.   Yes.
10        Q.   So in other words, the revenue in
11    2023 was 1.2 billion euros for Grupo HOTUSA?
12             INTERPRETER:  I'm sorry, Counsel,
13        would you mind repeating the last
14        question?
15             MR. SHEHAN:  Yes.  The revenue in
16        2023 for Grupo HOTUSA was 1.2 billion
17        euros; is that correct?
18        A.   So, the first point I want to make
19    is that this article dates December 14,
20    2023, and it refers to the previous year,
21    therefore, it is actually talking about the
22    year 2022; that's the first point I want to
23    make.  The second point I want to make, it
24    is not about profit or benefits, it's about
25    revenue.
```

```
                                            Page 59
 1                  A. LOPEZ SEIJAS
 2       Q.    What were the profits in 2022 for
 3   Grupo HOTUSA?
 4       A.    The profits in 2022 were 55
 5   million.
 6       Q.    What was the revenue in 2023?
 7       A.    1,400 million dollars.
 8       Q.    In other words, 1.4 billion euros?
 9       A.    Exactly.
10       Q.    What was the profit?
11       A.    We haven't had the board meeting
12   yet, so we don't know as of now, but it will
13   probably be higher than last year.
14       Q.    Was 2023 the best year in the
15   history of the company?
16       A.    Yes, it was the best.
17       Q.    Best in terms of revenue, profit or
18   both?
19       A.    Both.
20       Q.    I'm going to ask you a question,
21   and if you don't know the answer I don't
22   want you to worry about it, but I wanted to
23   see if you know.  Are euros worth more than
24   U.S. dollars?
25       A.    Slightly more.  I don't know
```

Page 60

```
 1              A. LOPEZ SEIJAS
 2   exactly what the rate is currently, but
 3   usually it's about five or ten percent more.
 4       Q.   I was going to ask if it was about
 5   nine or ten percent right now; does that
 6   sound right?
 7       A.   It's possible.  It's possible.  I
 8   don't know.  That's something that could be
 9   verified.  I don't know what it is currently
10   standing, but that could be easily verified.
11       Q.   I agree with you.  Thank you for
12   your answer.  Can you read the next
13   paragraph in the article?
14       A.   Let's see.
15            (Witness perusing document)
16       A.   I want to ask my lawyer.
17            (Witness speaking Spanish)
18            MR. SHEHAN:  Objection.  This needs
19       to be translated.
20       A.   I wanted to ask my lawyer if this
21   is necessary, for me to continue reading
22   articles, reading texts.  Is this an
23   obligation of mine?  I would like the advice
24   of my counsel.
25            MR. SHEHAN:  Brian, do we need to
```

Page 61

1                    A. LOPEZ SEIJAS

2        go off so you can have a private

3        discussion with your client?

4            MR. DUNNING:  No.  I was about to

5        make the same objection, which is, if

6        we're going to stay here all day

7        translating the document with the CEO of

8        the company, we're objecting to it.

9        This is ridiculous.

10            MR. SHEHAN:  I appreciate your

11        objection and I'm going to continue on

12        with my examination.  Do you have any

13        further objections?

14            MR. DUNNING:  If you continue to

15        just have him translate this, I do have

16        an objection, I'm not going to allow it.

17        If you have specific questions, feel

18        free, but we're not going to sit here

19        and translate documents all day.  You

20        chose to bring this in at the last

21        minute.  It's not like it's a document

22        from the case.  This has nothing to do

23        with the case, and I'm not going to let

24        him sit here for half an hour

25        translating random news articles, it's

Page 62

```
 1                 A. LOPEZ SEIJAS
 2      just not going to happen.
 3           MR. SHEHAN:  He's not merely
 4      translating --
 5           MR. DUNNING:  Sara, you can mark
 6      this so that he can go get a ruling on
 7      the objection.
 8           MR. SHEHAN:  For the record, he's
 9      not only translating, but he's answering
10      my follow-up questions about it.
11           MR. DUNNING:  If you have specific
12      questions that could be tied to specific
13      text, feel free to do that in an
14      efficient way, but I'm not going to sit
15      here, and he's not going to sit here and
16      translate a document that has nothing to
17      do with this case that you brought to us
18      in the last minute.  That's my
19      objection.
20           MR. SHEHAN:  Understood.  This is
21      relevant to punitive damages, just for
22      the record.
23           MR. DUNNING:  Okay, so move on.
24      We're done.
25           MR. SHEHAN:  I'm not moving on.  I
```

```
                                    Page 63
 1                A. LOPEZ SEIJAS
 2       will continue with my examination.
 3              MR. DUNNING:  Well, first of all,
 4       the idea that you're getting into
 5       punitive damages is laughable.  But this
 6       is not sufficient information.  This is
 7       just random publications, and, again,
 8       you brought this in at the last minute.
 9       You didn't bother translating it into
10       English.  It's not his job to translate
11       these documents, Kevin.  We're not going
12       to sit here and waste his time.  It's
13       completely inappropriate.
14              MR. SHEHAN:  He already testified
15       that he was interviewed for this article
16       and he's --
17              MR. DUNNING:  And so what?
18              MR. SHEHAN:  Okay.  So, are you
19       done with your objections?  Because I
20       need to continue with my examination
21       now.
22              MR. DUNNING:  Well, there's a
23       standing objection, and I may at some
24       point instruct him not to answer, so
25       please be quick.  And if you have him
```

```
                                        Page 64
 1                    A. LOPEZ SEIJAS
 2        translate the whole thing, this
 3        deposition is probably going to be over.
 4        So go ahead, but be aware that this
 5        might not end well.
 6             Sara, go ahead and note that again
 7        because he's probably going to want you
 8        to note it.
 9             MR. SHEHAN:  I agree it should be
10        marked for a ruling whether Counsel's
11        conduct is inappropriately interfering
12        with the deposition.
13        Q.   Mr. Lopez, could you look at the
14   second paragraph again?
15        A.   Okay, I will continue reading.
16   You're asking me to read the second
17   paragraph; is that right?  Let's go.
18        Q.   I'm asking you to look at it.
19   Please look at it and tell me when you're
20   looking at it.
21        A.   I'm now at the second paragraph.
22        Q.   Okay.  And the second paragraph
23   begins with the words (Spanish), correct?
24        A.   Correct.
25        Q.   Mr. Lopez, you don't have to read
```

```
                                        Page 65
 1                 A. LOPEZ SEIJAS
 2    it out loud.
 3        A.    Currently, the HOTUSA Group
 4    operates 253 establishments in 20
 5    countries -- oh, I didn't need to read it
 6    out loud?
 7        Q.    No.  I'm not going to have you read
 8    it out loud.
 9        A.    So what exactly are you looking for
10    here?
11        Q.    I'm going to ask you some questions
12    about it; would you allow me to do that?
13    Was that a yes or no, Mr. Lopez?
14        A.    Yes, of course, yes.  Go ahead.
15        Q.    Does that paragraph say that Grupo
16    HOTUSA operates 253 establishments in 20
17    countries?
18            MR. DUNNING:  Objection.  Now
19        you're just wasting his time.  This is
20        irrelevant.  We'll concede.  It's been
21        established over and over again, Kevin.
22        Do you even know what this article says?
23        Do you know what it says?  Did you bring
24        here an article that's in a foreign
25        language expecting my client to have it
```

Page 66

```
 1              A. LOPEZ SEIJAS
 2      translated because you don't know what
 3      it says?  Because if that's the case,
 4      it's outrageous and I'm going to
 5      instruct him not to answer.
 6          MR. SHEHAN:  It's not the case, and
 7      he should answer the question.
 8      A.   What would you like me to answer?
 9  What was the question?
10      Q.   Is the article telling us that
11  Grupo HOTUSA operates 253 establishments in
12  20 countries?
13      A.   Yes.
14      Q.   Are all of those hotels, or are
15  there other types of establishments?
16      A.   They're mostly hotels, but there's
17  a portion of the establishments that are
18  apartment buildings.
19      Q.   Are all of these hotels part of the
20  Eurostars Group?
21      A.   They are managed by Eurostars.
22      Q.   The Eurostars website says that
23  there are 239 Eurostars hotels in 17
24  countries, which is less than 253, so I'm
25  trying to figure out what portion are
```

```
 1                   A. LOPEZ SEIJAS
 2     Eurostars hotels.
 3             MR. DUNNING:  I'm instructing the
 4         witness not to answer the question.
 5         This is absurd, Kevin.  This has nothing
 6         to do with this case, absolutely nothing
 7         to do with this case.  You're wasting
 8         his time.  You sued the man for
 9         something he has no knowledge of, and
10         now you're just wasting his time, you're
11         trying to harass him.  He's not going to
12         answer the question.
13             Interpreter, please instruct the
14         witness not to answer the question.
15             THE WITNESS:  Okay.
16             MR. DUNNING:  Sara, go ahead and
17         note that in the record, please.
18             MR. SHEHAN:  We need to mark it for
19         a ruling whether the witness should be
20         compelled to answer this question, which
21         is relevant to punitive damages.
22             MR. DUNNING:  You should be
23         compelled to ask questions that have
24         something to do with this lawsuit.
25             MR. SHEHAN:  Please mark it for a
```

Page 68

                        A. LOPEZ SEIJAS

1

2       ruling whether counsel's speaking

3       objections are inappropriately

4       interfering with the lawsuit.

5            MR. DUNNING:  Please also mark an

6       objection to this entire line of

7       questioning as being inane and

8       irrelevant.

9       Q.   Mr. Lopez, how many brands does

10   Eurostars Hotel Company have?

11           MR. DUNNING:  I'm instructing the

12       witness not to answer the question.

13       Move on, Kevin.  This is a waste of

14       time.  You're harassing my witness.

15           INTERPRETER:  This is a note from

16       the interpreter.  I wasn't able to

17       translate the question, and I wasn't

18       able to translate the objection either,

19       so do you want me to just translate the

20       objection or the question and the

21       objection?

22           MR. DUNNING:  Both if you can.

23       A.   Very well.  Then I will not answer

24   the question upon the advice given to me by

25   my counsel.

Page 69

1                    A. LOPEZ SEIJAS

2        Q.    Earlier you testified that Grupo

3    HOTUSA has about 7,000 employees.  How many

4    of those are Eurostars employees?

5        A.    Well, I don't know that number off

6    the top of my head, but in order for me to

7    even give you an answer, I have to explain

8    the corporate structure of the entire

9    company; that doesn't seem to make much

10   sense.  The company structure is quite

11   complex because it holds 300 companies.

12   Eurostars is the company that operates, that

13   manages the business, but it does not

14   actually engage in business.  So in order

15   for me to explain to you our business

16   formula, I would have to explain the entire

17   structure of the company that has over 300

18   entities.  It's very complex.

19       Q.    Are there any Eurostars employees

20   that are not Grupo HOTUSA employees?

21             MR. DUNNING:  I'm going to object

22       to the form of the question.

23       A.    I don't think so, but I'm not sure.

24   I believe we have some employees that are

25   external, but I'm not certain of this.

```
                                      Page 70
 1               A. LOPEZ SEIJAS
 2       Q.    Where does Eurostars Hotel Company,
 3   S.L. fit into the corporate structure?
 4       A.    Well, I'm not sure if this question
 5   is valid or relevant.  In order for me to
 6   actually answer what you just asked, I would
 7   have to explain to you the entire structure
 8   of this corporation that holds over 350
 9   companies.  It will take me 15 days to
10   explain the complexities of this structure;
11   I'm not sure this makes sense.  But in a
12   simplified version of the answer, I can
13   simply say that Eurostars is the company
14   that operates the hotels.  Eurostars is also
15   the proprietary owner of all the brands.
16       Q.    Where does Front Property Hotel
17   Corporation fit into the corporate
18   structure?
19       A.    I suppose it's the entity of the
20   Wall Street property, but I'm not sure.
21       Q.    What is your connection to Grupo
22   HOTUSA?
23       A.    I'm president and the advisor of
24   the group.
25       Q.    Do you have an official title?
```

```
                                              Page 71
 1                    A. LOPEZ SEIJAS
 2        A.    What do you mean official title;
 3    what is that?
 4        Q.    Is president your title?
 5        A.    Yes.
 6        Q.    Are you the owner of Grupo HOTUSA?
 7        A.    I'm a coowner of HOTUSA Group.  I'm
 8    not the sole owner.
 9        Q.    What is your percentage ownership?
10             MR. DUNNING:  This is enough.  This
11        has nothing to do with the lawsuit.  The
12        question is whether your client was
13        terminated because she was pregnant, the
14        answer to which is obviously no, by the
15        way, and it has nothing to do with
16        whether he owns any shares in the
17        company.  Okay?  Move on.
18             MR. SHEHAN:  The question stands
19        and should be interpreted, and Counsel
20        can make an objection which should also
21        be interpreted.  Let's speak slowly
22        enough for the interpreter.
23             MR. DUNNING:  I'm instructing him
24        not to answer.  Sara, you can mark this
25        also so Kevin can get a ruling.
```

```
 1                    A. LOPEZ SEIJAS
 2          MR. SHEHAN:  Just for the record,
 3      is the witness declining to answer the
 4      question?
 5          MR. DUNNING:  Yes.  I instructed
 6      him.
 7          MR. SHEHAN:  That's a question for
 8      the witness.
 9          MR. DUNNING:  Well, on my
10      instruction, he's not answering any of
11      these questions.  Move on.
12          MR. SHEHAN:  Brian, do you realize
13      that --
14          MR. DUNNING:  I realize that you're
15      torturing my witness for no reason.
16      This is abusive.  Move on.
17          MR. SHEHAN:  You realize that this
18      violates Federal Rule of Civil Procedure
19      30 that indicates that the deposition
20      goes on except for issues of privilege?
21          MR. DUNNING:  Kevin, you know, I
22      know that you love to be pedantic, but
23      you don't have to instruct me on how to
24      do my job; I've been doing it since you
25      were in diapers.  This is abusive,
```

```
 1              A. LOPEZ SEIJAS
 2     you're doing this to harass my client.
 3     This whole lawsuit is a shakedown, and
 4     I'm not going to tolerate it anymore.
 5     Move on.
 6          MR. SHEHAN:  Objection that Counsel
 7     is making speaking objections.  He has
 8     told his client what the position is on
 9     the ultimate liability in this case,
10     which is inappropriate.
11          MR. DUNNING:  I don't need to tell
12     him what it is, Kevin.  I think
13     everybody who is sentient knows what it
14     is.  I need you to move on and ask
15     questions that are somehow relevant to
16     this case or the deposition is going to
17     be over.
18          MR. SHEHAN:  Mark it for a ruling
19     whether the deponent should be compelled
20     to answer the question regarding his
21     percentage of ownership.  Also mark it
22     for a ruling whether the Counsel for
23     defense is inappropriately interfering
24     with the deposition.
25          MR. DUNNING:  Also mark it, Sara,
```

Page 74

```
1                    A. LOPEZ SEIJAS
2       for my benefit so that I can use this in
3       my Rule 11 motion.
4            MR. SHEHAN:  For the record,
5       Counsel, what do you mean by Rule 11?
6       Is that a reference to sanctions?
7            MR. DUNNING:  This is a reference
8       to sanctions for the frivolous nature of
9       this lawsuit, which should be dropped.
10           MR. SHEHAN:  Are you threatening to
11      bring sanctions against me?
12           MR. DUNNING:  Kevin, move on.
13           MR. SHEHAN:  Are you threatening to
14      bring sanctions against my client?
15           MR. DUNNING:  Kevin, you should
16      stop this now.  You have a great love
17      for putting words in my mouth.  I'm not
18      going to let you do it anymore.  I'm
19      just not.  Ask questions that have
20      something to do with this case or this
21      deposition is over.  Do you understand
22      me?  That's what I'm saying.  Please
23      move on.  You're wasting everybody's
24      time.
25           MR. SHEHAN:  Are you raising an
```

Page 75

```
 1                    A. LOPEZ SEIJAS
 2        objection as to privilege?
 3              MR. DUNNING:  Kevin, ask questions
 4        or the deposition is over.
 5        Q.    Mr. Lopez, what is your percentage
 6     ownership in Grupo HOTUSA?
 7              MR. DUNNING:  Once again, I'm
 8        instructing him not to answer this
 9        question.  This is patently irrelevant,
10        and it is intended to harass and annoy
11        my client.  Stop it, Kevin.  Move on.
12              INTERPRETER:  The witness has
13        requested a bathroom break.  He
14        requested three minutes.
15              MR. SHEHAN:  Let's take a
16        five-minute break.
17              VIDEOGRAPHER:  The time is
18        11:39 a.m.  We're off the record.
19              The time is 11:47 a.m.  We're on
20        the record.
21              MR. SHEHAN:  Before we went off,
22        Counsel for defense stated some
23        objections, and I want to clarify for
24        the record or state for the record the
25        relevance of the questions that I'm
```

```
 1                    A. LOPEZ SEIJAS

 2          asking to the witness.  This does not

 3          need to be translated because I'm

 4          stating it just for the record and not

 5          to ask him.  So, firstly, the defendants

 6          in this case have contested who the

 7          employers or joint employers are.

 8          They've contested personal jurisdiction

 9          over the two foreign defendants, namely

10          Mr. Lopez and Eurostars Hotel Company,

11          S.L., and so the questions I've been

12          asking are relevant to who the employers

13          or joint employers are, and they've been

14          relevant to personal jurisdiction and

15          relevant to understanding the

16          connections between these players, which

17          touch on both of those subjects.  Also,

18          my questions are relevant to punitive

19          damages which are available under Title

20          VII, the New York State Human Rights Law

21          and the New York City Human Rights Law,

22          and there's been no ruling in this case

23          that there's a bifurcation of liability

24          from damages or any bifurcation in the

25          damages discovery in this case; so, as
```

Page 77

```
 1                    A. LOPEZ SEIJAS
 2        Plaintiff's counsel, I'm obligated to
 3        seek information about these subjects.
 4        We propounded document requests seeking
 5        information about punitive damages, and
 6        they were simply objected to, so I'm
 7        using this deposition as an opportunity
 8        to ask questions that are relevant to
 9        that subject, as well as the other
10        subjects that I just mentioned.  With
11        that said, I want to attempt to resolve
12        these issues as opposed to having a
13        dispute.  So Counsel for the defense,
14        are you willing to stipulate to who the
15        joint employers are in this case?
16             MR. DUNNING:  I don't -- I mean, if
17        I'm recalling it correctly, there are
18        two different employers in this case at
19        different times.  That's what I recall.
20        I have to go back and look for sure.
21             MR. SHEHAN:  Well, based on the
22        testimony --
23             MR. DUNNING:  I'm not exactly sure
24        what you're trying to do here.  I mean,
25        the record is pretty clear that she was
```

Page 78

```
 1                A. LOPEZ SEIJAS
 2      an employee of one hotel at one point,
 3      and she was an employee of one of the
 4      Eurostars entities at another point,
 5      including probably at the end, although
 6      I don't remember for sure.  But, I mean,
 7      I don't understand what you're trying to
 8      do here.  I mean, you're asking him
 9      questions he can't really answer.
10           MR. SHEHAN:  So, the defendants in
11      the case are Mr. Lopez, Eurostars Hotel
12      Company, S.L. and Front Property Hotel
13      Corporation.  In filings, the defendants
14      have already acknowledged that Front
15      Property Hotel Corporation was an
16      employer, and under the laws that we're
17      suing under, namely Title VII and State
18      and City Human Rights Laws, there's a
19      concept known as joint employment --
20           MR. DUNNING:  I'm well aware of it.
21           MR. SHEHAN:  Are you willing to
22      stipulate that Eurostars Hotel Company,
23      S.L. is a joint employer?
24           MR. DUNNING:  I'm not going to
25      stipulate to anything on the record,
```

```
 1                A. LOPEZ SEIJAS
 2        Kevin.  You can ask some questions, but
 3        you're going way far afield here and
 4        it's wasting everybody's time.
 5              MR. SHEHAN:  And Marta Sanjurjo
 6        testified yesterday that she was the one
 7        who fired my client, and she also
 8        testified that her employer was Grupo
 9        HOTUSA, so are you willing to stipulate
10        that Grupo HOTUSA is a joint employer?
11              MR. DUNNING:  Absolutely not
12        because it's not the case.
13              MR. SHEHAN:  Are you willing to
14        stipulate that there's personal
15        jurisdiction over Mr. Lopez?
16              MR. DUNNING:  Absolutely not.
17              MR. SHEHAN:  Are you willing to
18        stipulate that there's personal
19        jurisdiction over Eurostars Hotel
20        Company, S.L.?
21              MR. DUNNING:  Absolutely not?
22              MR. SHEHAN:  Are you willing to
23        stipulate that there's personal
24        jurisdiction over Grupo HOTUSA?
25              MR. DUNNING:  Absolutely not.
```

Page 80

```
 1                    A. LOPEZ SEIJAS
 2            MR. SHEHAN:  Then I have to ask
 3       questions that are relevant to those
 4       subjects.
 5            MR. DUNNING:  Well, Grupo HOTUSA is
 6       not a defendant in the case.
 7            MR. SHEHAN:  It might be.
 8            MR. DUNNING:  Well, it doesn't
 9       exist.
10            MR. SHEHAN:  That's not the
11       testimony in the record.
12            MR. DUNNING:  Kevin, you know what?
13            MR. SHEHAN:  I don't.  Please tell
14       me.
15            MR. DUNNING:  I'm losing my
16       patience here, Kevin, because it's an
17       incredible waste of time.  None of this
18       matters.
19            MR. SHEHAN:  Why doesn't it matter?
20            MR. DUNNING:  Well, for one thing,
21       who she was employed by is a matter of
22       record.  I mean, there is documents that
23       show who she signed with, who paid her.
24       Why do you have to ask him when he
25       clearly doesn't have that kind of
```

```
                                      Page 81
 1                    A. LOPEZ SEIJAS
 2         information?  He's the CEO of the
 3         company.  He doesn't know that level of
 4         detail; he said it over and over again.
 5         And HOTUSA, what you think is the group
 6         is the shareholder of Eurostars Hotel.
 7         It doesn't make it anybody's employer;
 8         it's only a shareholder.
 9              MR. SHEHAN:  Well, Sanjurjo
10         testified that it was her employer.  She
11         indicated that Grupo HOTUSA is
12         synonymous with Hoteles Turisticos
13         Unidos, S.A., and so did your client
14         just now, Mr. Lopez.
15              MR. DUNNING:  They use Grupo HOTUSA
16         to refer to the whole thing, Kevin;
17         that's what I think you're missing.
18         They use that whole thing as Grupo
19         HOTUSA.  It's not for a specific
20         company.  It's not synonymous in that
21         sense.  It's just not the way it is, and
22         you're twisting everybody's testimony.
23              MR. SHEHAN:  I'm sorry you see it
24         that way.  I literally asked Mr. Lopez
25         in the deposition could I -- I asked him
```

Page 82

