

Kevin J. Shehan
Owner & Founder
kevin@shehanlegal.com

December 16, 2024

*By ECF*
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 906
New York, NY 10007

> The request to file a sur-reply is DENIED. The Clerk of Court is directed to terminate Dkt. No. 154.
>
> SO ORDERED.  Date 12/20/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

Re:   *Marta Bueno v. Eurostars Hotel Company, S.L., et al.,*
      1:21-cv-00535-MMG-RWL

Dear Judge Garnett,

    I am co-counsel for Plaintiff, Marta Bueno, in this pregnancy and gender discrimination action against her former employers, Defendants Eurostars Hotel Company, S.L., *et al.* We write regarding Defendants' motion for summary judgment. (Doc. 131.) We request permission to file a sur-reply of five (5) pages limited to two (2) issues argued in Defendants' Reply, (Doc. 150), dated Friday, December 13, 2024:

    1.) whether Plaintiff's pregnancy discrimination claim on the basis of IVF is a "new claim"; and

    2.) whether Plaintiff's declaration testimony relating to informing Defendants about her IVF, (Doc. 143), is "contradicted" by her prior statements and testimony.

    To the extent this request is granted, we request a deadline of five (5) business days from the date of the Court's order granting the request, unless the deadline would fall on December 24th through the 27th, in which case we request a deadline no sooner than Monday, December 30th.

    We appreciate your consideration in this matter.

Very truly yours,

Kevin J. Shehan, Esq.

Cc:  All Counsel of Record (*By ECF*)

SHEHAN LEGAL, PLLC | 845 THIRD AVENUE | SIXTH FLOOR | NEW YORK, NEW YORK 10022 |
T: 917-740-7805 | F: 888-740-8324 | WWW.SHEHANLEGAL.COM