# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MARTA BUENO,

                      Plaintiff,                    21 **CIVIL** 0535 (MMG)

      -against-                                   **<u>JUDGMENT</u>**

 EUROSTARS HOTEL COMPANY, S.L., ET AL.,

                      Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 2, 2026, Defendants' motion for summary judgment (Dkt. No. 131) is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

     March 5, 2026

                                **TAMMI M. HELLWIG**

                              _____

                                  **Clerk of Court**

        **BY:**

                              _____

                                  **Deputy Clerk**