```
1                    A. LOPEZ SEIJAS
2        -- let me pull up the name of the
3        company -- I asked him Hoteles
4        Turisticos Unidos, S.A., can I refer to
5        that as Grupo HOTUSA, and he said yes,
6        and so I've been doing so.
7            MR. DUNNING:  That doesn't mean
8        anything.  You're not asking the right
9        questions.  It's a holding company,
10       Kevin.  It doesn't have employees.
11       These people are employed by Eurostars.
12       It's just a holding company.  That's
13       what he said.
14           MR. SHEHAN:  Well, Sanjurjo said
15       she was employed by Hoteles Turisticos
16       Unidos, S.A.
17           MR. DUNNING:  That is not correct.
18       But if you think you can make a case of
19       some kind, be my guest, based on that
20       testimony.  But this is absurd.  This
21       whole thing is absurd.
22           MR. SHEHAN:  Well, I'm sorry you
23       feel that way.
24           MR. DUNNING:  Well, I think there's
25       an objective truth that it's absurd at
```

Page 83

```
 1                 A. LOPEZ SEIJAS
 2      this point.
 3           MR. SHEHAN:  I respectfully
 4      disagree.  I'm going to continue on with
 5      my questioning.
 6      Q.   Mr. Lopez --
 7           INTERPRETER:  Go ahead,
 8      Interpreter, say "Mr. Lopez."
 9           INTERPRETER:  You can continue.
10           MR. SHEHAN:  Okay.
11      Q.   In 2023, what were the liabilities
12   of Grupo HOTUSA?
13           MR. DUNNING:  I'm instructing the
14      witness not to answer the question.
15           INTERPRETER:  Do you still want me
16      to translate the question and the
17      objection?
18           MR. SHEHAN:  Yes.
19      A.   I will abide by my counsel's
20   instructions.  I'm quite unaware of the
21   rules and laws of the United States;
22   therefore, I will fully follow the
23   instructions and direction of my counsel on
24   these matters.
25           MR. SHEHAN:  Mark it for a ruling
```

                                        Page 84

1                   A. LOPEZ SEIJAS

2        whether the witness will be compelled to

3        answer another time.

4        Q.   In 2023, what were the assets of

5    Grupo HOTUSA?

6              MR. DUNNING:  Objection.  I'm

7        instructing him not to answer.

8              INTERPRETER:  Do you still want me

9        to translate?

10             MR. SHEHAN:  Yes.

11       Q.   Are you refusing to answer?

12             MR. DUNNING:  I don't know if he

13       got the instruction not to answer.

14       A.   I'll follow these instructions.

15       Q.   What is the net worth of Grupo

16   HOTUSA?

17             MR. DUNNING:  Same instruction.

18       Q.   Mr. Lopez, what is your connection

19   to Eurostars Hotel Company, S.L.?

20       A.   I already explained, Eurostars

21   Hotel Company is part of the HOTUSA Group.

22       Q.   What is your connection to it

23   personally?

24       A.   I am the president of HOTUSA Group

25   and, therefore, I'm the administrator of

```
                                          Page 85
 1                  A. LOPEZ SEIJAS
 2    Eurostars.
 3        Q.    Would it be accurate to say you're
 4    the president of Eurostars Hotel Company,
 5    S.L.?
 6              MR. DUNNING:  Objection to the form
 7         of the question.  That's not what he
 8         said.  He can answer the question.
 9        A.    I've already answered that
10    Eurostars is part of the HOTUSA Group, and
11    I'm the president of HOTUSA Group,
12    therefore, I'm the administrator of
13    Eurostars Company.
14        Q.    Is administrator the same as
15    president of the Eurostars Company?
16        A.    No, it's not the same because
17    HOTUSA Group has an advisory board for the
18    administration and the other one just has
19    administrations, so it's very different.
20    But then I would have to explain further.
21    Does my counsel suggest that I explain
22    further?
23              MR. DUNNING:  Not yet.
24        A.    I would like to tell the counsel
25    here, the attorneys, that all this is public
```

Page 86

```
 1              A. LOPEZ SEIJAS
 2   data.  So everything is accessible publicly,
 3   all the records of the company.
 4       Q.   Is administrator your official
 5   title for Eurostars Hotel Company, S.L.?
 6       A.   Yes, it's official.
 7       Q.   Are you an owner of Eurostars Hotel
 8   Company?
 9       A.   Eurostars is 100 percent owned by
10   HOTUSA Group, and this is information, these
11   are records that are public access.  You can
12   look that up.
13       Q.   What is your percentage ownership
14   of HOTUSA Group?
15       A.   HOTUSA Group is owned anonymously,
16   therefore, the shareholders are anonymous.
17   Companies must preserve their privacy.  The
18   reason for keeping this privacy is just
19   sheer competition and also conflict of
20   interest, but if it's necessary in the
21   context of this case, I can divulge all this
22   information.  The Spanish market, the media
23   outlets in Spain are not aware of the
24   percentage of ownership that I hold in the
25   company, so it would surprise me that you
```

Page 87

1                    A. LOPEZ SEIJAS

2    need to know this information.  But if you

3    need, I can divulge.  I just would be very

4    surprised that it is necessary in this

5    context.

6         Q.    I just need your percent ownership.

7         A.    The Spanish market doesn't know

8    that either.  Must I really say it here?

9              MR. DUNNING:  No.  I'm going to

10         instruct the witness not to answer the

11         question.  Obviously, it's a highly

12         competitive business.  The question is

13         irrelevant, and I'm going to ask Counsel

14         to move on.

15         A.    Very well, then I will not answer.

16              MR. SHEHAN:  Please mark this for a

17         ruling whether the witness should be

18         compelled to answer at a later time.

19         Q.    How long have you been the

20    administrator of Eurostars Hotel Company,

21    S.L.?

22         A.    Since it's creation.

23         Q.    Approximately when was that?

24         A.    Perhaps 17, 18 years, I'm not

25    certain of this.  But this is public data,

```
 1              A. LOPEZ SEIJAS
 2   so you could easily find the answer to that
 3   in the records.
 4        Q.    In your own words, what does
 5   Eurostars Hotel Company S.L. do?
 6        A.    Manage hotels.
 7        Q.    How many employees does Eurostars
 8   Hotel Company S.L. have, approximately?
 9        A.    I already told you, as I previously
10   said, I'm not sure of this.  I don't know.
11   I only know the general number for the
12   entire group.  I suppose it's probably a
13   little bit upwards of 300 employees.  I'm
14   not certain of this, so I'd rather not say
15   in case I'm wrong.
16        Q.    Is there a country in particular
17   that employees of Eurostars Hotel Group,
18   S.L. work in?
19             MR. DUNNING:  I'm going to object
20        to the form.  I'm not sure that makes
21        any sense, Kevin.  Try again.
22        Q.    You can answer.
23        A.    I don't understand the question.
24             MR. SHEHAN:  Mark it for a ruling
25        whether Counsel's speaking objection
```

```
                                          Page 89
 1                  A. LOPEZ SEIJAS
 2      caused the witness not to understand the
 3      question.
 4           MR. DUNNING:  Maybe he didn't
 5      understand it because it was
 6      incomprehensible.
 7      Q.   Where geographically do the
 8  employees of Eurostars Hotel Company, S.L.
 9  work?
10      A.   There is not a single geographic
11  location; rather they are located in
12  different countries, in different offices.
13      Q.   Are any of them in the United
14  States?
15      A.   Yes, I believe a few of them are in
16  the United States for sure.  I'm not certain
17  of this, but, yes, it is very probable that
18  at least a few are located in the United
19  States.  Right now, I'm not sure there is
20  any -- actually, probably not, I don't know.
21      Q.   Was Marta Bueno an employee of
22  Eurostars Hotel Company, S.L.?
23      A.   I don't know -- actually, I'm not
24  sure.  As a company in the U.S., I'm not
25  sure what part of Eurostars in the U.S., but
```

Page 90

1                    A. LOPEZ SEIJAS
2      I can tell you certainly she was part of
3      HOTUSA Group.
4          Q.    When you say Marta Bueno was part
5      of HOTUSA Group, do you mean she was
6      employed by Hoteles Turisticos Unidos, S.A.?
7          A.    No.  What I'm saying is that she
8      was an employee of a company that was part
9      of the HOTUSA Group.  I'm not saying she was
10     a direct employee of HOTUSA Group.
11         Q.    In 2023, what was the revenue of
12     Eurostars Hotel Company, S.L.?
13         A.    I don't have that.  I only have the
14     answer for the group.
15         Q.    Does Eurostars Hotel Company, S.L.
16     have its own revenue?
17         A.    Yes.
18         Q.    Is it equivalent to the revenue of
19     HOTUSA Group?
20         A.    No, it's not equivalent; it's far
21     less.  The total will always be greater than
22     any of its parts.
23         Q.    Are you able to estimate the
24     portion of HOTUSA's revenue that can be tied
25     to Eurostars Hotel Company, S.L.?

Page 91

A. LOPEZ SEIJAS

1
2      A.    No.   I don't have the number, but I
3   would describe the portion as being small.
4      Q.    In 2023, what were the assets of
5   Eurostars Hotel Company, S.L.?
6      A.    Could you define what assets are?
7      Q.    I'd like to know how you define it
8   and to hear your answer.
9      A.    For me, assets are contracts to
10   manage hotels; that's what that represents
11   for me.
12      Q.    What about the physical hotels
13   themselves, are those assets?
14      A.    I don't understand the question.
15      Q.    Does Grupo HOTUSA own the land and
16   buildings that are its hotels?
17      A.    In some cases it does and others it
18   doesn't.  It's very complex.  It's really
19   hard to generalize.
20      Q.    Earlier you said that, to you,
21   assets are contracts to manage hotels; is
22   that correct?
23      A.    In the case of Eurostars
24   concretely, yes.
25      Q.    What was the value of those assets

Page 92

1                    A. LOPEZ SEIJAS

2    in 2023?

3        A.    The value is represented by the

4    amount that someone is willing to pay for

5    the asset, and that would require the asset

6    to be on the market for sale and it is not,

7    therefore, I'm unaware of that value.

8        Q.    What were the corporate liabilities

9    of Eurostars Hotel Company, S.L. in 2023?

10       A.    I don't have that data with me

11   here.  The records will probably reflect

12   previous years.  I'm not sure what the data

13   is in for 2023, but I believe these

14   questions would be better answered by our

15   financial director.

16       Q.    You said this information is

17   reflected in records?

18       A.    Yes.  The public records are

19   available.

20           MR. SHEHAN:  Mark those records for

21       production in discovery.

22           MR. DUNNING:  I'm not sure what

23       that means.

24           MR. SHEHAN:  I'm asking the court

25       reporter to indicate in the transcript

Page 93

                    A. LOPEZ SEIJAS

1
2       that I'm requesting the production of
3       the documents that the witness
4       identified, namely, the records that
5       show the corporate liabilities.
6           MR. DUNNING:  I think we've already
7       made our objection clear so...
8       Q.   Mr. Lopez, are there records that
9    show the assets of Eurostars Hotel Company,
10   S.L.?
11      A.   In Spain, there is such a thing
12   called public records where you can find all
13   this information.  I'm not sure the United
14   states has an equivalent public records
15   where this would appear and could be found.
16   In all cases, I don't have all these numbers
17   you're asking.  I don't have the balance of
18   everything that you're asking here with me.
19   It doesn't make sense to me, this line of
20   questions doesn't make sense to me, but I am
21   sure for you it makes sense.
22      Q.   You testified that the records are
23   public.  Does that mean that Eurostars Hotel
24   Company, S.L. is in possession of the
25   records?

```
                                                    Page 94
 1                     A. LOPEZ SEIJAS
 2        A.    No, I have not said that.  That's
 3   not what I said.  What I said is that public
 4   records are available in Spain, that's what
 5   I said.
 6        Q.   Does the company have copies of
 7   those records?
 8        A.    Yes, the company can have access to
 9   copies of these records, just as any other
10   citizen of Spain can have access to these
11   records.
12        Q.   Did the records become public
13   because the company provided them in the
14   first place?
15        A.    Yes, they are made public by law.
16        Q.    The company provided the data
17   that's in the records, correct?
18        A.    Yes.  Our company abides by the
19   laws in place in Spain.  Anything that is
20   requested, it is provided.  But I'm very
21   surprised by this line of questioning.  I'm
22   not very well acquainted with the legal
23   mechanisms that you're asking about and I'm
24   very surprised that you're even asking about
25   this.  I'm sure that over there it is
```

Page 95

1                     A. LOPEZ SEIJAS
2    customary to ask these questions.  I wasn't
3    expecting this.  I'm very surprised.
4              MR. SHEHAN:  Mark these records for
5         production showing the assets of
6         Eurostars Hotel Company, S.L.
7              MR. DUNNING:  And my objection is
8         the same as the one that we wrote in our
9         response to your document request.
10    Q.   Are there records that show the
11   revenue of Eurostars Hotel Company, S.L. in
12   2023?
13    A.   No.  The only reason for that is
14   because it is not time yet.  We have not yet
15   met the deadline.
16    Q.   Are there documents that show the
17   revenue, assets, liabilities and profits of
18   Eurostars Hotel Company for the years before
19   2023?
20    A.   Yes, for the preceding years, yes,
21   the previous years.
22              MR. SHEHAN:  Court reporter, please
23         mark those documents for production.
24              MR. DUNNING:  Same objection.
25              MR. SHEHAN:  Let's go off the

```
                                    Page 96
  1                  A. LOPEZ SEIJAS

  2        record.

  3              VIDEOGRAPHER:  The time is

  4        12:25 p.m.  We're off the record.

  5              We're on the record.  The time is

  6        1:02 p.m.

  7        Q.    Mr. Lopez, we just came back from

  8     break.  I have some additional questions for

  9     you.

 10        A.    Okay.

 11        Q.    What is your connection to the

 12     defendant company Front Property Hotel

 13     Corporation?

 14        A.    I'm the president of the HOTUSA

 15     Group and this particular company is part of

 16     the 300 to 350 companies that make the

 17     group.

 18        Q.    Are you the president of Front

 19     Property Hotel Corporation?

 20        A.    No, not as such.  And I don't know

 21     exactly what that makes me within the

 22     American system.

 23        Q.    In the American system, the terms

 24     president or the term CEO might apply.

 25              MR. DUNNING:  Objection to the form
```

```
                                          Page 97
 1                   A. LOPEZ SEIJAS
 2        of the question.  He can answer.
 3        A.    So, yes, in Europe, as well, the
 4   president or CEO are often interchangeable
 5   as terms, but I would probably be
 6   administrator of that company, of that
 7   property.
 8        Q.   Is administrator your official
 9   title in your role with Front Property Hotel
10   Corporation?
11        A.   In Europe, the official title for
12   my role would be administrator, but I don't
13   know if it's equivalent in the United
14   States.  Within the United States
15   terminology, I don't know what I would be
16   considered.
17        Q.   Are you an owner of Front Property
18   Hotel Corporation?
19        A.   I already explained that this is
20   part of HOTUSA Group.
21        Q.   Is Front Property Hotel Corporation
22   100 percent owned by HOTUSA Group?
23        A.   Yes.
24        Q.   How long have you been
25   administrator?
```

1                    A. LOPEZ SEIJAS

2       A.    Since the beginning, since that

3   property was acquired.

4       Q.    Do you remember approximately how

5   long ago that is?

6       A.    I think it was around 2007,

7   approximately.

8       Q.    What does Front Property Hotel

9   Corporation do?

10      A.    To operate a hotel.

11      Q.    Is that the Eurostars Wall Street

12  Hotel?

13      A.    Yes.

14      Q.    How many employees does the Front

15  Property Hotel Corporation have?

16      A.    I don't know the number -- perhaps

17  15, maybe 18, I'm not sure.

18      Q.    Do you know the revenue, assets,

19  liabilities and profits of Front Property

20  Hotel Corporation for 2023?

21      A.    I don't know the numbers by heart,

22  but I do know that that hotel, along with

23  some others, have very low revenue because

24  of the pandemic.  The pandemic greatly -- I

25  also don't see the relationship between

Page 99

1                      A. LOPEZ SEIJAS
2    numbers corresponding to 2023 with respect
3    to a case that happened way before.  I'm not
4    sure what the connection is, but I'm sure it
5    must make sense on your end.
6        Q.   Are there documents that show the
7    revenue, assets, liabilities and profits for
8    Front Property Hotel Corporation in 2023?
9        A.   Yes, I suppose there are.  I'm not
10   sure they're official, but, yes, it could be
11   made available.  The liabilities are very
12   high, but I don't have the numbers here.
13           MR. SHEHAN:  Please mark those
14       documents for production in discovery.
15           MR. DUNNING:  Same objection.
16       Q.   Earlier you testified that Front
17   Property Hotel Corporation is 100 percent
18   owned by HOTUSA Group, correct?
19       A.   Yes.  I'm not sure whether it's
20   directly an owner or indirectly, but, yes,
21   the answer is yes.
22       Q.   What is your percentage ownership
23   in Front Property Hotel Corporation?
24           MR. DUNNING:  Objection to form.
25       A.   I've already explained that I'm not

```
                                    Page 100
 1                A. LOPEZ SEIJAS
 2   a coowner of any of these -- I don't have a
 3   participation in this company.  My only
 4   participation or my only link is through
 5   HOTUSA Group, so indirectly.
 6       Q.    What's your share of the indirect
 7   ownership of Front Property Hotel
 8   Corporation?
 9            MR. DUNNING:  Objection.  We
10        already told you he wasn't going to
11        answer this.
12            MR. SHEHAN:  Counsel, are you
13        directing him not answer?
14            MR. DUNNING:  Like I did before,
15        yes.
16            MR. SHEHAN:  Please mark it for a
17        ruling whether the witness should be
18        compelled to testify as to his indirect
19        ownership share in Front Property Hotel
20        Corporation.  And for the record, I
21        never asked about his indirect
22        ownership.  I asked a similar question
23        but not an identical one.
24       Q.    Mr. Lopez, what is your indirect
25   percentage ownership in Eurostars Hotel
```

Page 101

1              A. LOPEZ SEIJAS
2    Company, S.L.?
3              MR. DUNNING:  Objection.  Don't
4         answer.
5         A.   I won't answer then.
6              MR. SHEHAN:  Mark for a ruling
7         whether the defendant should be
8         compelled to answer the question
9         regarding his indirect ownership
10        percentage in Eurostars Hotel Company,
11        S.L.
12        Q.   Mr. Lopez, are there documents that
13   show your indirect ownership percentage in
14   Eurostars Hotel Company, S.L.?
15        A.   I've already explained that I'm
16   neither the coowner, nor a shareholder of
17   Eurostars Hotel Company, S.L.  That is a
18   subsidiary of HOTUSA group.  I've already
19   explained this.
20        Q.   You also testified that you're part
21   owner of HOTUSA Group, correct?
22        A.   Yes, HOTUSA Group, yes.
23        Q.   So, therefore, you have an indirect
24   ownership interest in Eurostars Hotel
25   Company, S.L., don't you?

Page 102

```
 1              A. LOPEZ SEIJAS
 2      A.   I really don't now what else to
 3  say.  It's a pretty simple concept.  I
 4  already explained clearly that I'm a
 5  shareholder for HOTUSA Group, which is also
 6  known as Hoteles Turisticos Unidos, S.A.
 7  That's it.  And that's the parent company of
 8  the other companies you're asking about.  I
 9  don't know how else to say it.
10          MR. SHEHAN:  So, at this point, I'm
11      going to raise a general objection and
12      mark for a ruling whether the witness
13      will need to return for a second
14      deposition because between him and his
15      counsel they have obstructed my ability
16      to learn the financial worth of two
17      corporate defendants in this case,
18      namely Eurostars Hotel Company, S.L.
19      and Front Property Hotel Corporation,
20      and I'm going to move on from those
21      subjects because it's futile; I'm unable
22      to get the information from the
23      defendant.
24      Q.   Mr. Lopez, did you file a personal
25  tax return for 2023?
```

Page 103

```
 1              A. LOPEZ SEIJAS
 2         MR. DUNNING:  Objection.  Do not
 3      answer the question.
 4      Q.   Mr. Lopez, are you refusing to
 5   answer the question?
 6      A.   I am simply following the
 7   instructions by my counsel since I'm quite
 8   unaware of -- I will add a detail or some
 9   information that might be valuable to you,
10   but I don't have any income generated in the
11   United States for myself, so I don't
12   actually declare any income in the United
13   States, if that's helpful to you.
14      Q.   I didn't ask about the United
15   States.  I asked if you filed a personal tax
16   return.
17      A.   My attorney instructed me not to
18   answer.  I'll follow my attorney's
19   instructions.
20      Q.   In what jurisdictions did you file
21   personal tax returns for 2023?
22         MR. DUNNING:  Same objection, same
23      instruction.
24      A.   I will follow my attorney's
25   instructions.
```

Page 104

```
 1                    A. LOPEZ SEIJAS
 2           MR. SHEHAN:  I'm going to lodge a
 3       standing objection.  Counsel for the
 4       defense is violating the rules of Civil
 5       Procedure by instructing his client not
 6       to answer when he's not raising a claim
 7       of privilege.  Defense counsel, are you
 8       raising a claim of privilege as a basis
 9       to tell him not to answer these
10       questions?
11           MR. DUNNING:  Obviously not.  I'm
12       objecting on the grounds that this is so
13       far afield of anything that has to do
14       with anything in this case and is
15       intrusive and obnoxious, and he's not
16       going to answer it.
17           MR. SHEHAN:  I previously explained
18       to you on the record, Counsel, that this
19       is relative to punitive damages.
20           MR. DUNNING:  So say you.  I
21       disagree.  It's not going to happen.
22       Q.   Mr. Lopez, what was your taxable
23   income in 2023?
24           MR. DUNNING:  Objection.  Do not
25       answer the question.
```

Page 105

1                        A. LOPEZ SEIJAS

2        Q.    Mr. Lopez, are you refusing to

3    answer the question?

4        A.    I will continue to follow my

5    attorney's instructions.

6        Q.    Mr. Lopez, do you own any real

7    estate?

8             MR. DUNNING:  Objection to the

9        question.  I'm instructing the witness

10       not to answer the question.

11       Q.    The question was, do you own any

12   real estate, Mr. Lopez?

13            MR. DUNNING:  And the instruction

14       was not to answer the question.

15       Q.    Mr. Lopez, did you hear my

16   question?

17       A.    No.  I didn't understand it.

18       Q.    Do you own any real estate?

19       A.    No, I'm not an owner of any real

20   estate.  But if my lawyer indicates that I

21   should expand further, then I will.

22            MR. DUNNING:  No.

23       A.    Then I won't.

24       Q.    Do you own any vehicles?

25            MR. DUNNING:  Okay.  Now this is

Page 106

```
1                A. LOPEZ SEIJAS
2        getting ridiculous.  I'm objecting and
3        I'm instructing him not to answer.
4        Kevin, please move on.  If you want to
5        get a Court Order, go ahead and get a
6        Court Order.  Let's not waste time.
7            MR. SHEHAN:  Brian, why don't you
8        get the judge on the phone and ask him
9        what he thinks?  Or else, I'll continue
10       with my questions.
11           MR. DUNNING:  I don't need to get
12       him on the phone.  I'm telling the
13       witness not to answer these questions;
14       they're absurd.
15           MR. SHEHAN:  They're not absurd
16       because these are textbook questions
17       related to punitive damages.  I'm going
18       to use the word textbook, I'm very
19       confident using that word here.  If you
20       look at EEOC's guidance regarding
21       compensatory and punitive damages, you
22       could basically follow my deposition
23       outline and understand why I'm asking
24       these questions.  So, Brian, with all
25       due respect, you're the one who is
```

Page 107

```
 1              A. LOPEZ SEIJAS
 2      engaging in inappropriate behavior here.
 3           MR. DUNNING:  Well, you can call it
 4      what you want, Kevin, I know how you
 5      love to do that kind of thing, but what
 6      I'm telling you is that you're not
 7      getting this information without a Court
 8      Order.  If you want to get a Court
 9      Order, please go ahead.
10           MR. SHEHAN:  It's called a
11      Deposition Notice.  So, in other words,
12      there's a procedure that allows me to
13      ask these questions without an Order,
14      and it's not your place to tell me to
15      get a Court Order.  If you want a
16      protective order to say I can't ask
17      these questions, then you should have
18      done that already.
19           MR. DUNNING:  No.
20           MR. SHEHAN:  Well, I'm going to
21      continue.
22      Q.   Mr. Lopez, do you own any vehicles?
23           MR. DUNNING:  I'm going to object
24      to this question.  I'm going to instruct
25      the witness not to answer.
```

Page 108

A. LOPEZ SEIJAS

1

2       A.    I will definitely follow my

3   attorney's instructions, but now I'm getting

4   worried that there might be a reason beyond

5   what I can comprehend and expect for asking

6   all these questions about my personal

7   ownership, my assets.  I'm very confused as

8   to why we're now entering this territory.

9       Q.    Mr. Lopez, you're a defendant in a

10  discrimination lawsuit, and the laws in this

11  case allow for a claim that is called

12  punitive damages and these questions relate

13  to that claim.

14      A.    Yes, I understand.  But I also have

15  to be mindful that, at this point, going too

16  far into my personal information could

17  actually cause personal insecurity for me

18  and I have to be mindful of that.  Since in

19  this session there's no judge, I'll follow

20  whatever instruction and guidance my

21  attorney provides me.

22      Q.    Mr. Lopez, what is your net worth,

23  approximately?

24          MR. DUNNING:  I'm going to object

25      to this question.  I'm instructing him

Page 109

                    A. LOPEZ SEIJAS

1
2      not to answer, and if this continues,

3      we're going to end this deposition.

4      A.   If the questioning attorney has any

5   doubts or any curiosities about anything

6   that could be contained in the public

7   records, it is a very easy task to simply

8   search and find the information.  But when

9   we are discussing my personal information,

10  data and/or assets, that is something that

11  I'll follow the instructions and guidance of

12  my attorney.

13          MR. SHEHAN:  Brian, I just have

14      literally three more questions related

15      to this subject and I think in fact you

16      will not find these objectionable, and

17      then I'll move on from this subject.

18      Q.   Mr. Lopez, are you listed by any

19  publications, such as Forbes Magazine, as

20  either a billionaire or a millionaire?

21      A.   I'm unaware of that.  I'm, frankly,

22  uninterested in that type of information or

23  data.  What I'm interested in is information

24  and/or the facts around our company, the

25  fact that our company is a company where

```
                                    Page 110
 1                A. LOPEZ SEIJAS
 2   employees can grow and feel protected, which
 3   is further confirmed by the fact that our
 4   company employs over 60 percent women
 5   because they are not only efficient, it
 6   makes the company efficient, but they feel
 7   protected within our company and, therefore,
 8   everyone can thrive.  There is very little
 9   turnover in the number of employees.
10        Q.   Mr. Lopez, is it your testimony
11   today that female employees are efficient?
12             MR. DUNNING:  Objection.
13        A.   Yes, absolutely, without a doubt.
14   This is something I've observed throughout
15   my life, that women are efficient, and,
16   also, it has been noticed that women also
17   tend to leave the company less, there is
18   less turnover with women, making a better
19   more thriving environment.
20        Q.   Do you prefer to hire women?
21        A.   I'm indifferent.  I have simply
22   noticed -- we have noticed as a company that
23   when women feel comfortable in a company,
24   there is less turnover.  There is more
25   efficiency.  But at the same time, I don't
```

Page 111

```
 1                    A. LOPEZ SEIJAS
 2    necessarily discriminate.  I don't give
 3    preference to women over men or vice versa.
 4    Simply, it's a phenomenon that has been
 5    observed that when there is around
 6    60 percent women, more or less, and more or
 7    less, 40 percent men, there is a good ratio
 8    of turnover, and women tend to stay in the
 9    company.
10         Q.   Is it a goal of yours to maintain
11    that ratio?
12         A.   No, it's not about keeping a
13    percentage or ratio.  It's about having
14    individuals in the company that grow and can
15    allow the company to grow as well.  It's not
16    just about talent and skills; it's also
17    about their commitment in the short and
18    longer term.
19         Q.   You just testified about women in
20    the company.  Are there any characteristics
21    that you look for in women?
22         A.   No.  Women and men that start in
23    our company generally tend to start at an
24    early age, and over time, they get trained
25    into their positions and eventually reach
```

Page 112

                        A. LOPEZ SEIJAS

1

2    positions of direction, like directors and/

3    or superiors, and the company also grows

4    with them.

5         Q.    Are there any types of women you

6    prefer not to hire?

7         A.    I'm not sure what you're asking

8    when you say different types of women.  What

9    we look for are competent women that are

10   responsible and professional, so I'm not

11   sure what you're asking with different types

12   of women.  For example, the fact that in the

13   46 years history of this company, the

14   company has always reinvested its profits

15   into the company itself, that proves and

16   shows that there is an ethical and moral

17   component to the actions of this company

18   both towards its employees and the

19   customers.  Also, let me point out that

20   although I can set a certain growth mindset

21   or growth policies as an ideology for the

22   company, I'm not the person, I'm not the one

23   who actually performs the selection, the

24   hiring or the promotion of the employees

25   within our company.

```
                                    Page 113
 1              A. LOPEZ SEIJAS
 2       Q.    Do you fire employees in the
 3  company?
 4       A.    Once again, I'll say that the
 5  company -- I answered this already -- the
 6  company has different models and teams in
 7  place to handle these types of things.  I
 8  already explained that I, as the president,
 9  I don't handle this type of task.  I'm not
10  entasked with firing employees.  We have
11  systems in place that do this.  I, as the
12  president, oversee other things.  But I'll
13  add something on this topic, is that the
14  amount of employees that we fire in a year
15  is quite minimal.  If I had to give you an
16  estimate, I would say in a year we might
17  have to fire ten, 15, 20 people among 7,000
18  employees.  That's a very small ratio.  And
19  usually, when we have to do this, it's
20  because of very clear missteps or misconduct
21  by the employees, irresponsible behavior,
22  such as one day not showing up to work and
23  being somewhere else for three weeks.  That
24  is simply, absolutely inconceivable.  Also,
25  I would like to add that since we hire a lot
```

1                    A. LOPEZ SEIJAS

2    of youth, young people at the beginning of

3    their careers, they have the opportunity of

4    adopting the company culture at an early

5    stage, and so the rate of failure is quite

6    low.

7        Q.   In your opinion, Mr. Lopez, did

8    Marta Bueno's desire to become pregnant

9    interfere with her sales position?

10       A.   No, it did not have any impact.  It

11   also does not even depend on me.  In fact,

12   when you look at the track record of our

13   company, you'll see that we have never in

14   the history of this company fired any woman

15   for being pregnant.  That has just simply

16   never happened.  In fact, a lot of women or

17   the majority of women that enter our company

18   at an early stage will eventually inevitably

19   become pregnant, at which point we are

20   tolerant, and we have a structure or system

21   here in Spain called conciliation, where we

22   make it easier to manage both motherhood and

23   work.  Also, note that in Spain, by law it

24   is absolutely impossible to fire a woman

25   because she's pregnant or to fire a woman

Page 115

```
 1              A. LOPEZ SEIJAS
 2   that has a child that is 12 years or less.
 3   Also, in our company, we have observed that
 4   being flexible with individuals that enter
 5   parenthood is helpful, perhaps being a
 6   little flexible at a certain point will
 7   eventually be compensated by a more fervent
 8   commitment to the company later on.
 9       Q.   In your opinion, did Marta Bueno's
10   desire to get pregnant make her a better
11   employee?
12            MR. DUNNING:  Objection to the
13       form.  You can answer.
14       A.   I was unaware of any of this.  How
15   am I supposed to know what her desire was?
16   The only fact that I have is that Marta
17   Bueno was fired because she abandoned her
18   job post without authorization and without
19   even communicating those facts with anyone
20   for weeks.  Those are the facts.  Everything
21   else is simply speculation.
22       Q.   Are you a millionaire?
23            MR. DUNNING:  I'm going to object.
24       A.   I'm not sure what you mean with
25   millionaire.  When you say millionaire, you
```

Page 116

1                    A. LOPEZ SEIJAS
2    know, in this case you're asking a
3    shareholder that we invest all the profits
4    of its company to its company, and so, for
5    me, being a millionaire in terms of price
6    doesn't have any value; for me, the real
7    value is the ability to have a thriving
8    company with thriving employees.  That, to
9    me, is value.
10               MR. SHEHAN:  So, at this point, I'm
11          going to lodge a similar objection as
12          before.  I, despite many efforts, tried
13          to ask the defendant personally about
14          his net worth, which is a textbook
15          factor in the amount of punitive damages
16          in a Title VII case or New York City or
17          State Human Rights case, and because
18          I've been unable to obtain that
19          information through document discovery
20          or through this deposition, I need to
21          mark this for a ruling whether the
22          witness will need to come back for
23          another deposition to answer these
24          questions and whether the relevant
25          documents will be produced.

```
                                          Page 117
 1                    A. LOPEZ SEIJAS
 2        Q.    Mr. Lopez, who is Patricia Cereijo?
 3        A.    The person who is now the director
 4    of three hotels in the United States.
 5        Q.    Are you related to her?
 6        A.    No.
 7        Q.    Are you related to Marta Sanjurjo?
 8        A.    Yes.
 9        Q.    What is your relation to her?
10        A.    She's my sister-in-law, and she's
11    been working in the company for over
12    40 years.
13        Q.    Do you consider her loyal to you?
14        A.    That's what I believe.  I believe
15    that everyone in my close circle is loyal,
16    honorable and people of high moral and
17    ethical grounds.  They also hold strong
18    principles.  And I believe the same thing
19    within my company, I believe that the people
20    that we select are people that uphold these
21    same principles, and that is why we have
22    very few litigations, conflicts, we don't
23    have financial issues.  We abide by high
24    moral principles.
25        Q.    Who is Patricia Ceriejo's employer?
```

Page 118

1              A. LOPEZ SEIJAS

2      A.   So, that would be the group, and,

3   also, HR has a hand in all this.  Also, as

4   the president, I do work more closely with

5   the directors.  In this case, she is a

6   director of a considerable amount of hotels

7   in the United States, so I'm a little more

8   involved in this.  But the HR Department is

9   heavily involved in the selection and

10  promotion of these individuals.

11     Q.   Is her employer today the same as

12  it was in February 2020?

13     A.   In February, yes, I believe she was

14  already in the United States, in New York,

15  so I suppose that, yes, it must have been

16  the same employer, I'm not sure.  But once

17  again, I want to reiterate that in this

18  company we have a model.  Patricia Cereijo

19  began working for us at an early age and she

20  went up the ranks little by little until

21  becoming the director.  She went through

22  many departments, as most of our employees

23  do.

24          MR. SHEHAN:  Brian, the reason this

25      is taking so long is because he keeps

Page 119

```
 1                    A. LOPEZ SEIJAS
 2       making speeches every time I ask a
 3       question.
 4            MR. DUNNING:  Well, I don't know
 5       what Patricia's employment has to do
 6       with anything.
 7            MR. SHEHAN:  She handed the
 8       termination letter to my client.
 9            MR. DUNNING:  Okay.  So that's been
10       established; it's not in dispute.
11            MR. SHEHAN:  So who did she work
12       for?
13            MR. DUNNING:  It doesn't matter.
14            MR. SHEHAN:  It does matter.  It
15       goes to joint employment, Brian.
16       Q.   Mr. Lopez, in February 2020, it
17     appears that Patricia Cereijo traveled from
18     Spain to the U.S. to fire Marta Bueno.  So
19     was she working for a different company at
20     that time?
21            MR. DUNNING:  Objection to the form
22       of the question.  He can answer.
23       A.   If I'm not mistaken, in
24     February 2020, Patricia Cereijo was already
25     the director of a hotel in Chicago, so I
```

```
 1              A. LOPEZ SEIJAS

 2   don't believe that she had to fly from Spain

 3   to New York, rather she probably flew from

 4   Chicago to New York.  Since then, Patricia

 5   Cereijo has grown in her career, and she's

 6   now the director of a hotel in Chicago, of a

 7   hotel in New York and a hotel in Miami.  She

 8   also followed the model that we use in our

 9   company where she started working years ago

10   for us when she was an intern and then grew

11   up the ranks over many, many years.

12        Q.   I agree with you that she was in

13   Chicago in February 2020, so I apologize.

14   What company was she working for at that

15   time?

16        A.   For the same company, HOTUSA Group.

17        Q.   Was she an employee of Front

18   Property Hotel Corporation?

19        A.   She is part of the HOTUSA Group

20   now.  Back then, perhaps she was involved

21   with that company that operates Front

22   Property Hotel Corporation.  But eventually

23   she became the director, so I really can't

24   answer that.  I'm not sure.

25        Q.   Was she an employee of Eurostars
```

Page 121

                    A. LOPEZ SEIJAS

1

2    Hotel Company, S.L.?

3        A.    Perhaps, yes, I suppose she was.  I

4    suppose she was because at one point she was

5    working in Spain and she was part of that

6    group.  So I'm not sure whether she was

7    still being employed by them at that time,

8    but at some point she was.

9        Q.    In February 2020, who was Patricia

10   Cereijo's supervisor?

11       A.    I'm not sure.  I'm not sure who it

12   was at that moment.

13            MR. SHEHAN:  Let's go off.

14            VIDEOGRAPHER:  The time is

15       1:58 p.m.  We're off the record.

16            We're on the record.  The time is

17       2:14 p.m.

18       Q.    Mr. Lopez, we just came back from a

19   break and I have some additional questions

20   for you.

21       A.    Okay.

22       Q.    If you're able to answer my

23   questions succinctly, we can go through this

24   quicker; does that make sense?

25       A.    Okay.

Page 122

```
 1                    A. LOPEZ SEIJAS
 2        Q.    Are you related to Cristina
 3   Maroqqui?
 4        A.    No.
 5        Q.    I'd like to direct your attention
 6   to a particular time period, specifically
 7   2018.  Was Marta Bueno pregnant in 2018?
 8        A.    I have no idea.  I'm not involved
 9   in people's personal lives.  In this company
10   there are 4,000 women.
11        Q.    Well, it didn't just affect her
12   personal life.  She had to take leave from
13   work in 2018; were you aware of that?
14        A.    No.  I'm not informed of employee
15   leaves, it's impossible; this company is too
16   big.
17        Q.    I'd like you to look at a document
18   that's been designated as Exhibit 26.  Can
19   you please do that?
20              (Whereupon, Exhibit 26 was
21        referenced.)
22              MR. SHEHAN:  For the record, this
23        is Bates number 2047.
24        A.    Yes, I have it in front of me.
25        Q.    It appears to be an e-mail from
```

```
                                      Page 123

 1                   A. LOPEZ SEIJAS

 2    Marta Sanjurjo dated February 4, 2020; do

 3    you see that?

 4         A.    Yes.

 5         Q.    It looks like Marta Sanjurjo sent

 6    an e-mail to the presedencia e-mail address;

 7    do you see that?

 8         A.    Yes, yes.  This e-mail was sent by

 9    Marta Sanjurjo to the e-mail presidencia,

10    which in fact is intercepted by my assistant

11    Judith.  In fact, proof of such is that the

12    e-mail is written in Catalan, clearly

13    indicating that Marta Sanjurjo was

14    addressing this to Judith, my assistant, and

15    not me, per se.  I say this because I myself

16    do not speak Catalan.  When Marta Sanjurjo

17    is communicating with me, she communicates

18    exclusively in Spanish, but Marta Sanjurjo

19    and Judith communicate in Catalan.  So the

20    way we often function is that when something

21    occurs that is deemed important but not

22    preferential, oftentimes that information

23    will be passed along to Judith in case it is

24    relevant.

25         Q.    Thank you, Mr. Lopez.  Do you see
```

Page 124

1                     A. LOPEZ SEIJAS

2    on this page that Marta Sanjurjo is

3    responding to an e-mail that Judith Gonzalez

4    sent her?

5        A.   I don't know why, but, yes, I can

6    see that she's responding to Judith.  I am

7    not made aware of every e-mail received and

8    sent by my assistants or my department.  In

9    fact, I'm simply made aware what is deemed

10   relevant.

11       Q.   Can you tell what Judith is saying

12   to Marta Sanjurjo on this page?

13       A.   More or less, yes.  I have no

14   comments to make.  I can simply state that

15   it's a conversation among the two.  So here

16   it says that she wanted to go to Barcelona,

17   this is between Marta and Cristina, because

18   of some paperwork related to some apartment.

19   It is inconceivable that the president of a

20   company would be involved in the vacation

21   days taken by their employees.

22       Q.   Do you see Judith Gonzalez saying

23   (Spanish)?

24            INTERPRETER:  I'm sorry, Counsel,

25       what was that?

Page 125

```
 1              A. LOPEZ SEIJAS
 2         MR. SHEHAN:  I'll put it in the
 3    Chat.
 4         INTERPRETER:  This is a note from
 5    the interpreter.  Is that in Spanish?
 6         MR. SHEHAN:  It's in Catalan.  Can
 7    you translate it phonetically?
 8         INTERPRETER:  Okay.
 9    A.   I don't know.  I really can't get
10 into this.  I receive, on average, 500
11 e-mails per week.  How can I get involved in
12 this exchange of e-mails?
13    Q.   Well, Judith said that you were
14 asking.  That's what her message means, she
15 says, The boss is asking.
16    A.   I can't give opinions on something
17 that I'm unaware of or something that I
18 haven't participated in, I just can't.
19    Q.   So, in other words, Judith said you
20 were asking but you weren't.
21    A.   No, that's not what I said.  What I
22 said is, I simply can't enter this topic and
23 discuss all the nuances of an exchange that
24 happened between two people that I was not
25 part of, I was not involved in, I just
```

Page 126

```
 1                    A. LOPEZ SEIJAS
 2    can't.
 3        Q.   Is this unusual behavior for Judith
 4    that she would say you're asking but you
 5    didn't?
 6        A.   No, that's not what I said.  That's
 7    not at all what I said.  What I'm saying is
 8    that this conversation happened and I'm
 9    unaware of it.  I cannot give you
10    information about it because I simply don't
11    know.  There are 7,000 employees in our
12    company group.  It is a dynamic company with
13    a lot of different things happening at the
14    same time.  I get a very high volume of
15    e-mails.  I cannot keep track of all the
16    conversations happening on any given topic.
17    I'm also not informed of any document or
18    documentation of such.  I just cannot
19    preoccupy myself with this.  And in fact, my
20    presence here is starting to make less and
21    less sense.
22        Q.   You testified earlier that this was
23    a conversation, an e-mail between Marta
24    Sanjurjo and Judith about Marta Bueno being
25    in Spain, correct?
```

Page 127

1              A. LOPEZ SEIJAS

2          MR. DUNNING:  Objection to form.

3      You can answer.

4      A.   No.  What I said is that I'm

5  unaware of this e-mail exchange and I can't

6  give you opinions on something I'm unaware

7  of.

8      Q.   Was Marta Sanjurjo seeking your

9  approval of Marta Bueno's leave in Spain?

10     A.   I don't know.  I don't know what

11 she was seeking, and, really, these are not

12 the problems that a president of a company

13 that grows 23 percent on a year-to-year

14 basis preoccupies themselves with, as the

15 attorney very well stated earlier in the

16 session.  I just don't know.

17     Q.   So, in other words, this is not

18 something that either Judith or Marta

19 Sanjurjo should come to you about.

20     A.   Of course not.  I'm simply not

21 involved in the approval or rejection of any

22 vacation requests.  I'm just not involved in

23 it.  Whether conversations happen formally

24 or informally, regardless, I'm just not

25 involved in that process at all.

```
 1                    A. LOPEZ SEIJAS
 2       Q.    The process of approving or denying
 3  leave?
 4             MR. DUNNING:  Objection.
 5       A.    I've already answered that I don't
 6  intervene at all in leave or vacation days,
 7  none of it.
 8       Q.    One moment, please.  Was Marta
 9  Bueno trying to get pregnant in January or
10  February 2020?
11       A.    Are you seriously asking me that?
12  I'm stunned that you're even asking me that
13  question.  At most, I would perhaps say hi
14  to Marta if I was visiting New York.  How am
15  I supposed to know something like that?
16       Q.    What do you know about Marta Bueno
17  getting in vitro fertilization or IVF in
18  January or February 2020?
19       A.    Those are questions for her doctor.
20  I am absolutely stunned by the questions
21  you're asking me.
22       Q.    This is a pregnancy discrimination
23  lawsuit.  Why are you stunned about the
24  questions about pregnancy and the efforts to
25  get pregnant?
```

Page 129

1                    A. LOPEZ SEIJAS

2        A.    It is of no relevance whether she

3    wanted to be pregnant, desired to be

4    pregnant or was pregnant.  The reason for

5    her firing has nothing to do with anything

6    of this nature.  It is exclusively based on

7    the grounds that she went on vacation

8    without authorization and without even

9    communicating that she had left.  And in

10   fact, the fact that she was outside of the

11   country was discovered coincidentally or

12   unexpectedly.  She could have been perfectly

13   taking days off without it ever being

14   discovered.  I'll say this again.  In the

15   46 years of this company's history there has

16   never been a woman fired because she was

17   pregnant or a woman that had a child

18   12 years of age or less that was fired.

19   Right now, we have 4,000 women working for

20   us.  This has never happened.  In fact, if

21   it ever happened, you would probably be

22   informed of it.

23       Q.    Did you tell Cristina Maroqqui in

24   essence that Marta Bueno should not pursue

25   IVF pregnancy because you do not like it

Page 130

```
 1              A. LOPEZ SEIJAS
 2   when employees take leave?
 3       A.    How is it that you think that's
 4   even possible?  I currently have thousands
 5   of women employees that are mothers and/or
 6   pregnant, and in fact, Cristina Maroqqui
 7   being one of them, she had a child, and her
 8   schedule was adapted to the fact that she
 9   was a mother.
10       Q.   Did you tell Cristina Maroqqui in
11   essence that Marta Bueno should not pursue
12   IVF or pregnancy because you want people to
13   keep working?
14       A.    That is absolutely false.  Sir, I
15   already answered this question.  It is
16   absolutely false, and I don't understand why
17   you keep repeating the same statement.  It
18   is absolutely false and I already provided
19   ample arguments as to why it is false.  And
20   in fact, the proof is there, there has never
21   been a case of any woman being fired for
22   pregnancy or motherhood, never.
23       Q.   Did you tell Cristina Maroqqui in
24   essence that Marta Bueno should not pursue
25   IVF or pregnancy because it costs the
```

Page 131

```
 1                    A. LOPEZ SEIJAS
 2    company money when employees take leave?
 3        A.    That is absolutely false.  That is
 4    not true.  That is absolutely false.
 5        Q.    Does it cost the company money when
 6    employees take leave --
 7        A.    When a woman in our company has a
 8    child, we send her a gift, to all the women
 9    that have children.  If the company does
10    that, that shows that it's because it's not
11    a problem for us.
12        Q.    Does it cost the company money when
13    employees take leave?
14        A.    No, because in Spain, Social
15    Security covers the cost of maternity leave,
16    so it's covered by the state, not by the
17    company.  I already said this before, but in
18    Spain and in most countries in Europe, there
19    is a law that protects women that you cannot
20    fire them for such reason.  It's called no
21    firing.  It is nullified.  And in fact, as
22    the model held in our company of hiring
23    young talent, when we hire young women, we
24    know that they will eventually likely become
25    mothers, and whatever cost the company bears
```

1                    A. LOPEZ SEIJAS

2    in the short term for those maternity leave,

3    it is far outweighed by the reward and

4    benefits of having employees' commitment and

5    sense of belonging heightened in the long

6    term.

7        Q.    In The United States, does it cost

8    Eurostars money when employees take leave?

9        A.    Not as far as I know.  No, I don't

10   know how much it can cost.  I don't even

11   know if it does cost.  And I've said this

12   before, our company is a company that stands

13   by solid values -- not monetary values, not

14   financial values, but actually values, the

15   principles that we uphold.  The money and

16   the benefits that we make at the end of the

17   day are not the end; they're just a means of

18   conducting business and encouraging growth.

19   We are solid in our principles.

20       Q.    You testified that in Spain it does

21   not cost the company money when employees

22   take leave.  I'm trying to find out if you

23   know if it costs the company money in the

24   U.S. when employees take leave.

25              MR. DUNNING:  He just answered that

```
 1                 A. LOPEZ SEIJAS
 2      question just now.
 3      A.    Leave due to maternity.
 4      Q.    In the U.S., the government isn't
 5  paying for those leaves, so doesn't it cost
 6  the company money in the U.S.?
 7      A.    No.
 8            INTERPRETER:  It is becoming
 9      increasingly difficult to hold this
10      quantity of information of every single
11      question that is being asked.  I'm
12      starting to be unable to compute
13      anymore.  I'm just mentioning it because
14      it's a quite heavy demand on me to be
15      able to retain this amount of
16      information consecutively.  I'm just
17      mentioning that in case there's
18      something that can be done to sort-of
19      alleviate or guide the witness so that I
20      can perform my job better.
21            MR. SHEHAN:  In the past, you had
22      interjected and said (Spanish), you had
23      prompted him to pause.  Do you not feel
24      comfortable doing that?  Because we can
25      try to help.  Tell us what you're able
```

Page 134

```
 1                    A. LOPEZ SEIJAS
 2        to do and we'll try to help from there.
 3             INTERPRETER:  Generally, I'm not
 4        supposed to interject.  I can indicate
 5        once to sort-of show what would be best
 6        for me, but I can't be interjecting
 7        every time.  I'm not supposed to
 8        interfere with the session on any end.
 9        I can only state it once, this is my
10        need, but then I have to follow through
11        with whatever is asked.  I'm just
12        realizing that I'm coming to sort-of the
13        end of my capacity in retaining such
14        long sentences.  It's humanly
15        impossible.  I am making a monumental
16        effort here, but I'm reaching my limit.
17        So whatever can be done would be
18        appreciated.
19             MR. DUNNING:  First of all, you're
20        doing an incredible job.
21             INTERPRETER:  I'm even amazed
22        myself, but I'm reaching my limit, and I
23        want to make sure that in the transcript
24        we get every word, every sentence, every
25        meaning, I think it's very important.
```

Page 135

```
 1                    A. LOPEZ SEIJAS
 2        So whatever needs to be done.
 3              MR. SHEHAN:  Okay.  Number one,
 4        we're going to pause.  Number two, I'm
 5        going to give him an instruction and
 6        let's see if he'll follow it.
 7        Q.   Mr. Lopez, I need to give you an
 8    instruction.  I'm asking you short
 9    questions, and your answers are very long.
10    You need to shorten your answers.  Frankly,
11    you're giving speeches tacked on to every
12    one of your answers and it is elongating the
13    deposition and it's taxing the interpreter.
14    That was not a question, Mr. Lopez.  My
15    question is, are you willing to cooperate by
16    giving more succinct answers?
17        A.   Yes.  If you wish to have shorter
18    answers, you'll get shorter answers.
19        Q.   Thank you, Mr. Lopez.
20              Do you like it when Eurostars
21    employees in the U.S. take leave?
22        A.   It doesn't bother me.  I'm not even
23    aware when they do so.
24        Q.   Do you want employees in the U.S.
25    to keep working?
```

Page 136

```
 1              A. LOPEZ SEIJAS
 2      A.   I already answered that.  If they
 3  need to take leave, they can, they should.
 4  It doesn't bother me.  But if they need to
 5  work, then that also needs to happen.
 6      Q.   What if an employee in the U.S. is
 7  pregnant, do they need to keep working
 8  anyway?
 9      A.   Yes, of course, and we'll
10  congratulate her, and on the day the child
11  is born, she'll receive a gift from the
12  company.
13      Q.   Do you know who Paola Reynoso is?
14      A.   Yes.
15      Q.   Who is she?
16      A.   She was a director of one of our
17  hotels located in New York.
18      Q.   Did she get pregnant while working
19  for the company?
20      A.   I'm not sure.  I've heard that
21  perhaps she did, but I'm not sure.
22      Q.   Didn't you send her a gift?
23      A.   I suppose so, since it's our
24  company policy.  It's company policy, but I
25  don't actually do that myself.  We do this
```

Page 137

```
 1                    A. LOPEZ SEIJAS
 2   for every employee for every child that's
 3   born.
 4       Q.   Did she work during her maternity
 5   leave?
 6       A.   I don't know.  All I know is that
 7   she became pregnant, she was not fired and
 8   she kept her job position; that I know.
 9       Q.   Was she expected to keep working
10   during her maternity leave?
11       A.   I'm unaware of the details, but
12   usually when someone takes maternity leave,
13   they take the time that they deem necessary.
14       Q.   Did you pressure Paola Reynoso to
15   shorten her maternity leave?
16       A.   I did not do so for her or for
17   anyone else, never.
18       Q.   If I brought her to Court to
19   testify that you did, is she lying?
20       A.   Well, if she says so, she must also
21   demonstrate it.  And I've never done that,
22   not to her or anyone else.
23            MR. SHEHAN:  Let's go off the
24       record.
25            VIDEOGRAPHER:  The time is
```

```
                                    Page 138

1                    A. LOPEZ SEIJAS

2       2:55 p.m.  We're off the record.

3             The time is 3:04 p.m.  We're on the

4       record.

5       Q.    We just came back from a break.

6       A.    Yes.

7             MR. SHEHAN:  And actually, you

8       don't need to interpret this because I'm

9       just going to say something for the

10      record; it's not for him.  We just came

11      back from a break.  I was looking to see

12      if I have more questions to ask.  The

13      problem is that numerous questions I did

14      ask weren't answered, and documents that

15      I marked for production were objected

16      to.  So for that reason, while I don't

17      have more questions to ask, I have

18      unanswered questions, and I'm marking

19      this deposition for a ruling whether the

20      witness will be compelled to return for

21      a second deposition to address all of

22      the myriad unanswered questions from

23      today's deposition.  But apart from

24      that, I'm done.

25            Let's go off the record.
```

Page 139

1                A. LOPEZ SEIJAS

2          VIDEOGRAPHER:  We're off the record

3      at 3:06 p.m.  This concludes today's

4      testimony given by Amancio Lopez.

5              (Time noted:  3:06 p.m.)

6

7          _____

8              AMANCIO LOPEZ SEIJAS

9

10  Subscribed and sworn to

11  before me this        day

12  of              2024.

13

14

15        Notary Public

16

17

18

19

20

21

22

23

24

25

Page 140

1                    I N D E X

2   EXAMINATION BY                          PAGE

3   MR. SHEHAN                              8

4

5   N E W   R E F E R E N C E D   E X H I B I T S

6   NO.    DESCRIPTION                      PAGE

7   EX-43  Letter-Bates 533                 33

8   EX-58  Article-12/15/23-Bates MB389     49

9   EX-26  E-mail-Bates 2047                122

10                  R E Q U E S T S

11  DESCRIPTION                             PAGE

12  Records re Eurostars' corp liabilities   93

13  Records Eurostars' assets for previous

14  years                                   95

15  Records re Eurostars' previous years

16  revenue, assets, liabilities, profits   95

17  Records re assets revenue, liabilities,

18  profits Front Property Hotel Corp.      99

19                  R U L I N G S

20  PAGE(S)

21  16, 17, 17, 17, 62, 64, 67, 68, 68, 71, 73,

22  74, 83, 87, 88, 100, 101, 102, 116, 138

23

24

25

Page 141

1                    C E R T I F I C A T E

2    STATE OF NEW YORK)

3                SS.:)

4    COUNTY OF KINGS  )

5

6        I, SARA FREUND, CSR, a Notary Public

7    within and for the State of New York, do

8    hereby certify:

9        THAT AMANCIO LOPEZ SEIJAS, the witness

10   whose deposition is hereinbefore set forth,

11   was duly sworn by me and that such

12   deposition is a true record of the testimony

13   given by such witness.

14       I further certify that I am not related

15   to any of the parties to this action by

16   blood or marriage; and that I am in no way

17   interested in the outcome of this matter.

18       IN WITNESS WHEREOF, I have hereunto set

19   my hand on this 25th day of April, 2024.

20

21

22                SARA FREUND, CSR

23

24

25

Page 142

1                   E R R A T A   S H E E T

2    PAGE      LINE

3    _____     _____CHANGE:_____

4    REASON:_____

5    _____     _____CHANGE:_____

6    REASON:_____

7    _____     _____CHANGE:_____

8    REASON:_____

9    _____     _____CHANGE:_____

10   REASON:_____

11   _____     _____CHANGE:_____

12   REASON:_____

13   _____     _____CHANGE:_____

14   REASON:_____

15   _____     _____CHANGE:_____

16   REASON:_____

17   _____     _____CHANGE:_____

18   REASON:_____

19   _____     _____CHANGE:_____

20   REASON:_____

21   _____     _____CHANGE:_____

22   REASON:_____

23

24

25

**[00535 - 67]**

**0**

**00535**  1:2 5:19
**07670**  3:12

**1**

**1**  3:8 11:10
**1,000**  54:12
**1,200**  58:5
**1,400**  59:7
**1.2**  58:7,11,16
**1.4**  59:8
**100**  86:9 97:22
99:17 140:22
**10018**  3:16
**10022**  3:4
**101**  140:22
**102**  140:22
**10:28**  44:5
**10:36**  44:7
**11**  1:13 2:12
5:4 74:3,5
**112**  3:8
**11205**  3:8
**116**  140:22
**11:39**  75:18
**11:47**  75:19
**12**  55:24 115:2
129:18
**12/15/23**  140:8
**121**  5:19
**122**  140:9
**12:25**  96:4
**1350**  3:16
**138**  140:22
**14**  58:19

**14th**  53:5,6
**15**  49:6,22 70:9
98:17 113:17
**16**  140:21
**17**  51:17 52:21
53:2 66:23
87:24 140:21
140:21,21
**18**  87:24 98:17
**19**  3:12
**1:02**  96:6
**1:21**  1:2
**1:58**  121:15

**2**

**2**  11:11 56:25
57:18
**20**  15:2 25:21
33:7 65:4,16
66:12 113:17
**2007**  98:6
**2008**  56:8
**2012**  56:12
**2013**  56:8
**2017**  56:14
**2018**  56:14
122:7,7,13
**2020**  22:25
118:12 119:16
119:24 120:13
121:9 123:2
128:10,18
**2022**  58:22
59:2,4
**2023**  49:7,20
52:25 53:7

58:11,16,20
59:6,14 83:11
84:4 90:11
91:4 92:2,9,13
95:12,19 98:20
99:2,8 102:25
103:21 104:23
**2024**  1:13 2:12
5:4 139:12
141:19
**2047**  122:23
140:9
**2220**  3:16
**23**  51:17,22
52:20,25
127:13
**239**  66:23
**24125**  141:21
**253**  65:4,16
66:11,24
**25th**  141:19
**26**  122:18,20
140:9
**2:14**  121:17
**2:55**  138:2

**3**

**3**  50:4
**30**  72:19
**300**  32:18,24
33:7 47:4
48:18 69:11,17
88:13 96:16
**33**  140:7
**350**  48:18 70:8
96:16

**351**  7:22
**391**  57:23
**3:04**  138:3
**3:06**  139:3,5
**3rd**  3:4

**4**

**4**  123:2
**4,000**  122:10
129:19
**40**  111:7
117:12
**43**  33:17,21
38:6,9,13
140:7
**46**  14:25 54:10
54:13 112:13
129:15
**49**  140:8

**5**

**5,000**  58:5
**50**  14:19
**500**  125:10
**533**  33:20
140:7
**55**  59:4
**58**  11:15 48:20
49:8 140:8

**6**

**60**  55:20 110:4
111:6
**62**  140:21
**64**  140:21
**67**  140:21

**68**  140:21,21
**6th**  3:4

**7**

**7,000**  14:11,20
  14:25 15:7
  25:21 27:19
  28:15 69:3
  113:17 126:11
**71**  140:21
**73**  140:21
**74**  140:22

**8**

**8**  140:3
**83**  140:22
**845**  3:4
**87**  140:22
**88**  140:22

**9**

**93**  140:12
**95**  140:14,16
**99**  140:18
**9:06**  2:13 5:3

**a**

**a.m.**  2:13 5:3
  44:5,7 75:18
  75:19
**abandon**  31:19
**abandoned**
  27:2 41:15,23
  115:17
**abandoning**
  27:5 28:3
  42:18

**abandons**  31:7
**abide**  83:19
  117:23
**abides**  94:18
**ability**  7:13
  8:24 9:7 21:20
  22:4 102:15
  116:7
**able**  9:16 12:17
  12:24 15:22
  21:18 22:12
  68:16,18 90:23
  121:22 133:15
  133:25
**above**  2:20
**absolutely**  27:6
  67:6 79:11,16
  79:21,25
  110:13 113:24
  114:24 128:20
  130:14,16,18
  131:3,4
**absurd**  67:5
  82:20,21,25
  106:14,15
**abusive**  17:21
  18:2 72:16,25
**access**  86:11
  94:8,10
**accessible**  86:2
**accurate**  85:3
**acknowledged**
  78:14
**acknowledging**
  17:25

**acquainted**
  94:22
**acquired**  98:3
**acquisitions**
  51:18
**act**  24:24 42:15
**acting**  24:3
**action**  6:3 28:3
  141:15
**actions**  112:17
**activities**  56:3
  56:17
**actually**  45:5
  46:9 58:21
  69:14 70:6
  89:20,23
  103:12 108:17
  112:23 132:14
  136:25 138:7
**adapted**  130:8
**add**  28:2 52:3
  103:8 113:13
  113:25
**added**  52:21
  53:2
**additional**  96:8
  121:19
**address**  7:18,21
  123:6 138:21
**addressing**
  123:14
**admin**  25:2
**administer**  6:2
**administration**
  85:18

**administrations**
  85:19
**administrator**
  84:25 85:12,14
  86:4 87:20
  97:6,8,12,25
**adopting**  114:4
**advice**  60:23
  68:24
**advisor**  24:25
  70:23
**advisors**  25:2
**advisory**  85:17
**affect**  122:11
**affiliated**  46:17
**affiliations**
  6:10
**affixed**  9:6,10
**afield**  79:3
  104:13
**afternoon**  8:5,6
**age**  55:15
  111:24 118:19
  129:18
**ago**  13:25
  54:11 98:5
  120:9
**agree**  5:11 38:2
  51:24 60:11
  64:9 120:12
**agreed**  4:1,6,10
**ahead**  64:4,6
  65:14 67:16
  83:7 106:5
  107:9

**aitana**  3:21
  6:23 39:15
**al**  5:16
**alleviate**
  133:19
**allow**  19:9,22
  54:21 61:16
  65:12 108:11
  111:15
**allows**  107:12
**amancio**  1:6,12
  2:20 5:13 7:20
  13:7 53:3
  139:4,8 141:9
**amazed**  134:21
**american**  96:22
  96:23
**amount**  15:17
  17:20 92:4
  113:14 116:15
  118:6 133:15
**ample**  130:19
**annoy**  75:10
**anonymous**
  86:16
**anonymously**
  86:15
**answer**  16:6,8
  19:10,24 20:9
  21:2,16,18
  26:18 28:3
  29:16 36:23,24
  37:5,7 38:2
  40:9 49:3
  56:22,23 59:21

60:12 63:24
66:5,7,8 67:4
67:12,14,20
68:12,23 69:7
70:6,12 71:14
71:24 72:3
73:20 75:8
78:9 83:14
84:3,7,11,13
85:8 87:10,15
87:18 88:2,22
90:14 91:8
97:2 99:21
100:11,13
101:4,5,8
103:3,5,18
104:6,9,16,25
105:3,10,14
106:3,13
107:25 109:2
115:13 116:23
119:22 120:24
121:22 127:3
**answered**
  29:15,20 30:11
  30:13,16,24
  38:5 40:7,10
  40:13 41:8,12
  41:13 43:15
  85:9 92:14
  113:5 128:5
  130:15 132:25
  136:2 138:14
**answering**
  36:22 62:9

72:10
**answers**  20:5
  21:11 26:20
  36:3,21 135:9
  135:10,12,16
  135:18,18
**anybody's**  81:7
**anymore**  73:4
  74:18 133:13
**anyway**  136:8
**apart**  138:23
**apartment**
  66:18 124:18
**apologize**
  120:13
**appear**  8:17
  9:13 35:17
  93:15
**appearance**  6:7
**appearances**
  6:9
**appeared**  16:2
**appears**  33:23
  49:6,15 119:17
  122:25
**apply**  34:14
  96:24
**appreciate**  8:22
  22:13 61:10
**appreciated**
  134:18
**appropriate**
  53:19
**approval**  30:4
  127:9,21

**approve**  28:15
  28:25 30:2
  32:3
**approved**
  28:13,18 29:14
  31:2,4 32:7
  43:10
**approving**
  128:2
**approximately**
  48:18 87:23
  88:8 98:4,7
  108:23
**april**  1:13 2:12
  5:4 141:19
**arguments**
  130:19
**arrange**  53:24
**arranged**  54:2
**article**  49:7
  51:19 52:2,4
  53:18 57:5,8
  57:11,19 58:19
  60:13 63:15
  65:22,24 66:10
  140:8
**articles**  60:22
  61:25
**articulated**
  17:2
**arts**  56:4
**asked**  10:3,12
  10:15 11:6
  15:25 16:7,23
  36:2 43:3

44:18 46:24
70:6 81:24,25
82:3 100:21,22
103:15 133:11
134:11
**asking**  19:21
30:19 36:20
39:16 42:13
64:16,18 76:2
76:12 78:8
82:8 92:24
93:17,18 94:23
94:24 102:8
106:23 108:5
112:7,11 116:2
125:14,15,20
126:4 128:11
128:12,21
135:8
**asset**  92:5,5
**assets**  84:4 91:4
91:6,9,13,21,25
93:9 95:5,17
98:18 99:7
108:7 109:10
140:13,16,17
**assistant**
123:10,14
**assistants**
124:8
**associated**
46:17
**assume**  26:24
33:4 37:2,4

**assuming**  26:3
33:10 37:8,9
41:2,4 46:8,16
**attache**  27:23
**attempt**  77:11
**attention**  10:10
10:13 41:10
56:24 122:5
**attorney**  6:11
16:25 33:11
103:17 108:21
109:4,12
127:15
**attorney's**
103:18,24
105:5 108:3
**attorneys**  3:3,7
3:11,15 13:12
85:25
**audio**  5:10 20:3
**authorization**
26:14 27:3
28:5 31:8,20
40:17 41:16,24
42:19 43:9,24
115:18 129:8
**authorized**  6:2
26:13
**automatic**
20:16 31:22
**available**  76:19
92:19 94:4
99:11
**avenue**  3:4,8

**average**  15:20
125:10
**avoid**  36:9
37:10 43:7
**award**  56:6,9
56:12
**awarded**  56:7
**awards**  56:5
**aware**  15:4
19:4,14 39:25
44:12,15,24
45:4,23 64:4
78:20 86:23
122:13 124:7,9
135:23

**b**

**b**  140:5
**back**  44:8 51:9
55:11 57:11,15
77:20 96:7
116:22 120:20
121:18 138:5
138:11
**balance**  93:17
**barcelona**  7:22
23:7,14,22
53:5,12,14
124:16
**based**  21:16
26:23 33:5
41:20 77:21
82:19 129:6
**basically**
106:22

**basis**  104:8
127:14
**bates**  33:20
49:5 50:7 57:3
122:23 140:7,8
140:9
**bathroom**
75:13
**bear**  34:14
**bears**  131:25
**becoming**
118:21 133:8
**began**  54:17
118:19
**beginning**  6:10
12:5 37:13
98:2 114:2
**begins**  64:23
**behalf**  50:3
**behavior**  107:2
113:21 126:3
**believe**  24:17
26:5 40:23
69:24 89:15
92:13 117:14
117:14,18,19
118:13 120:2
**belonging**
132:5
**benefit**  74:2
**benefits**  54:12
54:13,16 56:19
58:24 132:4,16
**best**  7:12 28:21
59:14,16,17

[best - centered]                                              Page 5

134:5

**better** 9:23
92:14 110:18
115:10 133:20

**beyond** 108:4

**bifurcation**
76:23,24

**big** 9:19 46:19
122:16

**bigger** 8:25

**billion** 58:7,11
58:16 59:8

**billionaire**
109:20

**bit** 8:9 12:8
34:16 88:13

**blanking** 54:20

**blood** 141:16

**board** 25:2
59:11 85:17

**boardroom**
9:18,19

**born** 136:11
137:3

**boss** 43:25
125:15

**bother** 63:9
135:22 136:4

**bottom** 34:7
38:21 57:21

**brad** 3:22 5:22
12:2

**brands** 68:9
70:15

**break** 20:22
21:3 26:21
36:3 44:9
75:13,16 96:8
121:19 138:5
138:11

**breaking** 36:12

**brian** 3:17 6:19
54:24 60:25
72:12 106:7,24
109:13 118:24
119:15

**briefly** 18:22

**bring** 61:20
65:23 74:11,14

**broadway** 3:16

**brooklyn** 3:8

**brought** 19:5
40:4,24 62:17
63:8 137:18

**bueno** 1:3 5:15
6:14,18 13:13
19:3 22:16,22
24:16 25:10,19
26:11,17 27:9
27:16,17,20
28:9,24 29:13
30:3 32:4 33:3
33:24 35:18
39:11 40:5
41:6 43:6,20
89:21 90:4
115:17 119:18
122:7 126:24
128:9,16

129:24 130:11
130:24

**bueno's** 26:4
28:18 31:13
32:9 40:12,14
114:8 115:9
127:9

**buildings** 66:18
91:16

**business** 25:16
69:13,14,15
87:12 132:18

**busy** 18:5 47:4

**c**

**c** 3:1 7:14 140:5
141:1,1

**caballero** 3:20
7:2,3

**call** 8:10,16,20
13:8 107:3

**called** 47:24
48:8 56:6,10
93:12 107:10
108:11 114:21
131:20

**camera** 5:6
8:23 9:4,6,7,9
9:11,15,22
11:24 12:6,8
12:11,16 20:14
20:17,18

**capacity**
134:13

**capital** 54:11

**career** 120:5

**careers** 114:3

**case** 13:13
14:17 19:2,5
27:14 30:8,10
32:19 33:11
42:8 44:13,16
44:18 45:3,8
45:25 53:11
61:22,23 62:17
66:3,6 67:6,7
73:9,16 74:20
76:6,22,25
77:15,18 78:11
79:12 80:6
82:18 86:21
88:15 91:23
99:3 102:17
104:14 108:11
116:2,16,17
118:5 123:23
130:21 133:17

**cases** 15:16,21
16:3 31:6
91:17 93:16

**catalan** 123:12
123:16,19
125:6

**catalonia** 56:12

**cause** 108:17

**caused** 89:2

**center** 12:10

**centered** 12:9
49:24

[ceo - company]    Page 6

ceo  61:7 81:2
    96:24 97:4
cereijo  117:2
    118:18 119:17
    119:24 120:5
cereijo's
    121:10
ceriejo's
    117:25
certain  27:22
    27:25 69:25
    87:25 88:14
    89:16 112:20
    115:6
certainly  90:2
certification
    4:4
certified  2:22
certify  141:8,14
chair  10:3,7
chairs  10:12,15
    10:16
chance  38:18
change  10:5,12
    10:15,16 38:16
    142:3,5,7,9,11
    142:13,15,17
    142:19,21
changing  20:15
characteristics
    111:20
charge  39:8
chat  45:7,13,21
    49:13 125:3

chicago  119:25
    120:4,6,13
chickedantz
    3:7,9 6:16,17
child  55:24
    115:2 129:17
    130:7 131:8
    136:10 137:2
children  131:9
chose  61:20
christmas
    49:24
circle  117:15
citizen  94:10
city  76:21
    78:18 116:16
civil  72:18
    104:4
claim  104:6,8
    108:11,13
clara  35:18
    39:7
clarification
    55:4
clarify  39:21
    75:23
clear  16:7,23
    42:9,17 55:10
    77:25 93:7
    113:20
clearly  16:8
    50:12 80:25
    102:4 123:12
client  61:3
    65:25 71:12

73:2,8 74:14
    75:11 79:7
    81:13 104:5
    119:8
close  52:19,24
    117:15
closely  9:8
    118:4
closeness  11:24
closer  9:17,21
closes  51:16
code  7:23
coincidentally
    129:11
come  53:17
    116:22 127:19
comes  48:3
comfortable
    110:23 133:24
coming  134:12
commenced
    41:2
comment  34:19
    35:3 42:16
    51:21
commentary
    51:20 52:3
comments
    17:14,20
    124:14
commercial
    22:19,20 23:11
    24:5,11 27:23
    46:21,22

commitment
    111:17 115:8
    132:4
common  34:13
    34:17
communicate
    43:25 49:2
    123:19
communicates
    123:17
communicating
    28:5 31:21
    40:18 41:16,25
    42:19 115:19
    123:17 129:9
communication
    31:9 34:21
companies
    15:21 18:24
    32:18,22 33:6
    33:9 47:4
    48:16 69:11
    70:9 86:17
    96:16 102:8
company  1:5
    5:16 7:4 14:11
    14:12,19 15:18
    22:18 25:7,16
    25:20 27:18,21
    27:22,24 28:7
    31:18 32:9
    33:5 34:15
    41:21 42:4
    43:11,22 44:16
    44:22,25 45:12

**[company - continue]**                                                    Page 7

46:3,19,23
47:21,23 48:6
50:3 53:3,23
54:2,3,4,10,15
54:17,17 55:13
55:13,19,19,21
55:22 56:2,5
56:12,13,15,19
56:20 59:15
61:8 68:10
69:9,10,12,17
70:2,13 71:17
76:10 78:12,22
79:20 81:3,20
82:3,9,12
84:19,21 85:4
85:13,15 86:3
86:5,8,25
87:20 88:5,8
89:8,22,24
90:8,12,15,25
91:5 92:9 93:9
93:24 94:6,8
94:13,16,18
95:6,11,18
96:12,15 97:6
100:3 101:2,10
101:14,17,25
102:7,18
109:24,25,25
110:4,6,7,17,22
110:23 111:9
111:14,15,20
111:23 112:3
112:13,14,15

112:17,22,25
113:3,5,6
114:4,13,14,17
115:3,8 116:4
116:4,8 117:11
117:19 118:18
119:19 120:9
120:14,16,21
121:2 122:9,15
124:20 126:12
126:12 127:12
131:2,5,7,9,12
131:17,22,25
132:12,12,21
132:23 133:6
136:12,19,24
136:24
**company's**
25:2 129:15
**compelled**
67:20,23 73:19
84:2 87:18
100:18 101:8
138:20
**compensated**
115:7
**compensatory**
106:21
**competent**
112:9
**competition**
86:19
**competitive**
87:12

**complete**  21:11
**completely**
63:13
**complex**  69:11
69:18 91:18
**complexities**
70:10
**component**
112:17
**comprehend**
108:5
**compute**
133:12
**concede**  65:20
**concept**  78:19
102:3
**conciliation**
114:21
**concludes**
139:3
**concretely**
91:24
**conduct**  64:11
**conducted**  5:5
5:20
**conducting**
132:18
**confident**
106:19
**confirmed**
110:3
**conflict**  86:19
**conflicts**
117:22

**confused**  34:16
35:13 108:7
**conglomerate**
46:10
**congratulate**
136:10
**connection**  5:7
70:21 84:18,22
96:11 99:4
**connections**
76:16
**consecutively**
133:16
**consider**  14:18
117:13
**considerable**
118:6
**considered**
56:13 97:16
**contain**  11:7
**contained**
109:6
**contested**  76:6
76:8
**context**  11:8
18:21 28:21
31:18 36:16
54:24 86:21
87:5
**continue**  5:10
57:10 60:21
61:11,14 63:2
63:20 64:15
83:4,9 105:4
106:9 107:21

**continues**
109:2
**contracts** 91:9
91:21
**controlling**
20:14,18
**conversation**
124:15 126:8
126:23
**conversations**
126:16 127:23
**cooperate**
135:15
**coowner** 71:7
100:2 101:16
**copies** 94:6,9
**corp** 140:12,18
**corporate**
31:18 32:10,15
33:2 45:7
50:16 69:8
70:3,17 92:8
93:5 102:17
**corporation**
1:5 15:6,20
32:17,21 34:9
38:25 45:10,24
46:4,13 70:8
70:17 78:13,15
96:13,19 97:10
97:18,21 98:9
98:15,20 99:8
99:17,23 100:8
100:20 102:19
120:18,22

**correct** 16:17
16:18 23:15
28:11,23 32:10
32:13,14,22
40:6 50:11
53:25 58:17
64:23,24 82:17
91:22 94:17
99:18 101:21
126:25
**correctly** 77:17
**corresponding**
99:2
**cost** 131:5,12
131:15,25
132:7,10,11,21
133:5
**costs** 130:25
132:23
**counsel** 4:2
5:14 6:7 29:3
36:8 58:12
60:24 68:25
71:19 73:6,22
74:5 75:22
77:2,13 83:23
85:21,24 87:13
100:12 102:15
103:7 104:3,7
104:18 124:24
**counsel's** 16:16
16:22 17:19
37:21 64:10
68:2 83:19
88:25

**countries** 15:2
16:13 25:21
33:8 65:5,17
66:12,24 89:12
131:18
**country** 27:4
28:7 88:16
129:11
**county** 141:4
**couple** 16:13
45:16
**course** 47:22
65:14 127:20
136:9
**court** 1:1 4:14
5:17,23 7:5
19:6,9 20:6
92:24 95:22
106:5,6 107:7
107:8,15
137:18
**covered** 8:9
131:16
**covers** 131:15
**creation** 87:22
**cristina** 24:11
24:15,18 27:8
29:18 30:15
31:2,11,15
32:13,16 122:2
124:17 129:23
130:6,10,23
**csr** 1:23 141:6
141:22

**cultural** 56:4
56:16
**culture** 114:4
**curiosities**
109:5
**currently** 21:22
60:2,9 65:3
130:4
**customary** 95:2
**customers**
112:19
**cut** 35:11 52:14
**cv** 1:2 5:19

**d**

**d** 140:1,5
**damages** 62:21
63:5 67:21
76:19,24,25
77:5 104:19
106:17,21
108:12 116:15
**data** 86:2 87:25
92:10,12 94:16
109:10,23
**date** 2:21 35:8
**dated** 123:2
**dates** 23:12
58:19
**daughter** 50:10
50:12
**day** 61:6,19
113:22 132:17
136:10 139:11
141:19

**days** 70:9
124:21 128:6
129:13
**deadline** 95:15
**debate** 37:17
**december** 49:6
49:20 53:5,6
58:19
**decent** 17:10
**decide** 10:14
**decided** 50:2
**decision** 26:17
28:19,22 30:7
40:13 41:20
**declare** 103:12
**declining** 72:3
**deem** 137:13
**deemed** 43:18
123:21 124:9
**deems** 43:21
**defendant** 14:6
14:7,16 44:13
44:16,18,22,25
45:24 80:6
96:12 101:7
102:23 108:9
116:13
**defendants** 1:7
3:15 6:21 76:5
76:9 78:10,13
102:17
**defense** 16:25
73:23 75:22
77:13 104:4,7

**define** 91:6,7
**definitely** 27:12
108:2
**delivered** 56:7
**demand** 133:14
**demonstrate**
137:21
**denying** 128:2
**department**
24:5 25:4,12
26:12 27:14
118:8 124:8
**departments**
25:3 118:22
**depend** 114:11
**depended**
27:13
**depends** 5:6
**deponent** 12:9
12:11,14 73:19
**deposed** 15:12
15:25 16:9,24
**deposition** 1:11
2:19 4:4,11 5:4
5:13,20 12:21
15:8 17:21
18:13,16,21
19:16 20:2
37:17 64:3,12
72:19 73:16,24
74:21 75:4
77:7 81:25
102:14 106:22
107:11 109:3
116:20,23

135:13 138:19
138:21,23
141:10,12
**depositions**
16:14
**describe** 91:3
**description**
140:6,11
**designated**
33:17 45:21
48:20 122:18
**desire** 114:8
115:10,15
**desired** 129:3
**desk** 23:7
**despite** 116:12
**detail** 12:21
81:4 103:8
**details** 27:24
31:5 46:11,20
46:20 137:11
**diapers** 72:25
**different** 9:21
23:3 43:4
77:18,19 85:19
89:12,12 112:8
112:11 113:6
119:19 126:13
**differently** 43:7
**difficult** 133:9
**digitally** 12:25
**direct** 26:24
56:24 90:10
122:5

**directing** 41:10
100:13
**direction** 83:23
112:2
**directly** 14:23
24:22 39:20
99:20
**director** 23:9
24:9 25:4,11
27:13 50:16
92:15 117:3
118:6,21
119:25 120:6
120:23 136:16
**directors** 24:4
54:16 55:12
112:2 118:5
**disagree** 83:4
104:21
**discovered**
129:11,14
**discovery**
76:25 92:21
99:14 116:19
**discriminate**
111:2
**discrimination**
108:10 128:22
**discuss** 125:23
**discussed** 11:23
**discussing**
109:9
**discussion** 61:3
**dispose** 11:12

[dispute - employee]                                                    Page 10

| | | | |
|---|---|---|---|
| **dispute** 15:14 | **dollars** 58:6 | 84:6,12,17 | **early** 55:15 |
| 77:13 119:10 | 59:7,24 | 85:6,23 87:9 | 111:24 114:4 |
| **disputes** 14:22 | **doubt** 55:5 | 88:19 89:4 | 114:18 118:19 |
| **district** 1:1,1 | 110:13 | 92:22 93:6 | **easier** 114:22 |
| 5:17,18 | **doubts** 51:4,5 | 95:7,24 96:25 | **easily** 60:10 |
| **division** 25:5 | 109:5 | 99:15,24 100:9 | 88:2 |
| **divulge** 86:21 | **dropped** 74:9 | 100:14 101:3 | **easy** 109:7 |
| 87:3 | **due** 27:19,20 | 103:2,22 | **eeoc's** 106:20 |
| **docket** 5:18 | 106:25 133:3 | 104:11,20,24 | **effect** 4:13 |
| **doctor** 128:19 | **duly** 7:9,15 | 105:8,13,22,25 | **efficiency** |
| **document** | 141:11 | 106:11 107:3 | 110:25 |
| 11:10,11,14 | **dunning** 3:15 | 107:19,23 | **efficient** 55:20 |
| 33:16,23 34:5 | 3:17 6:19,19 | 108:24 110:12 | 62:14 110:5,6 |
| 34:19 35:7,9 | 6:20 16:4,11 | 115:12,23 | 110:11,15 |
| 35:12,18,20,21 | 16:17 17:6,15 | 119:4,9,13,21 | **effort** 134:16 |
| 35:22,24 48:19 | 17:22 18:3,10 | 127:2 128:4 | **efforts** 116:12 |
| 49:6 50:5 | 30:23 37:16,23 | 132:25 134:19 | 128:24 |
| 56:25 57:11 | 39:15 43:14 | **dynamic** | **either** 42:16,23 |
| 60:15 61:7,21 | 47:6 51:3 | 126:12 | 68:18 87:8 |
| 62:16 77:4 | 54:22 55:8 | | 109:20 127:18 |
| 95:9 116:19 | 61:4,14 62:5 | **e** | **element** 31:25 |
| 122:17 126:17 | 62:11,23 63:3 | **e** 3:1,1 7:14,14 | **elongating** |
| **documentation** | 63:17,22 65:18 | 40:21 122:25 | 135:12 |
| 126:18 | 67:3,16,22 | 123:6,6,8,9,12 | **employed** |
| **documents** | 68:5,11,22 | 124:3,7 125:11 | 32:15 33:2 |
| 11:6,9,13 | 69:21 71:10,23 | 125:12 126:15 | 80:21 82:11,15 |
| 61:19 63:11 | 72:5,9,14,21 | 126:23 127:5 | 90:6 121:7 |
| 80:22 93:3 | 73:11,25 74:7 | 140:1,5,5,5,5,5 | **employee** 28:8 |
| 95:16,23 99:6 | 74:12,15 75:3 | 140:5,9,10,10 | 31:7,19 43:10 |
| 99:14 101:12 | 75:7 77:16,23 | 141:1,1 142:1 | 78:2,3 89:21 |
| 116:25 138:14 | 78:20,24 79:11 | 142:1,1 | 90:8,10 115:11 |
| **doing** 28:6 | 79:16,21,25 | **earlier** 9:20 | 120:17,25 |
| 72:24 73:2 | 80:5,8,12,15,20 | 32:8 36:2,19 | 122:14 136:6 |
| 82:6 133:24 | 81:15 82:7,17 | 69:2 91:20 | 137:2 |
| 134:20 | 82:24 83:13 | 99:16 126:22 | |
| | | 127:15 | |

**[employees - exemplary]**

**employees**
14:12,20,25
25:8,13,15,21
27:19 28:16
55:18,20 69:3
69:4,19,20,24
82:10 88:7,13
88:17 89:8
98:14 110:2,9
110:11 112:18
112:24 113:2
113:10,14,18
113:21 116:8
118:22 124:21
126:11 130:2,5
131:2,6,13
132:4,8,21,24
135:21,24
**employer** 78:16
78:23 79:8,10
81:7,10 117:25
118:11,16
**employers** 76:7
76:7,12,13
77:15,18
**employment**
23:5 31:13
40:14 56:21
78:19 119:5,15
**employs** 14:12
110:4
**encouraging**
132:18
**engage** 69:14

**engaging** 18:2
107:2
**engle** 3:12
**english** 7:11,12
34:21 35:2
63:10
**entasked**
113:10
**enter** 114:17
115:4 125:22
**entered** 55:13
**entering** 108:8
**entire** 52:13
68:6 69:8,16
70:7 88:12
**entities** 33:7
45:16 69:18
78:4
**entity** 32:15
33:2 46:6,11
70:19
**environment**
110:19
**equivalent**
54:11 90:18,20
93:14 97:13
**esq** 3:5,9,13,17
**essence** 129:24
130:11,24
**established**
65:21 119:10
**establishments**
65:4,16 66:11
66:15,17

**estate** 105:7,12
105:18,20
**estimate** 90:23
113:16
**et** 5:16
**ethical** 112:16
117:17
**europe** 17:8
18:13 55:25
97:3,11 131:18
**euros** 58:8,11
58:17 59:8,23
**eurostars** 1:5
5:16 7:3 22:23
33:24 44:15,22
44:24 45:12
46:6 47:20
53:15,23 66:20
66:21,22,23
67:2 68:10
69:4,12,19
70:2,13,14
76:10 78:4,11
78:22 79:19
81:6 82:11
84:19,20 85:2
85:4,10,13,15
86:5,7,9 87:20
88:5,7,17 89:8
89:22,25 90:12
90:15,25 91:5
91:23 92:9
93:9,23 95:6
95:11,18 98:11
100:25 101:10

101:14,17,24
102:18 120:25
132:8 135:20
140:12,13,15
**eventually**
111:25 114:18
115:7 120:22
131:24
**everybody**
73:13
**everybody's**
17:11 74:23
79:4 81:22
**ex** 140:7,8,9
**exactly** 14:2
22:25 37:18
59:9 60:2 65:9
77:23 96:21
**examination**
8:2 13:16
45:18 61:12
63:2,20 140:2
**examined** 7:17
**example** 42:5
112:12
**excellent** 51:23
**except** 4:7
72:20
**exchange**
125:12,23
127:5
**exclusively**
123:18 129:6
**exemplary** 54:4

exhibit 33:17
33:21 38:6,9
38:13 48:20
49:8 122:18,20
exist 16:12 17:8
80:9
expand 105:21
expansions
39:9
expect 108:5
expected 31:9
137:9
expecting
65:25 95:3
explain 18:22
54:8 69:7,15
69:16 70:7,10
85:20,21
explained 53:4
84:20 97:19
99:25 101:15
101:19 102:4
104:17 113:8
external 69:25

**f**

f 140:5 141:1
fact 21:24
24:25 32:5,6
34:3 40:15
109:15,25
110:3 112:12
114:11,16
115:16 123:10
123:11 124:9
126:19 129:10

129:10,20
130:6,8,20
131:21
factor 116:15
facts 21:20
22:5 26:25
42:8 109:24
115:19,20
failure 114:5
faith 38:4
false 130:14,16
130:18,19
131:3,4
familiar 34:6
46:15 47:20,23
far 38:5 39:24
39:24 79:3
90:20 104:13
108:16 132:3,9
faster 18:7
february
118:12,13
119:16,24
120:13 121:9
123:2 128:10
128:18
federal 19:6
72:18
feel 10:4,17
17:6 35:23
61:17 62:13
82:23 110:2,6
110:23 133:23
female 55:21
110:11

fertilization
128:17
fervent 115:7
figure 66:25
file 102:24
103:20
filed 5:16
103:15
filing 4:3
filings 78:13
financial 92:15
102:16 117:23
132:14
financially 6:4
find 40:19,25
57:16 88:2
93:12 109:8,16
132:22
finding 40:16
fine 13:10
finish 19:23
finishing 54:18
55:14
fire 26:10,15,17
27:8,16,17
28:8 113:2,14
113:17 114:24
114:25 119:18
131:20
fired 28:9,25
29:14 30:3
31:10 33:3
41:6 42:21
43:7 55:23
79:7 114:14

115:17 129:16
129:18 130:21
137:7
firing 26:14
27:7 31:22,25
32:3 39:10,12
39:13,13,14
40:5,12 55:17
113:10 129:5
131:21
firings 15:19
firm 5:25 6:14
first 7:8,15
24:4 25:24
30:18 34:5
51:9,11 52:8
58:2,18,22
63:3 94:14
134:19
firstly 76:5
fit 28:21 70:3
70:17
fits 17:23
five 60:3 75:16
fix 8:10
fixed 9:3
flew 120:3
flexible 115:4,6
floor 3:4
fly 120:2
follow 34:13
62:10 83:22
84:14 103:18
103:24 105:4
106:22 108:2

**[follow - going]**                                                                 Page 13

108:19 109:11
134:10 135:6
**followed** 120:8
**following** 103:6
**follows** 7:17
**forbes** 109:19
**force** 4:12
**foreign** 65:24
76:9
**form** 4:7 16:5
69:22 85:6
88:20 96:25
99:24 115:13
119:21 127:2
**formally**
127:23
**format** 34:20
**formula** 69:16
**forth** 141:10
**forward** 10:19
48:13
**found** 32:5
57:23 93:15
**founded** 54:10
**frame** 12:12
**frankly** 35:19
109:21 135:10
**free** 17:6 61:18
62:13
**freund** 1:23
2:21 5:24
141:6,22
**frivolous** 74:8
**front** 1:5 11:3
11:10 34:8,15

38:25 45:9,23
46:4,12 70:16
78:12,14 96:12
96:18 97:9,17
97:21 98:8,14
98:19 99:8,16
99:23 100:7,19
102:19 120:17
120:21 122:24
140:18
**full** 7:20 13:5
21:11
**fully** 8:8,8
21:18 29:11
83:22
**function**
123:20
**further** 4:6,10
38:10 40:25
42:17 54:8
61:13 85:20,22
105:21 110:3
141:14
**futile** 102:21
**future** 36:5

---

**g**

**g** 140:19
**galicia** 56:14
**general** 25:6
31:5 88:11
102:11
**generalize**
91:19
**generally** 34:24
111:23 134:3

**generated**
56:19 103:10
**geographic**
89:10
**geographically**
89:7
**gerard** 24:9
**getting** 63:4
106:2 107:7
108:3 128:17
**gift** 131:8
136:11,22
**give** 21:11 30:5
35:21,24 38:18
69:7 111:2
113:15 125:16
126:9 127:6
135:5,7
**given** 36:15
38:7,9 68:24
126:16 139:4
141:13
**giving** 36:21
135:11,16
**global** 46:10
**go** 5:12 18:7
34:5 37:20
44:21 51:9
55:11 57:10
61:2 62:6 64:4
64:6,17 65:14
67:16 77:20
83:7 95:25
106:5 107:9
121:13,23

124:16 137:23
138:25
**goal** 111:10
**god** 16:20
**god's** 17:17
**goes** 72:20
119:15
**going** 5:3 16:4
16:15,21 17:13
17:18 18:12
19:21 21:12,16
27:6 37:5
39:19 45:15
47:2,6 48:12
48:13 51:25
52:12 57:9
59:20 60:4
61:6,11,16,18
61:23 62:2,14
62:15 63:11
64:3,7 65:7,11
66:4 67:11
69:21 73:4,16
74:18 78:24
79:3 83:4 87:9
87:13 88:19
100:10 102:11
102:20 104:2
104:16,21
106:17 107:20
107:23,24
108:15,24
109:3 115:23
116:11 135:4,5
138:9

**gonzalez**   124:3 124:22
**good**   5:2 6:12 6:16 8:4,4,6 11:17 38:4 51:8,18,19 111:7
**gotten**   30:4
**government**   56:10 133:4
**grand**   53:15,23
**great**   74:16
**greater**   90:21
**greatly**   98:24
**green**   30:9,14 30:19,21
**grew**   120:10
**ground**   31:21
**grounds**   104:12 117:17 129:7
**group**   10:9,12 33:6 52:19,24 58:4 65:3 66:20 70:24 71:7 81:5 84:21,24 85:10 85:11,17 86:10 86:14,15 88:12 88:17 90:3,5,9 90:10,14,19 96:15,17 97:20 97:22 99:18 100:5 101:18 101:21,22 102:5 118:2

120:16,19 121:6 126:12
**grow**   55:21 110:2 111:14 111:15
**grown**   120:5
**grows**   112:3 127:13
**growth**   51:17 52:20 112:20 112:21 132:18
**grupo**   48:2,9 48:13,17 50:14 58:11,16 59:3 65:15 66:11 69:2,20 70:21 71:6 75:6 79:8 79:10,24 80:5 81:11,15,18 82:5 83:12 84:5,15 91:15
**guest**   82:19
**guidance**   106:20 108:20 109:11
**guide**   133:19

### h

**h**   140:5 142:1
**haberman**   3:11 3:13
**habitual**   34:14 34:17
**half**   61:24
**hand**   34:8 38:22 118:3

141:19
**handed**   119:7
**handle**   27:23 113:7,9
**happen**   62:2 104:21 127:23 136:5
**happened**   99:3 114:16 125:24 126:8 129:20 129:21
**happening**   126:13,16
**happens**   58:3
**harass**   67:11 73:2 75:10
**harassing**   68:14
**hard**   91:19
**he'll**   135:6
**head**   20:10 26:12 46:9,19 69:6
**hear**   15:22,23 15:24 20:19 26:20 29:9 32:22 36:23 37:3 57:6 91:8 105:15
**heard**   5:8 10:22 17:16 40:15 46:12 136:20
**hearing**   10:23 29:7

**hears**   49:2
**heart**   98:21
**heavily**   118:9
**heavy**   133:14
**heightened**   132:5
**held**   2:20 23:4 27:21 46:21 54:4 131:22
**help**   18:10 133:25 134:2
**helpful**   57:14 103:13 115:5
**hereinbefore**   141:10
**hereto**   4:3
**hereunto**   141:18
**hi**   128:13
**high**   99:12 117:16,23 126:14
**higher**   28:2 59:13
**highly**   87:11
**hire**   25:19,24 25:24 110:20 112:6 113:25 131:23
**hiring**   25:13,23 26:2 112:24 131:22
**history**   59:15 112:13 114:14 129:15

**[hold - indicate]**

**hold**  54:6 86:24
  117:17 133:9
**holding**  48:6
  82:9,12
**holds**  33:7
  69:11 70:8
**home**  7:21
**honestly**  9:24
**honorable**
  117:16
**honorary**  56:11
**hosteltur.com.**
  49:16
**hotel**  1:5,5 5:16
  7:4 22:19 23:7
  23:10,21 24:4
  24:4,7 33:24
  34:9,15 38:25
  44:15,22,24
  45:10,12,24
  46:4,6,13
  47:21 51:18
  52:24 53:15
  56:11 68:10
  70:2,16 76:10
  78:2,11,12,15
  78:22 79:19
  81:6 84:19,21
  85:4 86:5,7
  87:20 88:5,8
  88:17 89:8,22
  90:12,15,25
  91:5 92:9 93:9
  93:23 95:6,11
  95:18 96:12,19

  97:9,18,21
  98:8,10,12,15
  98:20,22 99:8
  99:17,23 100:7
  100:19,25
  101:10,14,17
  101:24 102:18
  102:19 119:25
  120:6,7,7,18,22
  121:2 140:18
**hoteles**  47:24
  48:5,8 81:12
  82:3,15 90:6
  102:6
**hotels**  52:21
  53:2 66:14,16
  66:19,23 67:2
  70:14 88:6
  91:10,12,16,21
  117:4 118:6
  136:17
**hotusa**  48:2,9
  48:13,17 50:15
  51:16 52:19,24
  58:4,11,16
  59:3 65:3,16
  66:11 69:3,20
  70:22 71:6,7
  75:6 79:9,10
  79:24 80:5
  81:5,11,15,19
  82:5 83:12
  84:5,16,21,24
  85:10,11,17
  86:10,14,15

  90:3,5,9,10,19
  91:15 96:14
  97:20,22 99:18
  100:5 101:18
  101:21,22
  102:5 120:16
  120:19
**hotusa's**  90:24
**hour**  61:24
**hr**  25:3,12
  26:12 27:13
  30:8,9 118:3,8
**huge**  17:11
**human**  25:8
  28:20 29:17
  76:20,21 78:18
  116:17
**humanly**
  134:14
**hundred**  54:15
  56:18

**i**

**idea**  16:11 17:8
  18:11,14 31:18
  40:5 63:4
  122:8
**ideal**  12:13
**identical**
  100:23
**identified**  93:4
**identify**  42:24
**ideology**
  112:21
**imagine**  26:8

**impact**  21:20
  22:4 114:10
**impaired**  22:3
  22:9,10
**impede**  21:23
**important**  20:9
  31:24,25
  123:21 134:25
**impossible**  56:2
  114:24 122:15
  134:15
**inane**  68:7
**inappropriate**
  63:13 73:10
  107:2
**inappropriately**
  64:11 68:3
  73:23
**including**  6:8
  46:20 56:6
  78:5
**income**  103:10
  103:12 104:23
**incomprehen...**
  89:6
**inconceivable**
  113:24 124:19
**increase**  51:17
  51:22 52:25
**increasingly**
  133:9
**incredible**
  80:17 134:20
**indicate**  92:25
  134:4

| | | | |
|---|---|---|---|
| **indicated** 81:11 | 126:10 133:10 | **intended** 75:10 | **interpreter** |
| **indicates** 72:19 | 133:16 | **intending** 13:8 | 3:21 6:23,24 |
| 105:20 | **informed** 14:23 | **intent** 27:4 | 7:6 26:19 29:3 |
| **indicating** | 15:16 23:20,22 | **intention** 28:6 | 29:8,9 32:23 |
| 123:13 | 27:25 122:14 | 31:21 | 32:24 33:15 |
| **indifferent** | 126:17 129:22 | **intercepted** | 36:4,13 39:17 |
| 110:21 | **informing** 27:3 | 123:10 | 39:18 45:6,9 |
| **indirect** 100:6 | **initial** 25:24 | **interchangea...** | 45:14,19 47:11 |
| 100:18,21,24 | **initially** 25:23 | 97:4 | 47:13,16,17 |
| 101:9,13,23 | **initiative** 27:11 | **interest** 86:20 | 48:24 49:3,12 |
| **indirectly** | 31:17 | 101:24 | 52:11,12 54:19 |
| 99:20 100:5 | **insecurity** | **interested** 6:4 | 54:20,23,24 |
| **individual** 24:8 | 108:17 | 109:23 141:17 | 55:3,9 58:12 |
| **individuals** | **instruct** 63:24 | **interfere** 114:9 | 67:13 68:15,16 |
| 14:13 24:3 | 66:5 67:13 | 134:8 | 71:22 75:12 |
| 34:23 35:5 | 72:23 87:10 | **interfering** | 83:7,8,9,15 |
| 111:14 115:4 | 107:24 | 64:11 68:4 | 84:8 124:24 |
| 118:10 | **instructed** 72:5 | 73:23 | 125:4,5,8 |
| **inevitably** | 103:17 | **interject** 134:4 | 133:8 134:3,21 |
| 114:18 | **instructing** | **interjected** | 135:13 |
| **influence** 22:2 | 67:3 68:11 | 133:22 | **interpreting** |
| 22:8,11 | 71:23 75:8 | **interjecting** | 49:3 |
| **informally** | 83:13 84:7 | 134:6 | **intervene** 128:6 |
| 127:24 | 104:5 105:9 | **interjections** | **interview** 53:24 |
| **information** | 106:3 108:25 | 17:20 | **interviewed** |
| 11:7 26:24 | **instruction** | **intern** 54:22,25 | 49:18 53:17 |
| 40:24 45:3 | 72:10 84:13,17 | 120:10 | 63:15 |
| 63:6 77:3,5 | 103:23 105:13 | **internet** 5:7 | **intrusive** |
| 81:2 86:10,22 | 108:20 135:5,8 | **interns** 55:14 | 104:15 |
| 87:2 92:16 | **instructions** | **interpret** 7:10 | **invest** 116:3 |
| 93:13 102:22 | 83:20,23 84:14 | 26:22 36:4,13 | **involved** 14:23 |
| 103:9 107:7 | 103:7,19,25 | 138:8 | 26:3,6,16,25 |
| 108:16 109:8,9 | 105:5 108:3 | **interpreted** | 32:19 56:3,16 |
| 109:22,23 | 109:11 | 71:19,21 | 118:8,9 120:20 |
| 116:19 123:22 | | | 122:8 124:20 |

125:11,25
127:21,22,25
**irrelevant**
41:23 42:10
65:20 68:8
75:9 87:13
**irresponsible**
113:21
**issues**  11:20
72:20 77:12
117:23
**ivf**  128:17
129:25 130:12
130:25

**j**

**j**  7:14
**jam**  6:25
**january**  128:9
128:18
**jersey**  3:12
**job**  15:6 22:18
27:2,5 28:4
31:7 37:14
41:15,23 42:18
63:10 72:24
115:18 133:20
134:20 137:8
**joint**  76:7,13
77:15 78:19,23
79:10 119:15
**jointly**  1:6
**jorge**  3:20 7:2
**journalists**
49:22,23 53:4
53:10,20 54:7

**judge**  17:5
19:13,18 106:8
108:19
**judith**  123:11
123:14,19,23
124:3,6,11,22
125:13,19
126:3,24
127:18
**jurisdiction**
76:8,14 79:15
79:19,24
**jurisdictions**
103:20

**k**

**keep**  20:25 33:8
46:10,19 54:5
126:15 130:13
130:17 135:25
136:7 137:9
**keeping**  86:18
111:12
**keeps**  20:15
118:25
**kept**  137:8
**kevin**  3:5 6:13
13:11 16:12
17:7,16,23
51:3 63:11
65:21 67:5
68:13 71:25
72:21 73:12
74:12,15 75:3
75:11 79:2
80:12,16 81:16

82:10 88:21
106:4 107:4
**kind**  80:25
82:19 107:5
**king**  56:7
**kings**  141:4
**knew**  19:15
**know**  10:11
13:17 18:15,25
19:3,8 20:20
20:23 21:7,17
21:17,24 22:24
23:24 24:11
26:9,23 27:10
27:11 31:4,16
31:16 32:20
33:10 34:3
36:11,24,24,25
37:5,9 38:8
39:4,19,24
40:4,22 43:20
43:22 44:2,3
44:23 45:2
46:2,9,14
51:24 59:12,21
59:23,25 60:8
60:9 65:22,23
66:2 69:5
72:21,22 80:12
81:3 84:12
87:2,7 88:10
88:11 89:20,23
91:7 96:20
97:13,15 98:16
98:18,21,22

102:9 107:4
115:15 116:2
119:4 124:5
125:9 126:11
127:10,10,16
128:15,16
131:24 132:9
132:10,11,23
136:13 137:6,6
137:8
**knowledge**
67:9
**known**  32:6
78:19 102:6
**knows**  42:7
73:13

**l**

**l**  7:14 140:19
**labor**  14:13,17
14:22 15:3,14
15:17 16:3
25:3
**land**  91:15
**language**  65:25
**large**  46:9
**laughable**  63:5
**law**  3:7,11 6:14
14:22 15:3,14
76:20,21 94:15
114:23 117:10
131:19
**laws**  78:16,18
83:21 94:19
108:10

**[lawsuit - lopez]**                                        Page 18

| | | | |
|---|---|---|---|
| **lawsuit** 18:23 41:2 67:24 68:4 71:11 73:3 74:9 108:10 128:23 | **level** 27:22 28:2 81:3 | **located** 46:6 89:11,18 136:17 | 11:1 12:1 13:1 13:7,9,11,18 14:1 15:1 16:1 |
| **lawsuits** 15:3 15:17 | **liabilities** 83:11 92:8 93:5 95:17 98:19 99:7,11 140:12 140:16,17 | **location** 10:4 11:23 89:11 | 17:1 18:1,15 19:1 20:1 21:1 |
| **lawyer** 7:3 60:16,20 105:20 | **liability** 73:9 76:23 | **locations** 10:17 | 22:1,16 23:1 24:1,20,22 |
| **lawyers** 36:15 38:7,10 | **life** 110:15 122:12 | **lodge** 104:2 116:11 | 25:1 26:1,19 27:1 28:1 29:1 |
| **learn** 13:16 102:16 | **light** 30:9,14,19 30:21 | **logo** 34:14 | 29:25 30:1 31:1 32:1 33:1 |
| **leave** 55:18 110:17 122:12 127:9 128:3,6 130:2 131:2,6 131:13,15 132:2,8,22,24 133:3 135:21 136:3 137:5,10 137:12,15 | **likely** 131:24 | **long** 8:18 10:5 10:18 58:3 87:19 97:24 98:5 118:25 132:5 134:14 135:9 | 34:1 35:1,18 36:1,2 37:1,3 38:1,2 39:1,7 40:1 41:1 42:1 43:1 44:1,8 45:1 46:1,24 47:1 48:1 49:1 50:1 51:1 52:1 53:1,3,6 54:1 |
| | **likewise** 13:15 | | |
| | **limit** 16:2 134:16,22 | **longer** 111:18 | |
| | **line** 68:6 93:19 94:21 142:2 | **look** 33:18 35:9 38:13,21 48:21 50:4 57:10,25 64:13,18,19 77:20 86:12 106:20 111:21 112:9 114:12 122:17 | 55:1 56:1,24 57:1,4,6,8 58:1 58:7 59:1 60:1 61:1 62:1 63:1 64:1,13,25 |
| | **link** 100:4 | | |
| | **listed** 35:14 109:18 | | |
| **leaves** 122:15 133:5 | **literally** 81:24 109:14 | **looked** 12:7 | 65:1,13 66:1 67:1 68:1,9 |
| **left** 34:8 38:21 129:9 | **litigation** 6:25 | **looking** 35:6 36:14 55:7 57:4,9,18 64:20 65:9 138:11 | 69:1 70:1 71:1 72:1 73:1 74:1 75:1,5 76:1,10 |
| **legal** 3:3 6:15 94:22 | **litigations** 117:22 | | |
| | **little** 8:9 12:8 34:16 45:3 55:16,17 88:13 110:8 115:6 118:7,20,20 | | 77:1 78:1,11 |
| **letter** 33:23 34:20 35:3 36:14 38:15,22 119:8 140:7 | | **looks** 123:5 | 79:1,15 80:1 81:1,14,24 82:1 83:1,6,8 84:1,18 85:1 |
| | **lives** 122:9 | **lopez** 1:6,12 2:20 5:1,14 6:1 6:22 7:1,20 8:1 8:4,7 9:1 10:1 | |
| **letting** 17:3 | **llp** 3:15 | | |

86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1,8
94:1 95:1 96:1
96:7 97:1 98:1
99:1 100:1,24
101:1,12 102:1
102:24 103:1,4
104:1,22 105:1
105:2,6,12,15
106:1 107:1,22
108:1,9,22
109:1,18 110:1
110:10 111:1
112:1 113:1
114:1,7 115:1
116:1 117:1,2
118:1 119:1,16
120:1 121:1,18
122:1 123:1,25
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1,7
135:14,19
136:1 137:1
138:1 139:1,4
139:8 141:9
**lopez's**  24:21
**losing**  80:15
**lot**  11:2 14:14
16:19 18:5
54:3 55:12

56:5,16 113:25
114:16 126:13
**loud**  51:14 52:9
52:23 65:2,6,8
**love**  16:20
72:22 74:16
107:5
**low**  15:18 34:4
55:18 98:23
114:6
**loyal**  117:13,15
**lying**  137:19

**m**

**m**  7:14
**macdonald**
3:15 6:20
**made**  15:4 30:7
40:14 41:20
43:12 93:7
94:15 99:11
124:7,9
**madrid**  56:15
**magazine**  50:2
109:19
**mail**  40:21
122:25 123:6,6
123:8,9,12
124:3,7 126:23
127:5 140:9
**mails**  125:11,12
126:15
**maintain**
111:10
**majorca**  7:21

**majority**
114:17
**make**  25:18
29:10 58:18,23
58:23 61:5
69:9 71:20
81:7 82:18
93:19,20 96:16
99:5 114:22
115:10 121:24
124:14 126:20
132:16 134:23
**makes**  25:17
29:12 55:19
70:11 88:20
93:21 96:21
110:6
**making**  18:8
51:21 73:7
110:18 119:2
134:15
**man**  67:8
**manage**  25:9
88:6 91:10,21
114:22
**managed**  66:21
**management**
25:6,7
**manages**  69:13
**managing**
25:14
**maria**  3:9 6:17
**marina**  24:20
24:21,22 50:10
50:13,23 53:16

53:23 57:6,12
57:19
**mark**  17:4,13
17:18,24 37:23
62:5 67:18,25
68:5 71:24
73:18,21,25
83:25 87:16
88:24 92:20
95:4,23 99:13
100:16 101:6
102:12 116:21
**marked**  64:10
138:15
**market**  86:22
87:7 92:6
**marketing**
24:24
**marking**
138:18
**maroqqui**
24:12,15 27:8
29:18 30:15
31:3,12,15
32:13,16 122:3
129:23 130:6
130:10,23
**maroqqui's**
24:18
**marriage**
141:16
**marta**  1:3 5:15
6:14,18 13:13
19:2 22:16
25:4,9,9,11,19

| | | | |
|---|---|---|---|
| 25:19,25 26:3 | **mb389**  49:5 | **merely**  62:3 | **moment**  10:11 |
| 26:4,5,10,10,17 | 140:8 | **message**  125:14 | 10:13 40:11 |
| 27:8,14,16,17 | **mb390**  57:3,22 | **met**  95:15 | 48:23,25 |
| 27:20 28:9,17 | **mb391**  50:7 | **metal**  56:11 | 121:12 128:8 |
| 28:24 29:19 | **mean**  14:10 | **miami**  120:7 | **monetary** |
| 30:3,10,21 | 29:18 71:2 | **middle**  12:12 | 132:13 |
| 31:4 32:3,8 | 74:5 77:16,24 | **million**  58:5 | **money**  131:2,5 |
| 33:3,24 35:18 | 78:6,8 80:22 | 59:5,7 | 131:12 132:8 |
| 39:10 40:12,20 | 82:7 90:5 | **millionaire** | 132:15,21,23 |
| 41:6 43:6,17 | 93:23 115:24 | 109:20 115:22 | 133:6 |
| 43:20 79:5 | **meaning** | 115:25,25 | **months**  13:25 |
| 89:21 90:4 | 134:25 | 116:5 | 14:2 |
| 114:8 115:9,16 | **means**  39:13 | **mind**  20:25 | **monumental** |
| 117:7 119:18 | 92:23 125:14 | 29:4 58:13 | 134:15 |
| 122:7 123:2,5 | 132:17 | **mindful**  108:15 | **moral**  112:16 |
| 123:9,13,16,18 | **meant**  51:7 | 108:18 | 117:16,24 |
| 124:2,12,17 | 55:5 | **mindset**  112:20 | **moreno**  24:9 |
| 126:23,24 | **mechanisms** | **mine**  60:23 | **morning**  5:2 |
| 127:8,9,18 | 94:23 | **minimal**  113:15 | 6:12,16 8:4 |
| 128:8,14,16 | **media**  49:23,25 | **minute**  61:21 | 13:8 |
| 129:24 130:11 | 54:3 86:22 | 62:18 63:8 | **mother**  55:24 |
| 130:24 | **medication** | 75:16 | 130:9 |
| **martha**  29:13 | 21:19,23,25 | **minutes**  75:14 | **motherhood** |
| **maternity** | **meet**  13:14 | **misconduct** | 114:22 130:22 |
| 131:15 132:2 | 54:7 | 113:20 | **mothers**  130:5 |
| 133:3 137:4,10 | **meeting**  49:21 | **missing**  81:17 | 131:25 |
| 137:12,15 | 53:4,20,22 | **missteps** | **motion**  74:3 |
| **matter**  5:15 | 54:2 59:11 | 113:20 | **motive**  28:6 |
| 8:17 40:23 | **meetings**  54:6 | **mistaken** | **mouth**  74:17 |
| 42:2 80:19,21 | **men**  111:3,7,22 | 119:23 | **movable**  9:3 |
| 119:13,14 | **mentioned**  2:21 | **mmg**  1:2 5:19 | **move**  9:16 10:3 |
| 141:17 | 9:2 29:22 | **model**  118:18 | 10:18,19 16:20 |
| **matters**  80:18 | 56:17 77:10 | 120:8 131:22 | 17:10,16,23 |
| 83:24 | **mentioning** | **models**  113:6 | 18:6 37:16,18 |
| | 133:13,17 | | 37:25 62:23 |

[move - objection]                                          Page 21

68:13 71:17
72:11,16 73:5
73:14 74:12,23
75:11 87:14
102:20 106:4
109:17
**moved** 23:11
**moving** 9:11
62:25
**muddled** 47:10
**multiple** 14:22
41:9,14 49:22
49:23
**murder** 42:15
**myriad** 138:22

**n**

**n** 3:1 7:8,8,14
140:1,5,5,19
**name** 5:21 6:12
6:17,23 7:2,18
7:20 13:5,11
24:8 46:3,14
46:15 48:2,9
49:12 82:2
**names** 24:6
29:23,24 30:20
35:4,17 45:7
**natural** 14:24
**nature** 74:8
129:6
**necessarily**
111:2
**necessary**
11:12 43:19,21
60:21 86:20

87:4 137:13
**need** 8:20 17:4
20:22 21:2
26:21 29:9,23
38:18 45:8
60:25 63:20
65:5 67:18
73:11,14 76:3
87:2,3,6
102:13 106:11
116:20,22
134:10 135:7
135:10 136:3,4
136:7 138:8
**needed** 30:20
**needs** 26:20
43:24 60:18
135:2 136:5
**neither** 101:16
**net** 84:15
108:22 116:14
**never** 15:4,10
15:12 55:22
100:21 114:13
114:16 129:16
129:20 130:20
130:22 137:17
137:21
**new** 1:1 2:23
3:4,4,8,12,16
3:16 5:18 7:10
7:16 19:6
22:18 23:9,15
23:17,23,25
26:2,4 30:19

33:5 52:21
53:2 76:20,21
116:16 118:14
120:3,4,7
128:14 136:17
141:2,7
**news** 49:19
51:18,20,23
61:25
**nine** 60:5
**ninety** 54:16
**nodding** 20:10
**nonverbal**
20:11
**norm** 31:6
**normal** 12:22
31:9 35:9
**norms** 41:21
**notable** 56:18
**notary** 2:22
4:12 7:9,15
139:15 141:6
**note** 32:23
39:17 45:6
47:16 49:11
52:11 54:19,23
64:6,8 67:17
68:15 114:23
125:4
**noted** 139:5
**notice** 107:11
**noticed** 110:16
110:22,22
**noticing** 6:11

**novoa** 3:21
6:24
**nuances** 125:23
**nullified**
131:21
**number** 5:19
11:15 33:20
49:5 55:18
57:3 69:5
88:11 91:2
98:16 110:9
122:23 135:3,4
**numbers** 93:16
98:21 99:2,12
**numerous**
138:13

**o**

**o** 7:8,8,14,14
**oath** 6:2 13:20
19:11,17
**object** 16:4,15
16:21 37:21
47:6 69:21
88:19 107:23
108:24 115:23
**objected** 77:6
138:15
**objecting** 61:8
104:12 106:2
**objection** 16:16
16:22 30:23
37:22 43:14
60:18 61:5,11
61:16 62:7,19
63:23 65:18

**[objection - owns]**                                                      Page 22

68:6,18,20,21
71:20 73:6
75:2 83:17
84:6 85:6
88:25 93:7
95:7,24 96:25
99:15,24 100:9
101:3 102:11
103:2,22 104:3
104:24 105:8
110:12 115:12
116:11 119:21
127:2 128:4
**objectionable**
109:16
**objections**  4:7
6:5 18:9 61:13
63:19 68:3
73:7 75:23
**objective**  82:25
**obligated**  77:2
**obligation**
60:23
**obnoxious**  16:5
104:15
**observed**
110:14 111:5
115:3
**obstructed**
102:15
**obtain**  116:18
**obtained**  54:12
**obvious**  14:20
43:23 44:3
51:6

**obviously**
13:19 71:14
87:11 104:11
**occurs**  123:21
**office**  10:25
**offices**  3:11
89:12
**official**  70:25
71:2 86:4,6
97:8,11 99:10
**oftentimes**
54:18 123:22
**oh**  65:5
**okay**  11:17
13:9 15:22
19:24 20:4,13
20:23,24 21:9
36:14 37:3,3
38:20 41:7,12
44:10,11 47:9
47:13,15,18
48:10,11,14
52:5,16 57:17
57:23 62:23
63:18 64:15,22
67:15 71:17
83:10 96:10
105:25 119:9
121:21,25
125:8 135:3
**old**  14:19
**once**  9:11 10:5
13:7 25:20
27:17 33:5
40:25 46:18

54:6 75:7
113:4 118:16
134:5,9
**one's**  27:5 28:4
42:18,21 43:25
43:25
**online**  49:7,13
49:15
**operate**  98:10
**operates**  65:4
65:16 66:11
69:12 70:14
120:21
**operating**  12:6
46:6
**operation**
14:25
**operations**
23:10
**opinion**  35:21
36:18 38:17
114:7 115:9
**opinions**  35:24
38:16 125:16
127:6
**opportunities**
56:22
**opportunity**
77:7 114:3
**opposed**  77:12
**order**  57:15
69:6,14 70:5
106:5,6 107:8
107:9,13,15,16

**outcome**  6:5
141:17
**outlets**  54:4
86:23
**outline**  106:23
**outrageous**
66:4
**outside**  10:24
10:25 16:13
25:3 129:10
**outweighed**
132:3
**oversee**  113:12
**own**  50:3 88:4
90:16 91:15
105:6,11,18,24
107:22
**owned**  48:16
86:9,15 97:22
99:18
**owner**  47:4
70:15 71:6,8
86:7 97:17
99:20 101:21
105:19
**ownership**  71:9
73:21 75:6
86:13,24 87:6
99:22 100:7,19
100:22,25
101:9,13,24
108:7
**owns**  71:16

| p | | | |
|---|---|---|---|
| **p**  3:1,1 7:14 | 121:5 125:25 | 113:17 114:2 | 108:6,16,17 |
| **p.m.**  96:4,6 | **partially**  35:11 | 117:16,19,20 | 109:9 122:9,12 |
| 121:15,17 | **participants** | 125:24 130:12 | **personally** |
| 138:2,3 139:3 | 5:7 | **people's**  29:23 | 44:13 84:23 |
| 139:5 | **participated** | 122:9 | 116:13 |
| **page**  34:7 | 15:4 125:18 | **percent**  51:17 | **personnel** |
| 38:22 50:4,18 | **participation** | 51:17,22 52:20 | 55:16 |
| 51:9,11 56:25 | 100:3,4 | 52:25 54:15,16 | **pertain**  11:7 |
| 57:18,21 58:2 | **particular** | 55:20 56:19 | **perusing**  60:15 |
| 124:2,12 140:2 | 88:16 96:15 | 60:3,5 86:9 | **phenomenon** |
| 140:6,11,20 | 122:6 | 87:6 97:22 | 111:4 |
| 142:2 | **parties**  4:2 5:11 | 99:17 110:4 | **phillip**  56:6 |
| **paid**  80:23 | 141:15 | 111:6,7 127:13 | **phone**  106:8,12 |
| **pandemic** | **parts**  90:22 | **percentage** | **phonetically** |
| 98:24,24 | **party**  6:3 | 71:9 73:21 | 125:7 |
| **paola**  136:13 | **passed**  123:23 | 75:5 86:13,24 | **photocopy**  34:4 |
| 137:14 | **past**  133:21 | 99:22 100:25 | **physical**  91:12 |
| **papers**  11:3 | **patently**  75:9 | 101:10,13 | **picture**  8:13,25 |
| 57:15 | **patience**  80:16 | 111:13 | 50:9 57:5,12 |
| **paperwork** | **patricia**  117:2 | **perfectly** | **pictured**  50:17 |
| 124:18 | 117:25 118:18 | 129:12 | 50:22 |
| **paragraph** | 119:17,24 | **perform**  14:13 | **place**  5:11 |
| 58:2 60:13 | 120:4 121:9 | 133:20 | 41:19 94:14,19 |
| 64:14,17,21,22 | **patricia's**  119:5 | **performs** | 107:14 113:7 |
| 65:15 | **paul**  3:11,13 | 112:23 | 113:11 |
| **parent**  102:7 | **pause**  133:23 | **period**  122:6 | **plaintiff**  1:4 3:3 |
| **parenthood** | 135:4 | **person**  22:17 | 3:7,11 5:14 |
| 115:5 | **pay**  10:10 92:4 | 24:10,13 25:22 | 6:14,18 13:13 |
| **part**  15:14 | **paying**  10:13 | 30:2 39:8 | 19:2 |
| 55:25 66:19 | 133:5 | 46:21 112:22 | **plaintiff's**  49:5 |
| 84:21 85:10 | **pedantic**  72:22 | 117:3 | 77:2 |
| 89:25 90:2,4,8 | **people**  11:2 | **personal**  76:8 | **plant**  58:4 |
| 96:15 97:20 | 15:7 18:5 25:7 | 76:14 79:14,18 | **players**  76:16 |
| 101:20 120:19 | 29:24 30:20 | 79:23 102:24 | **please**  6:6 7:6 |
|  | 35:14,16 82:11 | 103:15,21 | 16:19 17:9 |

19:22 20:20,22
20:25 33:14,18
36:4 37:2,4
38:13 40:11
42:25 48:21
51:9,14 52:3,8
52:10,22 54:9
57:11,25 63:25
64:19 67:13,17
67:25 68:5
74:22 80:13
87:16 95:22
99:13 100:16
106:4 107:9
122:19 128:8
**pleasure** 13:14
**plenty** 54:14
**pllc** 3:3 6:15
**point** 11:21
12:13 58:18,22
58:23 63:24
78:2,4 83:2
102:10 108:15
112:19 114:19
115:6 116:10
121:4,8
**pointed** 8:24
9:4
**policies** 112:21
**policy** 42:11,12
42:25 136:24
136:24
**portfolio** 52:21
53:2

**portion** 25:16
66:17,25 90:24
91:3
**position** 9:25
26:2,5 27:21
27:21 32:9,12
42:21 46:22,22
50:14 73:8
114:9 137:8
**positions** 23:4
23:12 29:22
111:25 112:2
**possession**
93:24
**possible** 26:15
31:14 60:7,7
130:4
**post** 27:2,5
28:4 31:7,19
41:15,23 42:18
115:18
**preceding**
95:20
**precious** 18:5
**prefer** 39:21
110:20 112:6
**preference**
111:3
**preferential**
123:22
**pregnancy**
128:22,24
129:25 130:12
130:22,25

**pregnant** 55:23
71:13 114:8,15
114:19,25
115:10 122:7
128:9,25 129:3
129:4,4,17
130:6 136:7,18
137:7
**preoccupies**
127:14
**preoccupy**
126:19
**presedencia**
123:6
**presence**
126:20
**present** 3:19
6:8 19:13 50:2
**preserve** 86:17
**preside** 27:18
**presidencia**
123:9
**president** 15:6
33:6 53:3 56:9
70:23 71:4
84:24 85:4,11
85:15 96:14,18
96:24 97:4
113:8,12 118:4
124:19 127:12
**pressure**
137:14
**prestige** 54:3
**presume** 20:16

**pretty** 77:25
102:3
**previous** 15:14
28:3 58:20
92:12 95:21
140:13,15
**previously** 9:2
9:9 11:23
15:13 30:6
38:14 56:17
88:9 104:17
**price** 116:5
**prince** 56:6
**principles**
117:18,21,24
132:15,19
**prior** 40:17
41:15
**privacy** 86:17
86:18
**private** 61:2
**privilege** 72:20
75:2 104:7,8
**probable** 89:17
**probably** 14:21
15:15 28:19
59:13 64:3,7
78:5 88:12
89:20 92:11
97:5 120:3
129:21
**problem**
131:11 138:13
**problems** 11:20
127:12

procedure
  34:13,17 72:18
  104:5 107:12
procedures
  19:9 27:25
proceed  27:12
proceeding  6:6
  13:21 14:3
process  20:16
  25:23 127:25
  128:2
produced
  116:25
production
  92:21 93:2
  95:5,23 99:14
  138:15
professional
  112:10
profit  58:24
  59:10,17
profits  59:2,4
  95:17 98:19
  99:7 112:14
  116:3 140:16
  140:18
promotion
  112:24 118:10
prompted
  133:23
proof  123:11
  130:20
property  1:5
  34:9,15 38:25
  45:10,23 46:4

46:13,18 70:16
70:20 78:12,15
96:12,19 97:7
97:9,17,21
98:3,8,15,19
99:8,17,23
100:7,19
102:19 120:18
120:22 140:18
proposed  30:25
31:3,12,15,23
propounded
77:4
proprietary
70:15
protected
110:2,7
protective
107:16
protects  131:19
proves  112:15
provide  56:21
provided  94:13
94:16,20
130:18
provides
108:21
province  56:14
public  2:23
4:12 7:9,16
85:25 86:11
87:25 92:18
93:12,14,23
94:3,12,15
109:6 139:15

141:6
publication
  49:19
publications
  63:7 109:19
publicly  86:2
pull  82:2
punitive  62:21
  63:5 67:21
  76:18 77:5
  104:19 106:17
  106:21 108:12
  116:15
purpose  13:15
purposely
  36:12
purposes  52:2
pursue  129:24
  130:11,24
put  45:11,15
  49:12 57:14
  125:2
putting  34:25
  45:7 74:17

**q**

quality  5:5,6
quantity
  133:10
question  4:8
  8:15 16:5,8
  17:10 19:23
  21:2,5,14,15
  22:7 29:4,9,16
  29:21,25 30:11
  30:17,19,25

31:22 40:8,12
41:8,13 42:12
43:5,16 46:25
47:5,8 58:14
59:20 66:7,9
67:4,12,14,20
68:12,17,20,24
69:22 70:4
71:12,18 72:4
72:7 73:20
75:9 83:14,16
85:7,8 87:11
87:12 88:23
89:3 91:14
97:2 100:22
101:8 103:3,5
104:25 105:3,9
105:10,11,14
105:16 107:24
108:25 119:3
119:22 128:13
130:15 133:2
133:11 135:14
135:15
questioned
  11:8
questioning
  33:11 68:7
  83:5 94:21
  109:4
questions  7:10
  8:23 10:2 11:6
  16:23 19:10,17
  19:22 20:20
  21:12,16 22:14

36:9,13,20,22
37:8,11,14
38:3,5,10,19
41:5,11 43:3
44:9 48:13
61:17 62:10,12
65:11 67:23
72:11 73:15
74:19 75:3,25
76:11,18 77:8
78:9 79:2 80:3
82:9 92:14
93:20 95:2
96:8 104:10
106:10,13,16
106:24 107:13
107:17 108:6
108:12 109:14
116:24 121:19
121:23 128:19
128:20,24
135:9 138:12
138:13,17,18
138:22
**quick**  63:25
**quicker**  121:24
**quite**  8:14,17
14:24 69:10
83:20 103:7
113:15 114:5
133:14

**r**

**r**  3:1 140:5,5,10
140:19 141:1
142:1,1

**raise**  102:11
**raising**  74:25
104:6,8
**random**  61:25
63:7
**range**  56:3
**ranks**  118:20
120:11
**rate**  60:2 114:5
**rather**  88:14
89:11 120:3
**ratio**  111:7,11
111:13 113:18
**reach**  12:15
111:25
**reaching**
134:16,22
**read**  51:14,25
52:4,7,8,9,17
52:22 58:2
60:12 64:16,25
65:5,7
**reading**  60:21
60:22 64:15
**real**  34:18
35:20 105:6,12
105:18,19
116:6
**reality**  37:6,9
**realize**  72:12
72:14,17
**realizing**
134:12
**really**  31:16
33:8 34:19

35:2,20 38:15
40:22 51:3
78:9 87:8
91:18 102:2
120:23 125:9
127:11
**reason**  21:10
22:11 27:6
42:20 50:25
72:15 86:18
95:13 108:4
118:24 129:4
131:20 138:16
142:4,6,8,10,12
142:14,16,18
142:20,22
**reasonable**
10:6
**reasons**  41:6
**recall**  21:20
22:4 23:2,3,18
24:8,14 77:19
**recalling**  77:17
**receive**  125:10
136:11
**received**  26:24
56:5,9,11
124:7
**reception**  23:7
**record**  5:3,12
6:10 7:19 12:2
12:5 13:6
33:19 39:22
42:22 43:2
44:5,6 45:20

49:4 50:6
51:15 52:2
57:2 62:8,22
67:17 72:2
74:4 75:18,20
75:24,24 76:4
77:25 78:25
80:11,22 96:2
96:4,5 100:20
104:18 114:12
121:15,16
122:22 137:24
138:2,4,10,25
139:2 141:12
**recorded**  1:11
2:19 5:9,13
8:14 19:18
20:3,5
**recording**  5:6
5:10
**records**  86:3,11
88:3 92:11,17
92:18,20 93:4
93:8,12,14,22
93:25 94:4,7,9
94:11,12,17
95:4,10 109:7
140:12,13,15
140:17
**refer**  45:8
81:16 82:4
**reference**  49:14
74:6,7
**referenced**
33:22 49:9

122:21
**referring** 35:5
35:16 39:12,13
49:14
**refers** 58:20
**reflect** 42:22
43:2 92:11
**reflected** 92:17
**refused** 42:24
**refusing** 84:11
103:4 105:2
**regarding**
24:23 73:20
101:9 106:20
**regardless**
127:24
**reinvested**
54:14 56:20
112:14
**reiterate**
118:17
**rejection**
127:21
**relate** 108:12
**related** 6:3
24:24 106:17
109:14 117:5,7
122:2 124:18
141:14
**relation** 117:9
**relationship**
98:25
**relationships**
25:14

**relative** 104:19
**relay** 26:20
**relevance** 9:12
75:25 129:2
**relevant** 14:9
14:10 42:14
62:21 67:21
70:5 73:15
76:12,14,15,18
77:8 80:3
116:24 123:24
124:10
**relocated** 12:14
**remember** 9:14
13:25 23:6,12
23:21 53:13
78:6 98:4
**remotely** 5:20
6:8
**repeat** 46:25
47:2,11 52:13
**repeatedly** 43:4
**repeating** 29:4
36:9 37:11
58:13 130:17
**reported** 1:22
**reporter** 2:22
5:24 7:6 20:6
92:25 95:22
**reports** 24:22
24:23
**represent** 6:13
6:18,21
**represented**
92:3

**representing**
5:22 6:22
**represents**
91:10
**reputation** 54:5
**request** 43:13
95:9
**requested**
23:17,23 43:8
75:13,14 94:20
**requesting** 93:2
**requests** 77:4
127:22
**require** 92:5
**required** 30:9
30:14
**reserved** 4:8
**resolution** 34:4
**resolve** 77:11
**resources** 25:8
28:20 29:17
**respect** 27:19
27:20 99:2
106:25
**respectfully**
83:3
**respective** 4:2
**respond** 47:8
**responding**
10:2 124:3,6
**response** 16:3
17:2 47:12,15
95:9
**responses** 7:11
20:11 26:21

**responsible**
25:13,15
112:10
**rest** 44:20
**restate** 12:2
**rested** 28:19
**retain** 133:15
**retaining**
134:13
**return** 9:22
102:13,25
103:16 138:20
**returns** 103:21
**revenue** 58:10
58:15,25 59:6
59:17 90:11,16
90:18,24 95:11
95:17 98:18,23
99:7 140:16,17
**reward** 132:3
**reynoso** 136:13
137:14
**ridiculous** 61:9
106:2
**rievman** 3:15
6:20
**right** 20:14
45:16 53:21
55:8,13 60:5,6
64:17 82:8
89:19 129:19
**rights** 76:20,21
78:18 116:17
**role** 39:10 40:2
97:9,12

**room** 10:20
**rotation** 55:16
**rule** 31:5 72:18
  74:3,5
**rules** 41:19
  42:6 83:21
  104:4
**ruling** 17:4,14
  17:19 33:9
  37:24 62:6
  64:10 67:19
  68:2 71:25
  73:18,22 76:22
  83:25 87:17
  88:24 100:17
  101:6 102:12
  116:21 138:19
**rwl** 1:2 5:19

**s**

**s** 3:1,11,13 7:14
  7:14 140:5,10
  140:10,19,20
  142:1
**s.a.** 47:24 48:5
  48:9 81:13
  82:4,16 90:6
  102:6
**s.l.** 1:5 44:16,25
  45:12 47:21
  70:3 76:11
  78:12,23 79:20
  84:19 85:5
  86:5 87:21
  88:5,8,18 89:8
  89:22 90:12,15

90:25 91:5
92:9 93:10,24
95:6,11 101:2
101:11,14,17
101:25 102:18
121:2
**sake** 17:17
**sale** 92:6
**sales** 22:20
  23:11 24:11,24
  32:10 46:22
  51:22 52:20,25
  58:5 114:9
**sanctions** 74:6
  74:8,11,14
**sanjurjo** 25:5,9
  25:11,19,25
  26:3,5,10
  27:15 28:17
  29:19 30:10,22
  31:4 35:19
  39:7 40:20
  43:17 79:5
  81:9 82:14
  117:7 123:2,5
  123:9,13,16,18
  124:2,12
  126:24 127:8
  127:19
**sara** 1:23 2:21
  5:24 62:5 64:6
  67:16 71:24
  73:25 141:6,22
**sat** 15:8

**saw** 9:20
**saying** 37:19
  74:22 90:7,9
  124:11,22
  126:7
**says** 34:15
  65:22,23 66:3
  66:22 124:16
  125:15 137:20
**schedule** 130:8
**scholarship**
  55:6
**screen** 5:9 8:18
  9:3,6,10,13,15
**se** 123:15
**sealing** 4:3
**search** 109:8
**seat** 9:21,22
  12:14
**seated** 10:7
**seats** 10:5
**second** 45:5
  55:4 58:23
  64:14,16,21,22
  102:13 138:21
**sections** 52:4
  52:14
**security** 131:15
**see** 8:7,18 9:23
  10:6,19 12:17
  33:25 34:2,8
  34:10,20,22
  38:24 45:22
  51:12 57:21
  59:23 60:14

81:23 98:25
114:13 123:3,7
123:25 124:6
124:22 135:6
138:11
**seeing** 8:12
**seek** 77:3
**seeking** 77:4
  127:8,11
**seem** 34:12,16
  34:18 69:9
**seems** 12:15
  30:8 44:3
  49:17
**seen** 5:8
**sees** 9:8
**seijas** 1:6,12
  2:20 5:1 6:1
  7:1,21 8:1 9:1
  10:1 11:1 12:1
  13:1,7 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1

**[seijas - shows]**                                                                 Page 29

| | | | |
|---|---|---|---|
| 57:1 58:1 59:1 | **select** 117:20 | **shareholder** | 83:18,25 84:10 |
| 60:1 61:1 62:1 | **selection** | 81:6,8 101:16 | 87:16 88:24 |
| 63:1 64:1 65:1 | 112:23 118:9 | 102:5 116:3 | 92:20,24 95:4 |
| 66:1 67:1 68:1 | **send** 40:21 | **shareholders** | 95:22,25 99:13 |
| 69:1 70:1 71:1 | 131:8 136:22 | 86:16 | 100:12,16 |
| 72:1 73:1 74:1 | **sense** 25:17,18 | **shares** 71:16 | 101:6 102:10 |
| 75:1 76:1 77:1 | 29:12 69:10 | **she'll** 136:11 | 104:2,17 106:7 |
| 78:1 79:1 80:1 | 70:11 81:21 | **sheer** 86:19 | 106:15 107:10 |
| 81:1 82:1 83:1 | 88:21 93:19,20 | **shehan** 3:3,5 | 107:20 109:13 |
| 84:1 85:1 86:1 | 93:21 99:5 | 6:12,13,15 8:3 | 116:10 118:24 |
| 87:1 88:1 89:1 | 121:24 126:21 | 11:18,25 12:17 | 119:7,11,14 |
| 90:1 91:1 92:1 | 132:5 | 12:20,24 13:3 | 121:13 122:22 |
| 93:1 94:1 95:1 | **sent** 123:5,8 | 13:11 16:15 | 125:2,6 133:21 |
| 96:1 97:1 98:1 | 124:4,8 | 17:13,18,25 | 135:3 137:23 |
| 99:1 100:1 | **sentence** 52:8 | 18:7 32:25 | 138:7 140:3 |
| 101:1 102:1 | 52:13,23 58:3 | 33:13,19 37:21 | **shehanl** 16:21 |
| 103:1 104:1 | 134:24 | 45:5,11,15,20 | 29:6,12 42:22 |
| 105:1 106:1 | **sentences** | 47:10,14,19 | **shoe** 17:22 |
| 107:1 108:1 | 134:14 | 48:24 49:4,11 | **short** 111:17 |
| 109:1 110:1 | **sentient** 73:13 | 50:6 52:17 | 132:2 135:8 |
| 111:1 112:1 | **separating** 9:14 | 57:2 58:15 | **shorten** 135:10 |
| 113:1 114:1 | **series** 19:21 | 60:18,25 61:10 | 137:15 |
| 115:1 116:1 | **seriously** | 62:3,8,20,25 | **shorter** 135:17 |
| 117:1 118:1 | 128:11 | 63:14,18 64:9 | 135:18 |
| 119:1 120:1 | **session** 108:19 | 66:6 67:18,25 | **shorthand** 2:22 |
| 121:1 122:1 | 127:16 134:8 | 71:18 72:2,7 | **show** 33:16 |
| 123:1 124:1 | **set** 112:20 | 72:12,17 73:6 | 48:19 80:23 |
| 125:1 126:1 | 141:10,18 | 73:18 74:4,10 | 93:5,9 95:10 |
| 127:1 128:1 | **several** 24:2 | 74:13,25 75:15 | 95:16 99:6 |
| 129:1 130:1 | **severally** 1:6 | 75:21 77:21 | 101:13 134:5 |
| 131:1 132:1 | **shakedown** | 78:10,21 79:5 | **showing** 95:5 |
| 133:1 134:1 | 73:3 | 79:13,17,22 | 113:22 |
| 135:1 136:1 | **share** 100:6,19 | 80:2,7,10,13,19 | **shows** 112:16 |
| 137:1 138:1 | **shared** 23:16 | 81:9,23 82:14 | 131:10 |
| 139:1,8 141:9 | | 82:22 83:3,10 | |

**[side - street]** Page 30

**side** 34:8
**signature** 38:24
  39:3 141:21
**signatures**
  35:10,10
**signed** 4:11,13
  80:23
**similar** 100:22
  116:11
**simple** 102:3
**simplicity**
  48:12
**simplified**
  70:12
**simply** 70:13
  77:6 103:6
  109:7 110:21
  111:4 113:24
  114:15 115:21
  124:9,14
  125:22 126:10
  127:20
**single** 25:22
  89:10 133:10
**singling** 21:7
**sir** 130:14
**sister** 117:10
**sit** 61:18,24
  62:14,15 63:12
**sitting** 9:20
  10:2
**six** 14:2
**size** 8:16 9:13
**skills** 111:16

**slavery** 42:5
**slightly** 59:25
**slowly** 36:12
  52:18 71:21
**small** 8:14
  23:10 91:3
  113:18
**social** 56:4
  131:14
**sole** 71:8
**solid** 132:13,19
**sorry** 29:3
  58:12 81:23
  82:22 124:24
**sort** 133:18
  134:5,12
**sound** 60:6
**source** 49:7,13
  49:15,19
**sources** 49:23
  49:25
**southern** 1:1
  5:18
**spain** 14:3
  16:13 55:25
  56:7,10 86:23
  93:11 94:4,10
  94:19 114:21
  114:23 119:18
  120:2 121:5
  126:25 127:9
  131:14,18
  132:20
**spanish** 3:21
  6:24 7:11,12

26:18 34:23,24
  35:15 39:23
  55:2 60:17
  64:23 86:22
  87:7 123:18
  124:23 125:5
  133:22
**speak** 34:23,24
  35:15 39:20
  71:21 123:16
**speaking** 16:16
  16:22 18:8
  36:12 37:22
  39:22 60:17
  68:2 73:7
  88:25
**specific** 53:11
  61:17 62:11,12
  81:19
**specifically**
  53:13 122:6
**speculation**
  115:21
**speech** 47:3
**speeches** 119:2
  135:11
**spoke** 53:9
**ss** 141:3
**stage** 114:5,18
**standing** 60:10
  63:23 104:3
**stands** 71:18
  132:12
**start** 111:22,23

**started** 120:9
**starting** 126:20
  133:12
**state** 2:23 6:6,9
  7:9,16,18
  11:19 13:5
  75:24 76:20
  78:17 116:17
  124:14 131:16
  134:9 141:2,7
**stated** 75:22
  127:15
**statement** 47:7
  130:17
**states** 1:1 5:17
  14:4 19:6
  50:12 83:21
  89:14,16,19
  93:14 97:14,14
  103:11,13,15
  117:4 118:7,14
  132:7
**stating** 76:4
**stay** 61:6 111:8
**stipulate** 77:14
  78:22,25 79:9
  79:14,18,23
**stipulated** 4:1,6
  4:10
**stop** 74:16
  75:11
**street** 3:12 7:22
  46:7,18 70:20
  98:11

**strong** 117:17
**structure** 69:8
  69:10,17 70:3
  70:7,10,18
  114:20
**studies** 54:18
  55:14
**stunned** 128:12
  128:20,23
**subject** 40:23
  41:11 77:9
  109:15,17
**subjects** 76:17
  77:3,10 80:4
  102:21
**subscribed**
  139:10
**subsidiary**
  101:18
**succinct** 135:16
**succinctly**
  121:23
**sued** 67:8
**sufficient** 12:20
  63:6
**suggest** 85:21
**suggested**
  12:10
**suggesting** 18:3
**suing** 78:17
**suite** 3:16
**superior** 43:25
**superiors** 112:3
**supervisor**
  23:24 24:3,16

24:19,21 26:25
28:20 29:17
30:7 32:13
43:16,18,21
121:10
**suppose** 26:7,8
31:2,14 46:5
70:19 88:12
99:9 118:15
121:3,4 136:23
**supposed** 28:25
44:2 115:15
128:15 134:4,7
**supposing** 46:8
**sure** 8:9 14:13
15:2,20 21:13
25:24 26:9
29:10 30:25
32:17,18 33:4
35:19 41:4
44:21 51:2
69:23 70:4,11
70:20 77:20,23
78:6 88:10,20
89:16,19,24,25
92:12,22 93:13
93:21 94:25
98:17 99:4,4
99:10,19 112:7
112:11 115:24
118:16 120:24
121:6,11,11
134:23 136:20
136:21

**surprise** 86:25
**surprised** 9:12
  34:10,11,20,22
  35:3,6 87:4
  94:21,24 95:3
**surprises** 35:2
**swear** 7:6
**sworn** 4:13 7:9
  7:15 139:10
  141:11
**synonymous**
  81:12,20
**system** 96:22
  96:23 114:20
**systems** 113:11

**t**

**t** 7:8 140:5,10
  141:1,1 142:1
  142:1
**table** 9:14,16
**tacked** 135:11
**tactics** 17:21
  18:2
**take** 5:11 20:22
  21:3 34:18
  43:9,23 70:9
  75:15 122:12
  130:2 131:2,6
  131:13 132:8
  132:22,24
  135:21 136:3
  137:13
**taken** 5:14
  28:22 43:10
  124:21

**takes** 137:12
**talent** 111:16
  131:23
**talents** 55:15
**talk** 50:2
**talking** 10:10
  10:14 17:9
  18:14 58:21
**task** 109:7
  113:9
**tax** 102:25
  103:15,21
**taxable** 104:22
**taxing** 135:13
**teams** 113:6
**technical** 11:20
**technician** 8:11
  8:20
**technology**
  5:21
**tell** 8:21 11:11
  17:7 21:21
  22:5,6,12 24:6
  30:20 47:3
  51:10 64:19
  73:11 80:13
  85:24 90:2
  104:9 107:14
  124:11 129:23
  130:10,23
  133:25
**telling** 16:18
  21:23 37:25
  66:10 106:12
  107:6

**[ten - top]**                                                              Page 32

| | | | |
|---|---|---|---|
| **ten** 49:22 60:3 60:5 113:17 | 82:20 110:10 139:4 141:12 | **thinks** 106:9 | 121:7,14,16 122:6 126:14 |
| **tenafly** 3:12 | **text** 50:11 62:13 | **thompson** 3:22 5:22 | 134:7 137:13 137:25 138:3 |
| **tend** 110:17 111:8,23 | **textbook** 106:16,18 116:14 | **thought** 15:24 53:19 | 139:5 |
| **term** 18:21 96:24 111:18 132:2,6 | **texts** 60:22 | **thousands** 130:4 | **times** 30:11 41:9,14 77:19 |
| **terminate** 40:14 | **thank** 13:15 22:13 25:18 | **threatening** 74:10,13 | **title** 46:16 51:12 52:9 |
| **terminated** 71:13 | 32:25 33:12,15 36:7 45:9,10 | **three** 30:11 32:21 75:14 | 70:25 71:2,4 76:19 78:17 |
| **termination** 31:12,15 119:8 | 45:14,19 47:19 48:23,25 51:8 | 109:14 113:23 117:4 | 86:5 97:9,11 116:16 |
| **terminology** 97:15 | 56:23 57:25 60:11 123:25 | **thrive** 110:8 | **today** 5:24 6:22 10:20 11:4 |
| **terms** 39:21 42:5 59:17 | 135:19 | **thriving** 110:19 116:7,8 | 13:16 15:11 18:18 19:10,14 |
| 96:23 97:5 116:5 | **thing** 18:12 28:23 64:2 | **thursday** 53:5 | 19:22 20:3 21:12 36:19 |
| **territory** 108:8 | 80:20 81:16,18 82:21 93:11 | **tied** 62:12 90:24 | 38:3 54:11 110:11 118:11 |
| **testified** 7:17 13:20 32:8 | 107:5 117:18 | **time** 2:21 4:8 6:7 13:23 | **today's** 138:23 139:3 |
| 42:10 53:22 63:14 69:2 | **things** 14:14 34:25 51:25 | 16:19 17:12 18:5 19:19 | **told** 11:5,9 18:18 23:19 |
| 79:6,8 81:10 93:22 99:16 | 113:7,12 126:13 | 23:8,9 28:15 30:18 33:3 | 27:10 36:19 37:13,19 41:14 |
| 101:20 111:19 126:22 132:20 | **think** 10:6,19 31:23,24 35:8 | 44:4,6 52:14 63:12 65:19 | 73:8 88:9 100:10 |
| **testify** 17:3 100:18 137:19 | 39:15 42:14 50:19 69:23 | 67:8,10 68:14 74:24 75:17,19 | **tolerant** 114:20 |
| **testifying** 14:5 | 73:12 81:5,17 82:18,24 93:6 | 79:4 80:17 84:3 87:18 | **tolerate** 73:4 |
| **testimony** 23:13 77:22 | 98:6 109:15 130:3 134:25 | 95:14 96:3,5 106:6 110:25 | **took** 27:11 28:10 31:17 |
| 80:11 81:22 | | 111:24 119:2 119:20 120:15 | **top** 57:25 69:6 |

| topic 113:13 | tried 116:12 | **u** | 21:13,14,15 |
|---|---|---|---|
| 125:22 126:16 | trouble 8:12 | | 23:13 35:7,23 |

topic 113:13
  125:22 126:16
torturing 72:15
total 90:21
touch 76:17
towards 112:18
track 33:8
  46:20 114:12
  126:15
trained 55:15
  111:24
training 56:21
transcript 20:7
  20:12 92:25
  134:23
transferred
  23:8,14,17,23
translate 33:14
  42:25 52:15
  61:15,19 62:16
  63:10 64:2
  68:17,18,19
  83:16 84:9
  125:7
translated
  60:19 66:2
  76:3
translating
  61:7,25 62:4,9
  63:9
translator
  33:13
traveled 119:17
trial 4:9 13:21

tried 116:12
trouble 8:12
true 131:4
  141:12
truth 21:21,24
  22:5,6,12
  82:25
try 10:14 17:9
  57:17 88:21
  133:25 134:2
trying 17:7
  18:10 66:25
  67:11 77:24
  78:7 128:9
  132:22
turisticos 47:24
  48:5,8 81:12
  82:4,15 90:6
  102:6
turnover 110:9
  110:18,24
  111:8
twisting 81:22
two 34:23 76:9
  77:18 102:16
  124:15 125:24
  135:4
type 109:22
  113:9
typed 20:6
types 27:24
  66:15 112:5,8
  112:11 113:7

**u**

u 140:10,19
u.s. 59:24 89:24
  89:25 119:18
  132:24 133:4,6
  135:21,24
  136:6
ultimate 73:9
unable 35:25
  46:19 102:21
  116:18 133:12
unanswered
  138:18,22
unauthorized
  28:10
unaware 14:14
  36:16 39:25
  40:2 83:20
  92:7 103:8
  109:21 115:14
  125:17 126:9
  127:5,6 137:11
uncomfortable
  9:25
unconsciona...
  28:14
under 13:20
  19:11,17 22:2
  22:8,10 38:24
  76:19 78:16,17
understand
  13:17,18 16:10
  18:20,24 19:7
  19:11,19,20
  20:3,12,19

21:13,14,15
23:13 35:7,23
35:25 36:17,21
37:15 38:6,11
38:15 44:17,19
44:20,20 54:25
74:21 78:7
88:23 89:2,5
91:14 105:17
106:23 108:14
130:16
understanding
  8:16,19 76:15
understands
  37:18
understood
  13:3 19:12
  29:10 36:6
  42:4 55:3
  62:20
unexpectedly
  129:12
unfair 35:24
unfamiliar
  35:22
unidos 47:24
  48:5,9 81:13
  82:4,16 90:6
  102:6
uninterested
  109:22
united 1:1 5:17
  14:4 19:6
  83:21 89:13,16
  89:18 93:13

97:13,14
103:11,12,14
117:4 118:7,14
132:7
**unreasonable**
10:4,17
**unsure** 50:20
50:21
**unusual** 126:3
**unwritten**
41:22
**uphold** 41:21
117:20 132:15
**upwards** 88:13
**use** 45:17 48:12
55:9 74:2
81:15,18
106:18 120:8
**used** 21:15
39:21 46:16
**using** 5:21 77:7
106:19
**usually** 34:13
39:21 60:3
113:19 137:12

**v**

**v** 7:8
**vacation** 27:6
28:10,13,15,18
28:24 29:13
30:3 40:17
43:9,23 124:20
127:22 128:6
129:7

**valid** 70:5
**valuable** 103:9
**value** 91:25
92:3,7 116:6,7
116:9
**values** 132:13
132:13,14,14
**vehicles** 105:24
107:22
**verbally** 20:10
**verified** 60:9,10
**veritext** 5:22,25
**versa** 111:3
**version** 70:12
**versus** 5:15
**vice** 111:3
**video** 1:11 2:19
5:10,13 12:21
20:2
**videographer**
3:22 5:2,23 7:5
11:19,22 12:4
12:19,22 13:2
44:4 75:17
96:3 121:14
137:25 139:2
**videography**
11:21
**vii** 76:20 78:17
116:16
**violate** 41:18
**violated** 42:11
42:13
**violates** 72:18

**violating** 104:4
**virtual** 5:21
**virtually** 5:5
**visiting** 128:14
**vitro** 128:17
**voice** 10:22
**voices** 10:22,25
**volume** 126:14

**w**

**w** 140:5
**waived** 4:5
**wall** 46:7,17
70:20 98:11
**want** 17:15
21:7 32:20
35:11,21 36:8
36:23 37:2,8
39:18 42:16
43:2 58:18,22
58:23 59:22
60:16 64:7
68:19 75:23
77:11 83:15
84:8 106:4
107:4,8,15
118:17 130:12
134:23 135:24
**wanted** 15:5
36:11 59:22
60:20 124:16
129:3
**wants** 43:23
**washington** 3:8
**waste** 17:11
63:12 68:13

**violating** 104:4
80:17 106:6
**wasting** 16:19
18:4 65:19
67:7,10 74:23
79:4
**way** 9:10 12:7
12:23 22:3
25:5 62:14
71:15 79:3
81:21,24 82:23
99:3 123:20
141:16
**ways** 43:4
**we've** 93:6
**website** 66:22
**week** 125:11
**weeks** 28:4
41:17,25 42:20
113:23 115:20
**went** 12:5
75:21 118:20
118:21 129:7
**whereof** 141:18
**wide** 56:3
**willing** 77:14
78:21 79:9,13
79:17,22 92:4
135:15
**wish** 135:17
**witness** 5:8 7:7
14:5 16:24
17:2,3 21:6
39:20 42:23
47:17 52:13
60:15,17 67:4

**[witness - zoom]**                                                              Page 35

67:14,15,19
68:12,14 72:3
72:8,15 75:12
76:2 83:14
84:2 87:10,17
89:2 93:3
100:17 102:12
105:9 106:13
107:25 116:22
133:19 138:20
141:9,13,18
**witness's**  47:11
47:15
**woman**  55:22
114:14,24,25
129:16,17
130:21 131:7
**women**  110:4
110:15,16,18
110:20,23
111:3,6,8,19,21
111:22 112:5,8
112:9,12
114:16,17
122:10 129:19
130:5 131:8,19
131:23
**word**  52:15,15
54:20 55:6,10
106:18,19
134:24
**words**  15:11
21:14 26:4
30:4 31:11
34:8 38:25

45:22 46:15
47:14 58:10
59:8 64:23
74:17 88:4
107:11 125:19
127:17
**work**  20:11
22:22 41:18
88:18 89:9
113:22 114:23
118:4 119:11
122:13 136:5
137:4
**worked**  22:17
22:24,25 23:14
**workers**  58:5
**working**  11:2
22:19 23:6,21
24:7 117:11
118:19 119:19
120:9,14 121:5
129:19 130:13
135:25 136:7
136:18 137:9
**workplace**
42:24
**world**  27:5
28:8 42:4
**worried**  108:4
**worry**  59:22
**worth**  59:23
84:15 102:16
108:22 116:14
**writing**  34:25
42:7,15

**written**  41:18
41:22 42:2,2,3
42:6,11,12,24
123:12
**wrong**  42:7
88:15
**wrote**  95:8

| x |
|---|

**x**  1:2,8 140:1,5

| y |
|---|

**year**  51:16,22
52:20 54:6
56:13,15 58:6
58:20,22 59:13
59:14 113:14
113:16 127:13
127:13
**years**  14:19,21
14:25 22:24
54:10,13 55:24
87:24 92:12
95:18,20,21
112:13 115:2
117:12 120:9
120:11 129:15
129:18 140:14
140:15
**yesterday**  79:6
**york**  1:1 2:23
3:4,4,8,16,16
5:18 7:10,16
19:7 22:18
23:9,15,17,23
23:25 26:2,5

33:5 76:20,21
116:16 118:14
120:3,4,7
128:14 136:17
141:2,7
**young**  55:15
114:2 131:23
131:23
**youth**  114:2

| z |
|---|

**z**  7:14
**zip**  7:23
**zoom**  1:11 2:19
8:24 9:8 12:8
12:25 20:15

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.